**Exhibit List**

Exhibit A - Richard O Contract

Exhibit B - Finding of Not Responsible - Title IX

Exhibit C - Screenshots Regarding Allison Brown's hiring by Professor Davis in September 2022; Screenshots grabbed from Workday on 11/3/2024 at 5:30pm

Exhibit D- Suspension Letter from Defendant to Plaintiff

Exhibit E - Defendant Conclusion of Investigation with Erroneous Assertions Therein

Exhibit F - Release of All Claims and Non Disparagement Agreement with Defendant

Exhibit G- Student Conduct Board Determination

Exhibit H - Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff