Exhibit A - Richard O Contract 1



**The Allie - Richard Promise**

No matter what Allie and Richard must hug one another upon seeing each other for the first time at any event, function, class, celebration, and or party. This obligation will not end, and is not impacted by relationship or martial status. This pact will remain between and Allie and Richard, and as such the details of this pact will not be shared with anyone else.
Both parties responsible for having counting app/tally counter app.

**Stipulations:**
-min 1 per day/max 3 per day
-hug long or short as the other requires that one party accomodate the other regardless of relationship status.
-there cannot be any replication of this agreement with any other people other than Allie and Richard.
-Richard cannot masturbate for at least one day before he sees Allie.

**Contract is nullified when:**
-one party fucks a friend of the other party
-one party enters a romantic relationship with a friend of the other party
-one party commits unspeakable/heinous act/irreparable damage against the other

**If contract is nullified:**
-party has to seek third party for counseling/resolution

140

Exhibit A - Richard O Contract 2



Richard sent this agreement to Plaintiff, and signed Plaintiff's name with a hippo emoji. Plaintiff never signed an agreement with Richard to be raped at will. Richard O characterized this as a "private conversation" he had with Plaintiff during Defendant Law School's Title IX proceedings.