Exhibit C - Screenshots Regarding Allison Brown's hiring by Professor Davis in September 2022

Screenshots grabbed from Workday on 11/3/2024 at 5:30pm



146