Exhibit E - Defendant Conclusion of Investigation with Erroneous Assertions Therein



OFFICE OF INSTITUTIONAL EQUITY

Date: May 7, 2024

To: Allison Brown

From: Gillian Boscan, Director of Investigations

Re: Investigation Conclusion

We received the complaint you filed on March 18, 2024 alleging discrimination and retaliation against you. The investigation into this complaint has now concluded. Investigation findings are based on interviews and a review of all available, relevant evidence. You declined OIE's invitation to meet and provided little follow-up or new evidence to support the allegations. Some investigation findings may pertain to personnel matters that are kept confidential and therefore cannot be shared.

The allegations and subsequent investigation results do not support a finding of violation of the university's Discrimination and Harassment policy. The decision to temporarily suspend you in order to review allegations through the Office of Student Conduct was not based on your race but on feedback from multiple sources about concerning behaviors. The process was not as rapid as originally planned because you requested to delay the hearing from December to February. The temporary suspension did not preclude you from completing coursework and you received a favorable outcome from the hearing.

The decision to charge you tuition followed standard university procedures and was not based on race or a retaliatory purpose. The Washington University School of Law 2023-2024 Financial Aid Handbook, pages 11-12, outlines the School's tuition practice for law students visiting at another law school. This information applies to all students visiting other law schools, regardless of membership in a protected class or participation in Office of Student Conduct procedures.

The university prohibits retaliation against those who file complaints and those who participate in resulting investigations.

Washington University in St. Louis, 621 N. Skinker Blvd., St. Louis, Missouri 63110
An Equal Opportunity/Affirmative Action Employer

Exhibit E - Defendant Conclusion of Investigation with Erroneous Assertions Therein



Student Conduct and Community Standards
STUDENT AFFAIRS AT WASHINGTON UNIVERSITY

January 20, 2023

Allison Brown
Allison.brown@wustl.edu

**PERSONAL AND CONFIDENTIAL**
Via Electronic Mail

Re: Student Conduct Matter and Options for Resolution

Dear Allison:

As you are aware, this office received a complaint from the School of Law alleging that you have engaged in a pattern of disruptive and harassing behavior inside and outside of the classroom in violation of the University Student Code of Conduct. The School of Law alleges that some of this conduct began prior to your matriculation and continued during the Spring and Fall 2022 semesters, even after faculty and administrators communicated with you regarding concerns about your behavior. Specifically, the School of Law alleges that it received reports from multiple students and faculty that:

1. Students do not feel comfortable participating in classes they share with you because you have posted derogatory and inflammatory remarks about your classmates and their class-related comments on social media;
2. You have engaged in a pattern of attacking students on social media who do not share your views or with whom you disagree;
3. You have engaged in similarly disruptive behavior in class and on course instruction platforms; and
4. One student reported that they did not feel comfortable meeting in person with Dean Walsh because they had heard you knew who came to Dean Walsh's office.

The School of Law alleges that as a result of your behavior, students have been unable to fully participate in the law school classroom and in extracurricular activities, and law school community members have been impeded in their ability to engage in educational, administrative, professional and other functions.

These allegations, if true, would be a violation of one or more of the following offense(s):

University Student Conduct Code/2. Interfering with the rights of other members of the University community or visitors to the University to engage in educational, recreational, residential, administrative, professional, business, and ceremonial activities or other functions.

University Student Conduct Code/4. Stalking, hazing, engaging in domestic, dating, or interpersonal violence, or any other conduct which harasses, threatens, or endangers the safety or health of, any member of the University community or visitor to the University.

1

149