Exhibit H - Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff

8/15/23, 11:56 PM   University of Michigan Mail - WashULaw 2023-24 Financial Aid



Allison Brown <albsure@umich.edu>

**WashULaw 2023-24 Financial Aid**
4 messages

**finance@wulaw.wustl.edu** <finance@wulaw.wustl.edu>
To: albsure@umich.edu

Thu, Jul 27, 2023 at 3:22 PM

# Washington University in St.Louis
## SCHOOL OF LAW
Financial Aid

To: Allison S. Brown
2000 Flourmill Court
Crownsville, MD 21032

From: Carrie Burns, Director of Financial Aid and Student Life, School of Law
cjburns@wustl.edu | (314) 935-4605

Date: July 27, 2023

The Financial Aid Committee reviewed your application for assistance and makes the following aid offer for the entire 2023-2024 academic year. Your offer is based on full-time student status.

| Source | Fall | Spring | Total |
|---|---|---|---|
| Washington University Law Scholarship | $18,500 | $18,500 | $37,000 |
| Federal Direct Unsubsidized Loan | $10,250 | $10,250 | $20,500 |
| | ------- | ------- | ------- |
| Total | $28,750 | $28,750 | $57,500 |

Exhibit H- Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff

8/15/23, 11:56 PM                              University of Michigan Mail - WashULaw 2023-24 Financial Aid

Tuition and ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~,744.

mailto:albsure@umich.edu

**To accept your Financial Aid offer, please complete the following steps:**

1) Visit netpartner.wustl.edu. Use your WUSTL Key ID and Password to log in. Select 'Accept Offer' in the top left side menu.
2) Provide all required documents listed in 'Documents & Messages'.

If your aid offer includes the Federal Direct Graduate PLUS loan you will need to visit Federal Student Aid and complete the Graduate PLUS application.

If you have questions about your aid offer, please contact me to schedule a time to discuss the details, including whether a reduction or increase of your loan amount is most appropriate, as well as repayment strategies and next steps. Each student faces unique obligations and factors that impact the appropriate loan amount. I look forward to assisting you throughout this process.

**Allison Brown** <albsure@umich.edu>                                  Thu, Jul 27, 2023 at 3:23 PM
To: brownandrussell <Brownandrussell@verizon.net>

[Quoted text hidden]
--
Allison S. Brown
Civil Rights and Immigration Policy, Ford School of Public Policy
University of Michigan, Ann Arbor
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

**Allison Brown** <albsure@umich.edu>                                  Thu, Jul 27, 2023 at 4:59 PM
To: brownandrussell <Brownandrussell@verizon.net>

Get Outlook for iOS

**From:** finance@wulaw.wustl.edu <finance@wulaw.wustl.edu>
**Sent:** Thursday, July 27, 2023 9:22:47 AM
**To:** albsure@umich.edu <albsure@umich.edu>
**Subject:** WashULaw 2023-24 Financial Aid

Exhibit H- Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff

**From:** Brown, Allison <allison.brown@wustl.edu>
**Date:** Tuesday, January 16, 2024 at 12:36 PM
**To:** Burns, Carrie <cjburns@wustl.edu>, LAW Financial Aid Office <finance@wulaw.wustl.edu>, CFU Student Financial Services <Financial@wustl.edu>, LAW Accounting <Law-accounting@wulaw.wustl.edu>
**Cc:** customerservice@studentaid.gov <customerservice@studentaid.gov>
**Subject:** Spring 2024 Tuition Inquiry - Allison Brown

Dear Financial Aid Office,

I received a Spring 2024 tuition bill and it does not reflect my scholarship and my Spring 2024 loan from FAFSA.

Please send me an updated bill with both of these reflected.

Sincerely,
Allison

Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Visiting Student, Georgetown University Law Center
J.D. Candidate, Washington University in St. Louis School of Law
allison.brown@wustl.edu | https://www.linkedin.com/in/allisonsbrown/

Exhibit H - Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff

**Washington University in St.Louis** WebSTAC    Allison Brown  Logout

Academics Billing & Bear Bucks Housing Courses & Registration Student Information

Allison Brown (ID 503456)

Current Balance $ 46582.22

### Activity for Spring 2024

| Sem | FY | Div | TCode | Description | Amount | Post Date | Tran Date | Bill Date |
|---|---|---|---|---|---|---|---|---|
| | | | | Student Bar Association Fee | 60.00 | | | |
| | | | | Student Health and Wellness Fee | 308.00 | | | |
| | | | | Tuition | 33504.00 | | | |
| | | | | Spring 2024 Semester Total | 33872.00 | | | |

### Activity for Fall 2023

| Sem | FY | Div | TCode | Description | Amount | Post Date | Tran Date | Bill Date |
|---|---|---|---|---|---|---|---|---|
| | | | | Anticipated Federal Direct Loan, Unsubsidized (Stafford) | 0.00 | | | |
| | | | | Anticipated WU Scholarships and Grants | 0.00 | | | |
| | | | | Federal Direct Loan, Unsubsidized (Stafford) | (10142.00) | | | |
| | | | | Student Bar Association Fee | 0.00 | | | |
| | | | | Student Health and Wellness Fee | 0.00 | | | |
| | | | | Student Health Insurance | 2500.00 | | | |
| | | | | Tuition | 37975.00 | | | |
| | | | | WU Scholarships and Grants | 0.00 | | | |
| FL2023 | 2024 | LW | CASH | Cash Payment | (17455.02) | 7/31/2023 | 7/31/2023 | 7/31/2023 |
| FL2023 | 2024 | LW | LFEE | Late Fee | 249.22 | 12/27/2023 | 12/27/2023 | 12/28/2023 |
| | | | | Fall 2023 Semester Total | 13127.20 | | | |

### Activity for Spring 2023

| Sem | FY | Div | TCode | Description | Amount | Post Date | Tran Date | Bill Date |
|---|---|---|---|---|---|---|---|---|
| | | | | Anticipated WU Scholarships and Grants | 0.00 | | | |
| | | | | Parking Permit | (416.98) | | | |
| | | | | Student Bar Association Fee | 60.00 | | | |
| | | | | Student Health and Wellness Fee | 288.00 | | | |
| | | | | Student Health Insurance | 1296.00 | | | |
| | | | | Tuition | 32244.00 | | | |
| | | | | WU Scholarships and Grants | (18500.00) | | | |
| SP2023 | 2023 | LW | CASH | Cash Payment | (15388.00) | 1/10/2023 | 1/10/2023 | 1/31/2023 |
| | | | | Spring 2023 Semester Total | (416.98) | | | |

158