UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ALLISON BROWN,

    Plaintiff,

v.

WASHINGTON UNIVERSITY IN ST.
LOUIS SCHOOL OF LAW, *et al.*,

    Defendants.

Civil Action No. TDC-24-3198

## ORDER

Plaintiff Allison Brown has filed a Complaint that does not comply with the Local Rules of the United States District Court for the District of Maryland ("Local Rules"), which state that "[p]leadings should be no longer than necessary and, except in removals of a state action, shall not exceed forty (40) pages in length." D. Md. Local R. 103.1(d). Brown's Complaint is 138 pages, which exceeds the page limit set forth in the Local Rules.

Accordingly, it is hereby ORDERED that:

1.     Brown's Complaint, ECF No. 1, is STRICKEN.

2.     Brown is granted leave to file, within **7 days** of the date of this Order, an Amended Complaint that complies with the Local Rules.

Date: November 6, 2024

                                                          THEODORE D. CHUANG
                                                          United States District Judge