**Exhibit List**

Exhibit A - Richard O Contract

Exhibit B - Finding of Not Responsible - Title IX

Exhibit C - Screenshots Regarding Allison Brown's hiring by Professor Davis in September 2022; Screenshots grabbed from Workday on 11/3/2024 at 5:30pm

Exhibit D- Suspension Letter from Defendant to Plaintiff

Exhibit E - Defendant Conclusion of Investigation with Erroneous Assertions Therein

Exhibit F - Release of All Claims and Non Disparagement Agreement with Defendant

Exhibit G - SCB Determination

Exhibit H - Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff

Exhibit I - Letters and Correspondence from Plaintiff's Mother to Defendant Law School

Exhibit J - Forchetti Denial of Defendant Racial Discrimination

Exhibit K - E-mails and Correspondence from Defendants Re: Racial Discrimination

USDC- GREENBELT
'24 NOV 13 PM 1:23