Exhibit C - Screenshots Regarding Allison Brown's hiring by Professor Davis in September 2022

Screenshots grabbed from Workday on 11/3/2024 at 5:30pm

**Management Chain** — Brown, Allison S

Management Chain 5 items

Supervisory Management Chain

| Organization | Manager | Phone Number | Worker |
|---|---|---|---|
| Washington University in St. Louis (Martin, Andrew D.) (SUP104992) | Martin, Andrew D. | +1 (314) 9355100 (Landline) | Brown, Allison S |
| Office of the Chancellor (Martin, Andrew D.) (SUP100005) | Martin, Andrew D. | +1 (314) 9355100 (Landline) | |
| Office of the Provost (Wendland, Beverly R) (SUP100011) | Wendland, Beverly R | +1 (314) 9353000 (Landline) | |
| Law Office of the Dean (Lindquist, Stefanie) (SUP101636) | Lindquist, Stefanie | +1 (314) 9356420 (Landline) | |
| Law Instructors Davis Group (Davis, Adrienne D) (SUP106831) | Davis, Adrienne D. | +1 (314) 9358583 (Landline) | |

← Directory

Co-workers:
- Faulk, Ja'Brae
- Kelly, Gilly
- Lien, Chia Yu
- Luo, Chenxi
- Nisoli, Beatrice

View:
- RPT7443 - WU - Directory
- All Locations
- Location Directory
- Find Workers
- Organization Directory
- More (4)

© 2024 Workday, Inc. All rights reserved.
System Status: Your system will be unavailable for a maximum of 3 hours during the next Weekly Service Update, starting on Friday, November 8, 2024 at 11:00 PM PST (GMT-8) until Saturday, November 9, 2024 at 2:00 AM PST (GMT-8).

49