Exhibit F - Release of All Claims and Non Disparagement Agreement with Defendant

Student Conduct and
Community Standards
STUDENT AFFAIRS AT WASHINGTON UNIVERSITY

The School of Law has agreed to withdraw its complaint and settle this matter, in lieu of proceeding forward with a University Student Conduct Board hearing, subject to the terms and conditions below:

1. Allison Brown will complete the Spring 2023 semester through an off-campus externship or other non-campus program that qualifies for the School of Law credits and by enrolling in Legal Practice II remotely.[1] To enable Allison to do so, the School of Law will allow Allison to work for the appropriate number of credits at the National Center for Youth Law and/or the United Nations Permanent Forum for People of African Descent per the terms of the previously-submitted offer letters.  The School of Law will also allow Allison to receive a stipend from her employers in addition to the academic credit granted through the School of Law.  The School of Law will identify the Legal Practice II instructor and enroll Allison in that course.

2. Allison Brown will apply for admission as a visiting student to other law schools to complete her third year of law school.  If Allison enrolls at another law school as a visiting student, the School of Law will grant her leave as needed.

3. The School of Law will review all courses in which Allison Brown enrolls at another accredited law school.  So long as Allison earns the equivalent of a "C" or higher, the course meets a School of Law degree requirement, and the course is not duplicative of any course Allison has already taken, the School of Law will not unreasonably withhold acceptance of the associated transfer credits.  Barring unusual or atypical circumstances, accurate and equivalent categorization of a course at a different law school will generally indicate that the course will fulfill School of Law degree requirements.  The School of Law will review any courses in which Allison indicates an intention to register at or before the time of registration to confirm that each such course would fulfill School of Law degree requirements and would be eligible for transfer credit if successfully completed.

4. Assuming Allison Brown successfully completes the School of Law's requirements for a J.D. by the end of the 2023-2024 academic year, including an ethics course and a seminar, Allison will receive a J.D. from the School of Law.

5. Allison Brown will be allowed to enroll in classes at the School of Law for one semester during the 2023-2024 academic year to complete her law degree remotely[2] if and only if (i) Allison is not accepted into a visiting student or study abroad program at another law school and (ii) she demonstrates to the School of Law's satisfaction that she has made

---

[1] Remote enrollment will be asynchronous and/or synchronous as determined by the course instructor.
[2] See footnote 1.

2

Exhibit F- Release of All Claims and Non Disparagement Agreement with Defendant

 Student Conduct and
Community Standards
STUDENT AFFAIRS AT WASHINGTON UNIVERSITY

systematic, sustained and diligent efforts to obtain admittance elsewhere.[3] In the event that Allison is allowed to enroll in classes at the School of Law for one semester during the 2023-2024 academic year, Associate Dean Elizabeth Walsh will work with her to insure that she enrolls in courses that are appropriate for remote, asynchronous learning.

.   Allison Brown will not attend any Washington University sponsored events and will notbe permitted on the Washington University campus (or any university owned, leased,managed or rented property) without advance permission. Permission must be soughtthrough Associate Dean Elizabeth Walsh or Dean of Students Rob Wild.

.   In the event Allison Brown returns to the School of Law in the 2023-2024 academic year (orwith regards to Legal Practice II), she will not take any course taught by ProfessorsAdrienne Davis, Elizabeth Katz, Ann Shields or Peggie Smith.

.   Allison Brown will not contact any student who was named as a witness or identified inany School of Law exhibits, including emails, in the 2022 Student Conduct Proceeding.

.   As Allison Brown continues her work toward her School of Law degree, she will continueto pay tuition and fees to the School of Law.  Allison will also maintain her meritscholarship, which shall be credited toward her School of Law tuition and fees.  In theevent Allison attends an institution as a visiting student with tuition and fees greaterthan the School of Law's, she will be solely responsible for any difference.

.   Release
Allison Brown, for herself and her family members, heirs, personal representatives, and assigns, hereby releases and forever discharges Washington University in St. Louis, including the School of Law, its trustees, employees, former employees, faculty, administrators, students, representatives, insurers, attorneys, agents, and assigns ("Released Parties") from and against any and all causes of action, judgments, liens, indebtedness, costs, damages, obligations, attorneys' fees, losses, claims, liabilities and demands of whatever kind and character, whether known or unknown, suspected or unsuspected, and whether based on contract, tort, statutory or other legal or equitable theory of recovery, that she now has or may have had, or hereafter may claim to have, on behalf of herself or any other person or entity, including but not limited to claims arising out of or relating in any way to the Student Conduct Proceeding, the temporary suspension and/or Allison Brown's attendance at the School of Law. Allison Brown further promises to not initiate any proceeding (including, without limitation, under any School

[3] American Bar Association Standard 311(e) allows law schools to grant up to 1/3 of the credits required for a J.D. through distance education. Thus, Allison may complete two of her remaining three semesters asynchronously. At least one semester must be completed through a School of Law study abroad program or as a visiting student at another law school.

3

Exhibit F - Release of All Claims and Non Disparagement Agreement with Defendant



Student Conduct and
Community Standards
STUDENT AFFAIRS AT WASHINGTON UNIVERSITY

of Law policy or procedure, other administrative action, or other legal action) arising out of or relating to the Student Conduct Proceeding, the temporary suspension and/or Allison Brown's attendance at the School of Law, against the Released Parties.

11. Non-Disparagement

Allison Brown agrees that she will not hereafter publish to any other person or entity, either orally or in writing, including, but not limited to the news media, any social media platform, through the internet, U.S. Postal Service or any other commercial mailing, and/or any other type of hard copy or online publication, even on an anonymous basis, any disparaging or negative statements about the Released Parties. It is understood that the School of Law administration will answer truthfully any inquiries they receive regarding Allison Brown from other academic institutions, bar examiners or government officers. However, the School of Law administration will not affirmatively reach out to any such parties and will limit any response it provides to the specific inquiry received. If Allison Brown violates any of the provisions of this paragraph, such shall be a material breach of this agreement and cause for the Released Parties to seek legal and/or equitable remedies against her.

12. Upon receipt of the final signed agreement, School of Law will withdraw the pending student conduct complaint and remove any notation related to that complaint from Allison Brown's transcript.

If you do not wish to agree to the terms and conditions above, you may choose to continue to proceed with the Student Conduct Board hearing process under the University Student Conduct Code.

Please let me know how you wish to proceed. If you choose to accept the terms and conditions above, I ask that you sign, date, and return this document to me. Please keep a copy and maintain it for your records. If you choose to proceed with a Student Conduct Board hearing, we will work with your attorney to set up an appropriate time.

Sincerely,

*Nicole R Gore*

Nicole Gore
Associate Dean

cc: Elizabeth Walsh, Associate Dean
Rob Wild, Associate Vice Chancellor and Dean of Students

4

Exhibit F - Release of All Claims and Non Disparagement Agreement with Defendant



Student Conduct and
Community Standards
STUDENT AFFAIRS AT WASHINGTON UNIVERSITY

**Acknowledgement**

I acknowledge that I have read and accept the terms and conditions set forth above. I
acknowledge that this agreement is a means to formally and mutually resolve the pending
University student conduct matter.

_____        _____

Allison Brown                                                   Date

Student ID # 503456

61