Exhibit H

# Washington University in St. Louis

*DUE UPON RECIEPT*
*Final Notice*

Allison Brown
2000 Flourmill Ct
Crownsville, MD 21032
Usa

| Statement Date | 10/30/2024 |
|---|---|
| Student ID | 503456 |

| Beginning Balance | $41,099.88 |
|---|---|
| Monthly Activity | ($805.88) |
| Outstanding Balance | $40,294.00 |

## FINAL NOTICE

This letter is the third and final notice that your outstanding balance is overdue with Washington University in St. Louis in the amount of $40,294.00   Previous attempts sent to your email addres and mailing address have been unsuccessful.

You must pay the balance in full by 11/15/2024 or your account will be transferred to  Washington University Collection Services and/or placed with an outside collection agency.

ContactStudent Billing at (314) 935-5274 or e-mail student.billing@wustl.edu if you have questions, or wish to discuss your account.

| Monthly Activity Detail | | | |
|---|---|---|---|
| Date | Code | Description | Amount |
| 10/13/2024 | LFEE | Late Fee | ($805.88) |

*DETACH HERE AND RETURN LOWER PORTION.*

| STUDENT ID | NAME |
|---|---|
| 503456 | Allison Brown |

AMOUNT TO CHARGE

☐☐☐☐-☐☐☐☐-☐☐☐☐-☐☐☐☐

Visa ☐
MC ☐
Exp. Date ☐☐ / ☐☐

SIGNATURE _____
Allison Brown

| ACTIVITY THROUGH | PAYMENT DUE NOW |
|---|---|
| 10/30/2024 | $40,294.00 |

MAKE CHECK PAYABLE AND SEND TO:

Washington University in St. Louis
P.O. Box 14627
St. Louis, MO 63150-4627

- Do not send cash
- Write Student ID number on your check

☐ Address change?  Check box and write your new address on back.

The Complainant alleged that as a result of the Respondent's behavior, students were unable to fully participate in the law school classroom and in extracurricular activities, and law school community members were impeded in their ability to engage in educational, administrative, professional and other functions. The Complainant alleged that the Respondent's actions and resulting impact constitute a violation of Offense numbers 2 and 4 under the University Student Conduct Code.

The Respondent denied the allegations.

**Procedural Background**

A hearing before the Student Conduct Board ("SCB" or "Panel") was originally scheduled for December 15, 2022 to determine whether a violation of the Code occurred. At the Respondent's request, it was rescheduled.

Phase One of the hearing took place over four different days, (February 24, March 20, April 5, April 11). During Phase One, the Panel heard evidence and considered whether it was more likely than not that the Respondent engaged in one or more violations of the Code. Under the Code, the Respondent is presumed innocent of the alleged violations.

**Relevant Provisions of the University Student Conduct Code Offenses**

University Student Conduct Code/2. Interfering with the rights – Interfering with the rights of other members of the University community or visitors to the University to engage in educational, recreational, residential, administrative, professional, business, and ceremonial activities or other functions.

University Student Conduct Code/4. Harassment, Stalking, Hazing, etc. – Threatening physical abuse, stalking, hazing, engaging in domestic, dating, or interpersonal violence, or any other conduct which harasses, threatens, or endangers the safety or health of any member of the University community or visitor to the University.

\\

# Exhibit H - Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff

8/15/23, 11:56 PM                                              University of Michigan Mail - WashULaw 2023-24 Financial Aid



Allison Brown <albsure@umich.edu>

## WashULaw 2023-24 Financial Aid
4 messages

**finance@wulaw.wustl.edu** <finance@wulaw.wustl.edu>                                          Thu, Jul 27, 2023 at 3:22 PM
To: albsure@umich.edu

### Washington University in St. Louis
SCHOOL OF LAW

Financial Aid

To:   Allison S. Brown
      2000 Flourmill Court
      Crownsville, MD 21032

From: Carrie Burns, Director of Financial Aid and Student Life, School of Law
      cjburns@wustl.edu | (314) 935-4605

Date: July 27, 2023

The Financial Aid Committee reviewed your application for assistance and makes the following aid offer for the entire 2023-2024 academic year. Your offer is based on full-time student status.

| Source | Fall | Spring | Total |
|---|---|---|---|
| Washington University Law Scholarship | $18,500 | $18,500 | $37,000 |
| Federal Direct Unsubsidized Loan | $10,250 | $10,250 | $20,500 |
|  | ------- | ------- | ------- |
| Total | $28,750 | $28,750 | $57,500 |

Exhibit H- Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff

Exhibit H- Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff

Tuition and ~~[redacted]~~ ,744.

mailto:albsure@umich.edu

**To accept your Financial Aid offer, please complete the following steps:**

1) Visit netpartner.wustl.edu. Use your WUSTL Key ID and Password to log in. Select 'Accept Offer' in the top left side menu.
2) Provide all required documents listed in 'Documents & Messages'.

If your aid offer includes the Federal Direct Graduate PLUS loan you will need to visit Federal Student Aid and complete the Graduate PLUS application.

If you have questions about your aid offer, please contact me to schedule a time to discuss the details, including whether a reduction or increase of your loan amount is most appropriate, as well as repayment strategies and next steps. Each student faces unique obligations and factors that impact the appropriate loan amount. I look forward to assisting you throughout this process.

---

**Allison Brown** <albsure@umich.edu>            Thu, Jul 27, 2023 at 3:23 PM
To: brownandrussell <Brownandrussell@verizon.net>

[Quoted text hidden]

--
Allison S. Brown
Civil Rights and Immigration Policy, Ford School of Public Policy
University of Michigan, Ann Arbor
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

**Allison Brown** <albsure@umich.edu>            Thu, Jul 27, 2023 at 4:59 PM
To: brownandrussell <Brownandrussell@verizon.net>

Get Outlook for iOS

**From:** finance@wulaw.wustl.edu <finance@wulaw.wustl.edu>
**Sent:** Thursday, July 27, 2023 9:22:47 AM
**To:** albsure@umich.edu <albsure@umich.edu>
**Subject:** WashULaw 2023-24 Financial Aid

66

Exhibit H- Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff

**From:** Brown, Allison <allison.brown@wustl.edu>
**Date:** Tuesday, January 16, 2024 at 12:36 PM
**To:** Burns, Carrie <cjburns@wustl.edu>, LAW Financial Aid Office <finance@wulaw.wustl.edu>, CFU Student Financial Services <Financial@wustl.edu>, LAW Accounting <Law-accounting@wulaw.wustl.edu>
**Cc:** customerservice@studentaid.gov <customerservice@studentaid.gov>
**Subject:** Spring 2024 Tuition Inquiry - Allison Brown

Dear Financial Aid Office,

I received a Spring 2024 tuition bill and it does not reflect my scholarship and my Spring 2024 loan from FAFSA.

Please send me an updated bill with both of these reflected.

Sincerely,
Allison

Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Visiting Student, Georgetown University Law Center
J.D. Candidate, Washington University in St. Louis School of Law
allison.brown@wustl.edu | https://www.linkedin.com/in/allisonsbrown/

Exhibit H - Scholarship Letters and Issues from Defendant Carrie Burns to Plaintiff



68