Exhibit J

11/12/24, 9:05 PM  University of Michigan Mail - Did you tell Wash Univ. that Allie has new counsel?

Case 8:24-cv-03198-TDC   Document 6-11   Filed 11/13/24   Page 2 of 2



Allison Brown <albsure@umich.edu>

## Did you tell Wash Univ. that Allie has new counsel?

**Patricia Brown** <brownandrussell@verizon.net>   Thu, Nov 7, 2024 at 5:20 PM
To: "albsure@umich.edu" <albsure@umich.edu>

Forchetti says it is futile to say that WUSTL actions are racially motivated below.

----- Forwarded Message -----
**From:** Patricia Brown <brownandrussell@verizon.net>
**To:** "sforchetti@lentolawgroup.com" <sforchetti@lentolawgroup.com>; Allison Brown <albsure@umich.edu>
**Cc:** Student Discipline Defense <sdd@lentolawgroup.com>; Joseph Lento <jdlento@lentolawgroup.com>
**Sent:** Thursday, March 30, 2023 at 01:19:02 PM EDT
**Subject:** Re: Did you tell Wash Univ. that Allie has new counsel?

How about Mr. Terrell Ratliff as Allie's new counsel?   He is listed as an attorney on the Lento Law Firm website.

Sincerely,

Patty

Sent from AOL on Android

On Wed, Mar 29, 2023 at 8:30 PM, Patricia Brown <brownandrussell@verizon.net> wrote:

> Who is the new attorney?
>
> Sent from AOL on Android
>
> On Wed, Mar 29, 2023 at 8:27 PM, Stacy Forchetti <sforchetti@lentolawgroup.com> wrote:
>
>> Good evening Patty,
>> My office will contact WashU with new counsel information as someone is assigned.
>> I was a prosecutor for twelve years in Philadelphia; my knowledge of criminal law had no relevance in your daughter's case. Her behavior throughout the hearing, in cutting off witnesses and seeking to ask them irrelevant questions for the sole purpose of causing embarrassment, will undoubtedly have an impact on the hearing board's determination.
>> I would not suggest a strategy of attempting to argue the disciplinary action against Allison was in any way racially motivated; I do not see that strategy succeeding here.
>> Sincerely,
>> Stacy
>>
>> **Stacy T. Forchetti, Esquire**
>>
>> Senior Litigation Counsel
>>
>> Lento Law Group
>>
>> sforchetti@lentolawgroup.com
>>
>> 267-833-0200 x492
>>
>> **PHILADELPHIA OFFICE**
>>
>> 1650 Market Street
>>
>> Suite 3600
>>
>> Philadelphia, PA  19103