Exhibit K

Wednesday, February 20, 2023 at 22:02:44 Eastern Standard Time

**Subject:** RE: Topic Proposal - War Crimes

**Date:** Wednesday, February 15, 2023 at 10:00:17 PM Eastern Standard Time

**From:** Sadat, Leila <sadat@wustl.edu>

**To:** Brown, Allison <allison.brown@wustl.edu>

Hi Allison,

I have offered to take you for a three-credit supervised research to work on this paper on a pass-fail basis. I think it's too hard to try to work through the seminar since you can't attend in person which is how it was designed. I'm so sorry – I had no idea of the limitations on your attendance, or I would have said something right away. That said, I would be delighted to work one on one with you. I think you have access to the zoom recording from today, which you should watch, and we can certainly send the PPT from Tove Klovning on the research.

Does that work for you?

Best wishes,

Prof. Sadat

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Wednesday, February 8, 2023 12:19 AM
**To:** Sadat, Leila <sadat@wustl.edu>
**Subject:** Topic Proposal - War Crimes

Hi Professor Sadat,

My name is Allison Brown and I will be taking your course remotely this semester. Attached is my topic proposal that I am supposed to give you by tomorrow.

Please let me know your thoughts. I would love to meet via zoom for office hours, if your schedule permits.

Thanks much and best,
Allison


--
Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Vice President, Black Graduate Students Association
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

Case 8:24-cv-03198-TDC    Document 13-3    Filed 02/22/24    Page 3 of 32
Wednesday, February 22, 2023 at 21:41:00 Eastern Standard Time

| | |
|---|---|
| **Subject:** | RE: Final Q&A, Posted Materials: Corporations (Frankenreiter) - Fall 2022 |
| **Date:** | Monday, November 28, 2022 at 3:03:35 PM Eastern Standard Time |
| **From:** | Walsh, Elizabeth <ewalsh@wustl.edu> |
| **To:** | Brown, Allison <allison.brown@wustl.edu> |
| **CC:** | Gore, Nicole <ngore@wustl.edu>, Wild, Rob <rob.wild@wustl.edu>, Patricia Brown <brownandrussell@verizon.net> |

**Attachments:** image003.png, image001.png

Hi, Allie –
The sessions will not be recorded. If you'd like have an individual meeting with the TA, please let me know. I imagine the TA could go over your classmate's questions with you.

Best,
Elizabeth

---

**Elizabeth Walsh** | she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu | 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Monday, November 28, 2022 1:46 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Cc:** Gore, Nicole <ngore@wustl.edu>; Wild, Rob <rob.wild@wustl.edu>; Patricia Brown <brownandrussell@verizon.net>
**Subject:** Re: Final Q&A, Posted Materials: Corporations (Frankenreiter) - Fall 2022

Dean Walsh,

So why did Mr. Wild tell me that they would be recorded when this is not the case?

I could have attended the sessions in person but I was told me that they would be recorded. I will not be able to reap the benefit of listening to my classmate's questions and the TA's explanations because the meeting was not recorded. But you offer a one-on-one as if that is comparable.

Do you have any plans to rectify this?

Sincerely,
Allison

---

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Monday, November 28, 2022 2:40 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Cc:** Gore, Nicole <ngore@wustl.edu>; Wild, Rob <rob.wild@wustl.edu>; Patricia Brown <brownandrussell@verizon.net>
**Subject:** RE: Final Q&A, Posted Materials: Corporations (Frankenreiter) - Fall 2022

Hi, Allie –
These sessions are led by a student and will not be recorded. However, I would be happy to try to arrange an individual

meeting with you and the TA to go over any questions you may have. Please let me know if you'd me to reach out to the TA.

Best,
Elizabeth

**Elizabeth Walsh** | she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu | 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Monday, November 28, 2022 10:16 AM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Cc:** Gore, Nicole <ngore@wustl.edu>; Wild, Rob <rob.wild@wustl.edu>; Patricia Brown <brownandrussell@verizon.net>
**Subject:** Fwd: Final Q&A, Posted Materials: Corporations (Frankenreiter) - Fall 2022

Hi Dean Walsh,

I also have not received the recordings for these review sessions, which I was told over the phone from Mr. Wild that they would be recorded for me. Please advise.

