**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

ALLISON BROWN,

    Plaintiff,

    v.

WASHINGTON UNIVERSITY IN ST.
LOUIS SCHOOL OF LAW, *et al.*,

    Defendants.

Civil Action No. TDC-24-3198

**ORDER**

At the direction of this Court, Plaintiff Allison Brown filed an Amended Complaint against Washington University in St. Louis School of Law ("WUSL") and 12 individuals. ECF No. 6. Brown has paid the filing fee and provided the Clerk with summonses for signature and seal, pursuant to Federal Rule of Civil Procedure 4(b).

Brown bears the responsibility for effecting service of process on Defendants. Once Brown has obtained the signed and sealed summonses from the Clerk, she must serve a copy of the appropriate summons and the Complaint on each defendant within 90 days of the date the Amended Complaint was filed.

To effect service on defendants who are individuals, Brown may either (1) mail the documents to each defendant via certified mail, requesting "Restricted Delivery," as permitted under Federal Rule of Civil Procedure 4(e)(1) and Maryland Rule 2-121(a)(3); or (2) arrange for in-person service, as permitted under Federal Rule of Civil Procedure 4(e)(2), by any person who is not a party and who is at least 18 years of age, such as a private process server, as permitted under Federal Rule of Civil Procedure 4(c)(2).

To effect service on corporation WUSL, Brown may mail the documents to WUSL via certified mail, requesting "Restricted Delivery," as permitted by Federal Rule of Civil Procedure 4(h)(1)(A), or by delivering a copy of the summons and complaint to WUSL's resident agent and, if required by the relevant statute, also mailing a copy of the summons and complaint to WUSL, as permitted by Federal Rule of Civil Procedure 4(h)(1)(B). Brown may call the Maryland Department of Assessments and Taxation at (410) 767-1184 or use that Department's Charter Record Search, http://charter.dat.maryland.gov/Pages/CharterSearch/default.aspx, to obtain the name of and service address for the resident agent of WUSL.

Brown is reminded that, under Federal Rule of Civil Procedure 4(l), once service has been completed, the person effecting service of the Summons and the Complaint must promptly notify the Clerk through an affidavit. If Brown does not use a private process server to effect service, and instead uses certified mail, she must file with the Clerk the United States Postal Service acknowledgment as proof of service. Pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 103.8(a), if Brown has not provided the Court with proof of service by the 90-day deadline, the Court may enter an Order asking her to show cause why her claims should not be dismissed. If Brown fails to show cause by the deadline set in that Order, her Complaint shall be dismissed without prejudice.

Accordingly, it is hereby ORDERED that:

1. The Clerk shall issue the summonses and return them to Brown.

2. Brown shall serve each Defendant with the appropriate summons and the Amended Complaint by **Tuesday, February 11, 2025**, 90 days after the date the Amended Complaint was filed. If Brown fails to serve Defendants by that deadline, her case may be dismissed by the Court without prejudice.

3. Brown shall notify the Court of any changes to her address during the pendency of this litigation. *See* D. Md. Local R. 102.1(b)(iii).  Failure to do so may result in dismissal of this action without further notice from the Court.

4. The Clerk shall mail a copy of this Order to Brown.

Date: December 2, 2024

THEODORE D. CHUANG
United States District Judge

3