IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Allison Brown,                 *
   Plaintiff,

                            *

v.                                 Case No.: 8:24-cv-03198-TDC

                            *

Washington University, et al.,
   Defendant.             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     Enter my appearance as counsel in this case for the Defendants.

     I Certify that I am admitted to practice in this Court.


| | |
|---|---|
| 1/6/25 | */s/ Anamika R. Moore* |
| Date | Anamika Roy Moore, #21689 |
| | Saul Ewing LLP |
| | 1001 Fleet Street, 9th Floor |
| | Baltimore, MD 21202 |
| | Anamika.moore@saul.com |
| | 410-332-8634 (Phone) |
| | 410-332-8862 (Fax) |