**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Allison Brown    *

   **Plaintiff,**

                         *

   **v.**                  **Case No.** 8:24-cv-03198-TDC

                         *

Washington University, et al.

   **Defendant.**    *

### MOTION FOR ADMISSION PRO HAC VICE

   I, _____Anamika R. Moore_____, am a member in good standing of the bar of this

Court.   I am moving the admission of _Lindsey M. Bruno_____

to appear pro hac vice in this case as counsel for _Defendants_____.


   We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain
    any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following
    State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Missouri (2020) | Eastern District of Missouri  (2020) |
| Illinois (2021) | Western District of Missouri (2021) |
| | Southern District of Illinois (2024) |
| | |

3.  During the twelve months immediately preceding this motion, the proposed admittee
    has been admitted pro hac vice in this Court _zero_____ time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to
    practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been
    disbarred, suspended, or denied admission to practice law in any jurisdiction, then
    he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
    Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the
    Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
    understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or ___n/a_____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*Anamika R Moore*

Signature

Anamika Roy Moore, Bar No. 21689

Printed name and bar number

Saul Ewing LLP

Office name

1001 Fleet Street, 9th Floor
Baltimore, MD 21202

Address

410-332-8634

Telephone number

None

Fax Number

Anamika.Moore@saul.com

Email Address

PROPOSED ADMITTEE

*Lindsey M. Bruno*

Signature

Lindsey M. Bruno

Printed name

Lewis Rice LLC

Office name

600 Washington Ave, Ste. 2500, St. Louis MO 63101

Address

314-444-7842

Telephone number

314-612-7842

Fax Number

lbruno@lewisrice.com

Email Address