**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ALLISON BROWN,

    Plaintiff,

    v.

WASHINGTON UNIVERSITY IN ST.
LOUIS SCHOOL OF LAW, *et al.*,

    Defendants.

Civil Action No. TDC-24-3198

## ORDER

For the reasons stated during the January 22, 2025 Case Management Conference, it is hereby ORDERED that Defendants are granted leave to file the Motion to Dismiss proposed in ECF No. 14. The Motion will be deemed timely if filed by **Wednesday, February 5, 2025.** Plaintiff's Opposition to the Motion is due by **Friday, March 14, 2025.** Any reply brief is due by **Friday, March 28, 2025.**

Date:   January **22**, 2025

THEODORE D. CHUANG
United States District Judge