From: Allison Brown | Phone: 301-875-2658 | email : albsure@umich.edu

February 2, 2025

*__Via CM/ECF__*

The Honorable Theodore D. Chuang

U.S. District Court for the District of Maryland

6500 Cherrywood Lane, Suite 245

Greenbelt, MD 20770

RE:    *Brown v. Washington University in St. Louis School of Law, et al.*
       Case No.: TDC-24-3198; Notice of Intent to File a Motion for a Jury Trial

## NOTICE OF INTENT TO FILE A MOTION TO DEMAND A JURY TRIAL

Dear Judge Chuang,

Pursuant to Section II.A.1 of the Case Management Order (ECF No. 4), I submit the following Notice of Intent to File a Motion on behalf of myself, Plaintiff Allison Brown. I respectfully request the Court's permission to file a motion for a jury trial against Defendants under Federal Rule of Civil Procedure 39 pursuant to Case Management Order II. A. 1.

Md. R. Civ. P. Cir. Ct. 2-235 states that "Any party may elect a trial by jury of any issue triable of right by a jury by filing a demand therefor in writing either as a separate paper or separately titled at the conclusion of a pleading and immediately preceding any required certificate of service." Accordingly, I stated on my Civil Cover Sheet and the first page of the Complaint that I respectfully requested a jury trial. I want to ensure that I have preserved my right to a jury trial by requesting a jury trial in a separate pleading/filing with the Court.

Respectfully submitted,

Allison Brown, Plaintiff | Signed 2/2/2025

Above is Plaintiff Brown's ink signature – the exact one same one that is contained in the original Complaint.