From: Allison Brown | Phone: 301-875-2658 | email : albsure@umich.edu

February 2, 2025

*Via CM/ECF*

The Honorable Theodore D. Chuang

U.S. District Court for the District of Maryland

6500 Cherrywood Lane, Suite 245

Greenbelt, MD 20770


RE:              *Brown v. Washington University in St. Louis School of Law, et al.*

                 Case No.: TDC-24-3198; Notice of Intent to File a Motion


Dear Judge Chuang,

Pursuant to Section II.A.1 of the Case Management Order (ECF No. 4), I submit the following Notice of Intent to File a Motion on behalf of myself, Plaintiff Allison Brown. I respectfully request to reserve the right to amend my Complaint against Defendants under Federal Rule of Civil Procedure 15 pursuant to Case Management Order II. A. 1. In this notice to file a motion, I respectfully request the permission to file a motion to amend my complaint (but only if necessary for clarification purposes after Defendant's motion to dismiss is served upon the court.) I do not wish to delay the trial process, and I believe that a reasonable civil rights attorney would be able to discern from a pro se Plaintiff's Complaint that I have satisfied the requirements to plead my claims with particularity and specificity. Nevertheless, I file this notice of intent to file a request to amend the complaint in advance of Defendants' Motion to Dismiss and foregoing Answer.

### Notice of Intent to File a Motion to Amend Complaint for Clarification

Plaintiff files this Notice of Intent to File a Motion to Amend Complaint for Clarification in good faith with the Court that because she is pro se, her claims would be understood by an average civil rights attorney and that this should not impede Defendants' ability to respond to Plaintiff's Complaint through their Motion to Dismiss by the Court's deadline of February 5th, 2025. Nevertheless, Plaintiff describes the portions of the Complaint that she would amend, if required to do so to satisfy the pleading requirements set forth in the Complaint.

1

From: Allison Brown | Phone: 301-875-2658 | email : albsure@umich.edu

**Regarding Title IX**

In Document 14 filed by Defendant's Counsel on January 7th, 2025, did not acknowledge that Plaintiff has alleged violations of Title IX in her complaint. Pursuant to Executive Order 14168, issued January 20, 2025, references to "gender" should in addition be read to reference "sex" consistent with the Executive Order 14168, as Plaintiff was born female. Further, Plaintiff's allegations are not intended to contradict Executive Order 14168. Because Plaintiff is pro se, Plaintiff files this notice of intent to file a Motion to Amend Complaint (if required by the court for clarification) in good faith, and with the understanding that Defendants may not have been aware that Plaintiff intended to bring claims under Title XI under the Education Amendments of 1972, codified in 20 U.S.C. §1681 et seq.

Additionally, on Page 10 of Plaintiff's Complaint, in between lines 37 and 38, Plaintiff states "August 2021 – May 2022: Title IX Violations and Exposure to Sexual Predators." Because Plaintiff wants to be unequivocally clear to the court, and prevent the bar of her claims: Plaintiff clarifies that she intends to brings suit against Defendants before a jury regarding all of the causes of action listed in the Complaint, including but not limited to: Title IX of the Education Amendments of 1972, Title VI of the Civil Rights Act of 1964, Section 1981 of the Civil Rights Act of 1866 "Section 1981," Title 42 of the United States Code (42 U.S.C. § 1983) "Section 1983," and Title 42 U.S.C. Section 1985 "Section 1985."

**Incorrect Citation of 18 USC 241 Instead of 42 US Code 1985**

Plaintiff wishes to clarify that in Count IX of the Complaint, on page 38, Plaintiff intended to have referenced "42 U.S. Code § 1985 - Conspiracy to interfere with civil rights" instead of "18 USC 241 – Conspiracy Against Rights." Defendants have stated in their Notice to File a Motion to Dismiss that "Plaintiff does not have a cause of action under 18 USC 241." Plaintiff wishes to clarify for the court that she alleges violations of Section 1985 three separate times within her Complaint: on Page 3 in the last paragraph of the introductory section, Page 5 of the Complaint in Number 6, Page 5 of the Complaint of Number 18, and throughout the Complaint in where Plaintiff describes over 5 ongoing conspiracies to commit discrimination and interfering with Plaintiff's rights because she is a Black female who complained of racial and sexual discrimination in connection with her employment, in law school and in perpetuity.

2

From: Allison Brown | Phone: 301-875-2658 | email : albsure@umich.edu

Therefore, Count IX should read "42 USC Section 1985, Conspiracy to Commit Discrimination" – not "18 USC 241."

These small discrepancies do not materially alter Plaintiff's claims; Plaintiff requests that because she is pro se, and because she mentioned 42 USC Section 1985 three other times throughout the Complaint that the deadline for Defendant's Motion to Dismiss is not delayed past the February 5th, 2025 deadline. Plaintiff also requests because she mentioned Title IX and gender/sex discrimination several times throughout her complaint, that these claims will be heard by a jury in a timely manner as well.

## OTHER MATTERS

Additionally, Plaintiff wants to inform the court that there has been an unusual amount of middle-aged white men (Prince George's County is predominantly Black, and Plaintiff's neighborhood is also all Black) frequently visiting her domicile, anywhere between 2-3 times a week. This is highly unusual, and disconcerting to Plaintiff. Plaintiff is only alerting the Court in case something happens to her at the hands via direct or indirect order of Defendants. This is not unusual for similarly situated Defendants; please see the case of Lloyd Gaines, who sued the University of Missouri School of Law for racial discrimination and "disappeared."

Respectfully submitted,

Allison Brown, Plaintiff

Above is Plaintiff Brown's ink signature – the exact one same one that is contained in the original Complaint.

2/2/2025

3