Thanks and best,
Allison

**From:** Corporations (Frankenreiter) - Fall 2022 <notifications@instructure.com>
**Sent:** Monday, November 28, 2022 11:13:04 AM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Subject:** Final Q&A, Posted Materials: Corporations (Frankenreiter) - Fall 2022

I will host a final Q&A tonight from 6:00-7:30 in room 201.

All materials (including PowerPoints) are posted under Files>TA Materials.

I will also be available via email to answer questions through the remainder of the week.

-Chase



View announcement | Update your notification settings

**Subject:** RE: War Crimes Seminar packets are available for pick-up in Room 550-E
**Date:** Tuesday, January 24, 2023 at 3:18:49 PM Eastern Standard Time
**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**To:** Brown, Allison <allison.brown@wustl.edu>
**Attachments:** Spring 2023 War Crimes Course Packet 1.19.23.pdf, image001.png

Hi, Allison –
I checked your schedule and you are currently enrolled in Administrative Law, Speech, Press & the Constitution, Causation in Employment Discrimination and the War Crimes Seminar. The recordings for Administrative Law and Speech, Press are available on Canvas. Please note that with Speech, Press you must download the recording within 24 hours after it posted or the class meets.

I've requested recordings for the other classes in which you are enrolled.

I've attached your seminar packet.

Best,
Elizabeth

**Elizabeth Walsh** | she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu | 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Monday, January 23, 2023 10:51 AM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Cc:** sdd@lentolawgroup.com; Stacy Forchetti <sforchetti@lentolawgroup.com>; Patricia Brown <brownandrussell@verizon.net>
**Subject:** Fwd: War Crimes Seminar packets are available for pick-up in Room 550-E

Hi Dean Walsh,

Could I have the recordings for all of my courses? A week of classes has occurred and I have not received any recordings.

Below is a list of the recordings that I need:
Legal Practice (new instructor needed)
Ethics and Professionalism
Causation in Employment Discrimination
Speech Press and the Constitution
War, War Crimes and Crimes Against Humanity

Additionally, could you send me this packet for War Crimes?

Please let me know.

Thanks much and best,
Allison

**From:** Colleen Erker <erker@wulaw.wustl.edu>
**Sent:** Monday, January 23, 2023 11:34:26 AM
**To:** Erker, Colleen <erker@wustl.edu>
**Subject:** War Crimes Seminar packets are available for pick-up in Room 550-E

TO: Students in War Crimes Seminar

You may now pick up your course packet in Room 550-E.

Thank you,
Colleen Erker

Faculty Administrative Assistant
AB Hall, Room 550-E
314-935-2379
erker@wustl.edu

Wednesday, February 22, 2023 at 02:05:46 Eastern Standard Time

| **Subject:** | RE: Supervised Research |
|---|---|
| **Date:** | Thursday, February 16, 2023 at 2:51:53 PM Eastern Standard Time |
| **From:** | Sadat, Leila <sadat@wustl.edu> |
| **To:** | Walsh, Elizabeth <ewalsh@wustl.edu>, Brown, Allison <allison.brown@wustl.edu> |
| **CC:** | Hellin, Sarah <sarah.hellin@wustl.edu> |
| **Attachments:** | image001.png |

Thank you, Elizabeth! Best wishes, Leila

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Thursday, February 16, 2023 10:36 AM
**To:** Sadat, Leila <sadat@wustl.edu>; Brown, Allison <allison.brown@wustl.edu>
**Cc:** Hellin, Sarah <sarah.hellin@wustl.edu>
**Subject:** Supervised Research

Hi, Professor Sadat and Allison:

I have dropped Allison from the War, War Crimes and Crimes Against Humanity seminar. I have also enrolled her in three credits of supervised research. After you've decided on a paper topic, please return the form found here to me or to Sarah Hellin, who is copied on this email.

If you have any questions, please let me know.

Best,
Elizabeth



**Elizabeth Walsh** | She/Her
Associate Dean for Student Life & Academic Services
**Washington University School of Law**
Direct: 314.935.5861 / Office: 314.935.4610
Meet with Me in Person or Meet with Me Virtually

**Subject:** Re: Speech & Press Recordings

**Date:** Monday, February 20, 2023 at 3:48:39 PM Eastern Standard Time

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>

**To:** Brown, Allison <allison.brown@wustl.edu>

Hi, Allison -

Rachel Mance reported that for some reason those two classes were not recorded. I guess there was a glitch with the automatic recording. Would you like me to help you find someone who could share their notes with you?

Best,
Elizabeth

**Elizabeth Walsh** | She/Her
Associate Dean for Student Life & Academic Services
**Washington University School of Law**
Direct: 314.935.5861 / Office: 314.935.4610
Meet with Me in Person or Meet with Me Virtually

---

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Friday, February 17, 2023 1:41 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Cc:** Stacy Forchetti <sforchetti@lentolawgroup.com>
**Subject:** Speech & Press Recordings

Hi Dean Walsh,

Is there anyway that you could send me the recordings for Speech & Press (Magarian) for Monday February 13 and Tuesday February 14th? I would've downloaded them from Canvas, but I did not see them uploaded. The previous weeks, they were available. But not this week.

Please let me know if this is possible.

Thanks much and best,
Allison

--

Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Vice President, Black Graduate Students Association
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

**Subject:** FW: Allison Brown - Participation Requirement
**Date:** Monday, February 20, 2023 at 10:50:49 AM Eastern Standard Time
**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**To:** Brown, Allison <allison.brown@wustl.edu>
**Attachments:** image001.png, image003.png

**Elizabeth Walsh** I she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu I 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Jason R Bent <jbent@law.stetson.edu>
**Sent:** Monday, February 20, 2023 9:10 AM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

https://wustl.zoom.us/rec/share/ljVdRjhEAmIBMjSYU1sBh05duKpymTY_ixvx0SfrTCBOeBLuCg4QXPAuCJJOebIw.vvpScJ4F1uRYKesW

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950

**From:** Jason R Bent
**Sent:** Monday, February 20, 2023 10:10 AM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Here is the Zoom link for Friday's class:

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Thursday, February 16, 2023 9:28 AM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** RE: Allison Brown - Participation Requirement

CAUTION - External Email -

No problem. Please send the prompts to me as they are available, and I will forward them to Allison. Thanks!

**Elizabeth Walsh** I she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu I 314.935.5861
Meet with Me in Person or Meet with Me Virtually


**From:** Jason R Bent <jbent@law.stetson.edu>
**Sent:** Thursday, February 16, 2023 8:00 AM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Oh, yes please, if you would.  Thank you!

-Jason

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950


**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Thursday, February 16, 2023 8:52 AM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** RE: Allison Brown - Participation Requirement

**CAUTION - External Email -**

Hi, Jason –
Would you like me to send Allison the prompts? I'm sorry I didn't clarify that last week.

Thanks,
Elizabeth

**Elizabeth Walsh** I she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu I 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Walsh, Elizabeth
**Sent:** Monday, February 13, 2023 9:27 AM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Thank you!

**Elizabeth Walsh** I she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu I 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Jason R Bent <jbent@law.stetson.edu>
**Sent:** Friday, February 10, 2023 4:09 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Not really any extra work at all.  I just started the Discussion board, and here is my first discussion prompt:

One argument that we have seen deployed (including by the dissent in Nassar) is that we should try to avoid confusing juries by setting different standards for different types of discrimination.  For example, in a case involving both a Title VII race discrimination claim and a retaliation claim, the jury will be instructed in accordance with the "motivating factor" and limited remedies standard as to the race claim, but in accordance with the "but for" standard as to the retaliation claim.  The jury will need to consider the potential counterfactual showings under these two different standards.  A similar difference in jury instructions would result if a plaintiff alleged discrimination on the basis of both sex (Title VII) and age (ADEA).

Do you find the argument that courts should interpret the antidiscrimination statutes so as to avoid confusing juries persuasive?  Do you think that Congress intended for the possibility of such differences in jury instructions, or do you think it more likely that Congress simply assumed that Title VII, its retaliation provisions, and the ADEA would all be interpreted similarly regarding causation, such that the jury instructions for these  claims would all be similar?


Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950


**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Friday, February 10, 2023 4:52 PM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** Re: Allison Brown - Participation Requirement

CAUTION - External Email -

Passing along the discussion prompts to Allie is fine, and hopefully won't create too much more work for you.

**Elizabeth Walsh** | She/Her

Associate Dean for Student Life & Academic Services

Washington University School of Law
Direct: 314.935.5861 / Office: 314.935.4610

Meet with Me in Person or Meet with Me Virtually

**From:** Jason R Bent <jbent@law.stetson.edu>
**Sent:** Friday, February 10, 2023 3:49 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

OK, yes.  I'm still going to use a discussion board for others in the class, but I'd be happy to treat her participation separately.  She could submit written commentary on the readings.  Or perhaps I could pass along the discussion prompts that I post (probably once per week) on the discussion board and she could just separately submit a response to that?

Best regards,

-Jason

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Friday, February 10, 2023 4:44 PM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** Re: Allison Brown - Participation Requirement

**CAUTION - External Email -**

Hi, Jason -
Thanks for the link. Regarding participation, we'd prefer that Allison not use the classroom discussion board. Could she pick submit a brief commentary on the readings for ½ of the classes, or something similar?

Best,
Elizabeth

**Elizabeth Walsh** | She/Her

Associate Dean for Student Life & Academic Services

**Washington University School of Law**
Direct: 314.935.5861 / Office: 314.935.4610

Meet with Me in Person or Meet with Me Virtually

---

**From:** Jason R Bent <jbent@law.stetson.edu>
**Sent:** Friday, February 10, 2023 2:20 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Hi Elizabeth,

Here is today's recording link: https://wustl.zoom.us/rec/share/zFHlscSIp2jFc_pcQ36ZtUzHKLrTh-LglU9J-cu-3MycVWHoGnLIQiHObjat86PA.eMMRy2_Wmg68Dhb3

Also, I wanted to follow up re: whether the discussion board option would be sufficient to deal with Allison's specific situation.  Have a great weekend!

-Jason

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950

**From:** Jason R Bent
**Sent:** Wednesday, February 8, 2023 3:22 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Hi Elizabeth,

Thank you for the email.  Given the short length of the class period (55 minutes, only 1 time per week), I think

I'm going to open up a Discussion Board on Canvas that will give students another way to participate.  It will be optional for students to post, but that will give all students in the class another way to participate.  Do you think that will help with Allison's specific situation?

Best regards,

-Jason

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950


**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Wednesday, February 8, 2023 3:15 PM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** Allison Brown - Participation Requirement

CAUTION - External Email -

Hi, Jason -
Allison emailed me about your participation requirement. She's concerned that she won't be able to meet it because she cannot attend the live Zoom recordings. Is there another way she can fulfill the requirement?

Thanks,
Elizabeth


**Elizabeth Walsh** | She/Her

Associate Dean for Student Life & Academic Services

**Washington University School of Law**
Direct: 314.935.5861 / Office: 314.935.4610

Meet with Me in Person or Meet with Me Virtually

Wednesday, February 22, 2023 at 02:01:40 Eastern Standard Time

**Subject:** War Crimes Seminar

**Date:**    Wednesday, February 15, 2023 at 5:01:34 PM Eastern Standard Time

**From:**    Walsh, Elizabeth <ewalsh@wustl.edu>

**To:**    Brown, Allison <allison.brown@wustl.edu>

Hi, Allison -

I've talked with Professor Sadat about the War Crimes seminar. We think it would be best if you dropped the seminar and did supervised research with her instead. That would allow you the most flexibility in writing a paper on the topic you've chosen. She also has some guest speakers for the seminar who do not want to be recorded and I would not be able to send you the recordings for those classes. You can still do the supervised research for 3 credits.

I will drop you from the seminar tomorrow and Professor Sadat will contact you about supervised research.

Best,
Elizabethj

**Elizabeth Walsh** | She/Her
Associate Dean for Student Life & Academic Services
**Washington University School of Law**
Direct: 314.935.5861 / Office: 314.935.4610
Meet with Me in Person or Meet with Me Virtually

Page 1 of 1

**Subject:** RE: Topic Proposal - War Crimes
**Date:** Wednesday, February 15, 2023 at 10:00:17 PM Eastern Standard Time
**From:** Sadat, Leila <sadat@wustl.edu>
**To:** Brown, Allison <allison.brown@wustl.edu>

Hi Allison,

I have offered to take you for a three-credit supervised research to work on this paper on a pass-fail basis. I think it's too hard to try to work through the seminar since you can't attend in person which is how it was designed. I'm so sorry – I had no idea of the limitations on your attendance, or I would have said something right away. That said, I would be delighted to work one on one with you. I think you have access to the zoom recording from today, which you should watch, and we can certainly send the PPT from Tove Klovning on the research.

Does that work for you?

Best wishes,

Prof. Sadat


**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Wednesday, February 8, 2023 12:19 AM
**To:** Sadat, Leila <sadat@wustl.edu>
**Subject:** Topic Proposal - War Crimes

Hi Professor Sadat,

My name is Allison Brown and I will be taking your course remotely this semester. Attached is my topic proposal that I am supposed to give you by tomorrow.

Please let me know your thoughts. I would love to meet via zoom for office hours, if your schedule permits.

Thanks much and best,
Allison


--
Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Vice President, Black Graduate Students Association
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

Wednesday, February 22, 2023 at 11:41:00 Eastern Standard Time

| | |
|---|---|
| **Subject:** | RE: Final Q&A, Posted Materials: Corporations (Frankenreiter) - Fall 2022 |
| **Date:** | Monday, November 28, 2022 at 3:03:35 PM Eastern Standard Time |
| **From:** | Walsh, Elizabeth <ewalsh@wustl.edu> |
| **To:** | Brown, Allison <allison.brown@wustl.edu> |
| **CC:** | Gore, Nicole <ngore@wustl.edu>, Wild, Rob <rob.wild@wustl.edu>, Patricia Brown <brownandrussell@verizon.net> |
| **Attachments:** | image003.png, image001.png |

Hi, Allie –

The sessions will not be recorded. If you'd like have an individual meeting with the TA, please let me know. I imagine the TA could go over your classmate's questions with you.

Best,
Elizabeth

**Elizabeth Walsh** I she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu I 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Monday, November 28, 2022 1:46 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Cc:** Gore, Nicole <ngore@wustl.edu>; Wild, Rob <rob.wild@wustl.edu>; Patricia Brown <brownandrussell@verizon.net>
**Subject:** Re: Final Q&A, Posted Materials: Corporations (Frankenreiter) - Fall 2022

Dean Walsh,

So why did Mr. Wild tell me that they would be recorded when this is not the case?

I could have attended the sessions in person but I was told me that they would be recorded. I will not be able to reap the benefit of listening to my classmate's questions and the TA's explanations because the meeting was not recorded. But you offer a one-on-one as if that is comparable.

Do you have any plans to rectify this?

Sincerely,
Allison

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Monday, November 28, 2022 2:40 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Cc:** Gore, Nicole <ngore@wustl.edu>; Wild, Rob <rob.wild@wustl.edu>; Patricia Brown <brownandrussell@verizon.net>
**Subject:** RE: Final Q&A, Posted Materials: Corporations (Frankenreiter) - Fall 2022

Hi, Allie –
These sessions are led by a student and will not be recorded. However, I would be happy to try to arrange an individual

meeting with you and the TA to go over any questions you may have. Please let me know if you'd me to reach out to the TA.

Best,
Elizabeth

**Elizabeth Walsh** I she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu I 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Monday, November 28, 2022 10:16 AM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Cc:** Gore, Nicole <ngore@wustl.edu>; Wild, Rob <rob.wild@wustl.edu>; Patricia Brown <brownandrussell@verizon.net>
**Subject:** Fwd: Final Q&A, Posted Materials: Corporations (Frankenreiter) - Fall 2022

Hi Dean Walsh,

I also have not received the recordings for these review sessions, which I was told over the phone from Mr. Wild that they would be recorded for me. Please advise.

Thanks and best,
Allison

**From:** Corporations (Frankenreiter) - Fall 2022 <notifications@instructure.com>
**Sent:** Monday, November 28, 2022 11:13:04 AM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Subject:** Final Q&A, Posted Materials: Corporations (Frankenreiter) - Fall 2022

I will host a final Q&A tonight from 6:00-7:30 in room 201.

All materials (including PowerPoints) are posted under Files>TA Materials.

I will also be available via email to answer questions through the remainder of the week.

-Chase



View announcement | Update your notification settings

Case 8:24-cv-03198-TDC    Document 16    Filed 12/12/24    Page 20 of 32

**Subject:** RE: War Crimes Seminar packets are available for pick-up in Room 550-E

**Date:** Tuesday, January 24, 2023 at 3:18:49 PM Eastern Standard Time

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>

**To:** Brown, Allison <allison.brown@wustl.edu>

**Attachments:** Spring 2023 War Crimes Course Packet 1.19.23.pdf, image001.png

Hi, Allison –

I checked your schedule and you are currently enrolled in Administrative Law, Speech, Press & the Constitution, Causation in Employment Discrimination and the War Crimes Seminar. The recordings for Administrative Law and Speech, Press are available on Canvas. Please note that with Speech, Press you must download the recording within 24 hours after it posted or the class meets.

I've requested recordings for the other classes in which you are enrolled.

I've attached your seminar packet.

Best,
Elizabeth

**Elizabeth Walsh** | she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu | 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Monday, January 23, 2023 10:51 AM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Cc:** sdd@lentolawgroup.com; Stacy Forchetti <sforchetti@lentolawgroup.com>; Patricia Brown <brownandrussell@verizon.net>
**Subject:** Fwd: War Crimes Seminar packets are available for pick-up in Room 550-E

Hi Dean Walsh,

Could I have the recordings for all of my courses? A week of classes has occurred and I have not received any recordings.

Below is a list of the recordings that I need:
Legal Practice (new instructor needed)
Ethics and Professionalism
Causation in Employment Discrimination
Speech Press and the Constitution
War, War Crimes and Crimes Against Humanity

Additionally, could you send me this packet for War Crimes?

Please let me know.

Thanks much and best,
Allison

**From:** Colleen Erker <erker@wulaw.wustl.edu>
**Sent:** Monday, January 23, 2023 11:34:26 AM
**To:** Erker, Colleen <erker@wustl.edu>
**Subject:** War Crimes Seminar packets are available for pick-up in Room 550-E

TO: Students in War Crimes Seminar

You may now pick up your course packet in Room 550-E.

Thank you,
Colleen Erker

Faculty Administrative Assistant
AB Hall, Room 550-E
314-935-2379
erker@wustl.edu

Wednesday, February 12, 2023 at 02:05:46 Eastern Standard Time

**Subject:**      RE: Supervised Research

**Date:**         Thursday, February 16, 2023 at 2:51:53 PM Eastern Standard Time

**From:**         Sadat, Leila <sadat@wustl.edu>

**To:**           Walsh, Elizabeth <ewalsh@wustl.edu>, Brown, Allison <allison.brown@wustl.edu>

**CC:**           Hellin, Sarah <sarah.hellin@wustl.edu>

**Attachments:** image001.png

Thank you, Elizabeth! Best wishes, Leila

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Thursday, February 16, 2023 10:36 AM
**To:** Sadat, Leila <sadat@wustl.edu>; Brown, Allison <allison.brown@wustl.edu>
**Cc:** Hellin, Sarah <sarah.hellin@wustl.edu>
**Subject:** Supervised Research

Hi, Professor Sadat and Allison:

I have dropped Allison from the War, War Crimes and Crimes Against Humanity seminar. I have also enrolled her in three credits of supervised research. After you've decided on a paper topic, please return the form found here to me or to Sarah Hellin, who is copied on this email.

If you have any questions, please let me know.

Best,
Elizabeth



**Elizabeth Walsh** | She/Her
Associate Dean for Student Life & Academic Services
**Washington University School of Law**
Direct: 314.935.5861 / Office: 314.935.4610
Meet with Me in Person or Meet with Me Virtually

**Subject:** Re: Speech & Press Recordings
**Date:** Monday, February 20, 2023 at 3:48:39 PM Eastern Standard Time
**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**To:** Brown, Allison <allison.brown@wustl.edu>

Hi, Allison -
Rachel Mance reported that for some reason those two classes were not recorded. I guess there was a glitch with the automatic recording. Would you like me to help you find someone who could share their notes with you?

Best,
Elizabeth

**Elizabeth Walsh** | She/Her
Associate Dean for Student Life & Academic Services
**Washington University School of Law**
Direct: 314.935.5861 / Office: 314.935.4610
Meet with Me in Person or Meet with Me Virtually

---

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Friday, February 17, 2023 1:41 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Cc:** Stacy Forchetti <sforchetti@lentolawgroup.com>
**Subject:** Speech & Press Recordings

Hi Dean Walsh,

Is there anyway that you could send me the recordings for Speech & Press (Magarian) for Monday February 13 and Tuesday February 14th? I would've downloaded them from Canvas, but I did not see them uploaded. The previous weeks, they were available. But not this week.

Please let me know if this is possible.

Thanks much and best,
Allison

--
Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Vice President, Black Graduate Students Association
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

| | |
|---|---|
| **Subject:** | FW: Allison Brown - Participation Requirement |
| **Date:** | Monday, February 20, 2023 at 10:50:49 AM Eastern Standard Time |
| **From:** | Walsh, Elizabeth <ewalsh@wustl.edu> |
| **To:** | Brown, Allison <allison.brown@wustl.edu> |
| **Attachments:** | image001.png, image003.png |

**Elizabeth Walsh** | she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu | 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Jason R Bent <jbent@law.stetson.edu>
**Sent:** Monday, February 20, 2023 9:10 AM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

https://wustl.zoom.us/rec/share/ljVdRjhEAmIBMjSYU1sBh05duKpvmTY_ixvx0SfrTCBOeBLuCg4QXPAuCJJOebIw.vvpScJ4F1uRYKesW

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950

**From:** Jason R Bent
**Sent:** Monday, February 20, 2023 10:10 AM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Here is the Zoom link for Friday's class:

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Thursday, February 16, 2023 9:28 AM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** RE: Allison Brown - Participation Requirement

**CAUTION - External Email -**

No problem. Please send the prompts to me as they are available, and I will forward them to Allison. Thanks!

**Elizabeth Walsh** I she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu I 314.935.5861
Meet with Me in Person or Meet with Me Virtually


**From:** Jason R Bent <jbent@law.stetson.edu>
**Sent:** Thursday, February 16, 2023 8:00 AM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Oh, yes please, if you would.  Thank you!

-Jason

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950


**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Thursday, February 16, 2023 8:52 AM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** RE: Allison Brown - Participation Requirement

**CAUTION - External Email -**

Hi, Jason –
Would you like me to send Allison the prompts? I'm sorry I didn't clarify that last week.

Thanks,
Elizabeth

**Elizabeth Walsh** I she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu I 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Walsh, Elizabeth
**Sent:** Monday, February 13, 2023 9:27 AM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Thank you!

**Elizabeth Walsh** | she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu | 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Jason R Bent <jbent@law.stetson.edu>
**Sent:** Friday, February 10, 2023 4:09 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Not really any extra work at all.  I just started the Discussion board, and here is my first discussion prompt:

One argument that we have seen deployed (including by the dissent in Nassar) is that we should try to avoid confusing juries by setting different standards for different types of discrimination.  For example, in a case involving both a Title VII race discrimination claim and a retaliation claim, the jury will be instructed in accordance with the "motivating factor" and limited remedies standard as to the race claim, but in accordance with the "but for" standard as to the retaliation claim.  The jury will need to consider the potential counterfactual showings under these two different standards.  A similar difference in jury instructions would result if a plaintiff alleged discrimination on the basis of both sex (Title VII) and age (ADEA).

Do you find the argument that courts should interpret the antidiscrimination statutes so as to avoid confusing juries persuasive?  Do you think that Congress intended for the possibility of such differences in jury instructions, or do you think it more likely that Congress simply assumed that Title VII, its retaliation provisions, and the ADEA would all be interpreted similarly regarding causation, such that the jury instructions for these  claims would all be similar?

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Friday, February 10, 2023 4:52 PM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** Re: Allison Brown - Participation Requirement

CAUTION - External Email -

Passing along the discussion prompts to Allie is fine, and hopefully won't create too much more work for you.

**Elizabeth Walsh** | She/Her

Associate Dean for Student Life & Academic Services

Washington University School of Law
Direct: 314.935.5861 / Office: 314.935.4610

Meet with Me in Person or Meet with Me Virtually

**From:** Jason R Bent <jbent@law.stetson.edu>
**Sent:** Friday, February 10, 2023 3:49 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

OK, yes.  I'm still going to use a discussion board for others in the class, but I'd be happy to treat her participation separately.  She could submit written commentary on the readings.  Or perhaps I could pass along the discussion prompts that I post (probably once per week) on the discussion board and she could just separately submit a response to that?

Best regards,

-Jason

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Friday, February 10, 2023 4:44 PM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** Re: Allison Brown - Participation Requirement

CAUTION - External Email -

Hi, Jason -
Thanks for the link. Regarding participation, we'd prefer that Allison not use the classroom discussion board. Could she pick submit a brief commentary on the readings for ½ of the classes, or something similar?

Best,
Elizabeth

**Elizabeth Walsh** | She/Her

Associate Dean for Student Life & Academic Services

Washington University School of Law
Direct: 314.935.5861 / Office: 314.935.4610

Meet with Me in Person or Meet with Me Virtually

---

**From:** Jason R Bent <jbent@law.stetson.edu>
**Sent:** Friday, February 10, 2023 2:20 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Hi Elizabeth,

Here is today's recording link: https://wustl.zoom.us/rec/share/zFHlscSIp2jFc_pcQ36ZtUzHKLrTh-LglU9J-cu-3MycVWHoGnLIQiHObjat86PA.eMMRy2_Wmg68Dhb3

Also, I wanted to follow up re: whether the discussion board option would be sufficient to deal with Allison's specific situation.  Have a great weekend!

-Jason

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950

**From:** Jason R Bent
**Sent:** Wednesday, February 8, 2023 3:22 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: Allison Brown - Participation Requirement

Hi Elizabeth,

Thank you for the email.  Given the short length of the class period (55 minutes, only 1 time per week), I think

I'm going to open up a Discussion Board on Canvas that will give students another way to participate.  It will be optional for students to post, but that will give all students in the class another way to participate.  Do you think that will help with Allison's specific situation?

Best regards,

-Jason

Jason R. Bent
Associate Dean for Academic Affairs
Professor of Law
Stetson University College of Law
(727) 562-7950

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Wednesday, February 8, 2023 3:15 PM
**To:** Jason R Bent <jbent@law.stetson.edu>
**Subject:** Allison Brown - Participation Requirement

CAUTION - External Email -

Hi, Jason -
Allison emailed me about your participation requirement. She's concerned that she won't be able to meet it because she cannot attend the live Zoom recordings. Is there another way she can fulfill the requirement?

Thanks,
Elizabeth

**Elizabeth Walsh** | She/Her

Associate Dean for Student Life & Academic Services

**Washington University School of Law**
Direct: 314.935.5861 / Office: 314.935.4610

Meet with Me in Person or Meet with Me Virtually

**Subject:** War Crimes Seminar

**Date:** Wednesday, February 15, 2023 at 5:01:34 PM Eastern Standard Time

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>

**To:** Brown, Allison <allison.brown@wustl.edu>

Hi, Allison -

I've talked with Professor Sadat about the War Crimes seminar. We think it would be best if you dropped the seminar and did supervised research with her instead. That would allow you the most flexibility in writing a paper on the topic you've chosen. She also has some guest speakers for the seminar who do not want to be recorded and I would not be able to send you the recordings for those classes. You can still do the supervised research for 3 credits.

I will drop you from the seminar tomorrow and Professor Sadat will contact you about supervised research.

Best,
Elizabethj

**Elizabeth Walsh** | She/Her
Associate Dean for Student Life & Academic Services
**Washington University School of Law**
Direct: 314.935.5861 / Office: 314.935.4610
Meet with Me in Person or Meet with Me Virtually