**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALLISON BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Civil Action No. 8:24-cv-03198-TDC |
| ) | |
| WASHINGTON UNIVERSITY IN ST. LOUIS ) | |
| SCHOOL OF LAW, et al.,    ) | |
| ) | |
| Defendants.    ) | |

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FAILURE TO STATE A CLAIM

COME NOW Defendants Washington University in St. Louis School of Law,[1] Elizabeth Walsh, Adrienne Davis, Carrie Burns, Russell Osgood, Robert Wild, Darrell Hudson, Deanna Wendler-Modde, Nicole Gore, Peggie Smith, Mark Kamimura-Jiménez, Elizabeth Katz, and Angela Smith ("Defendants"), by and through undersigned counsel, and, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), hereby move to dismiss Plaintiff Allison Brown's ("Plaintiff") Amended Complaint for lack of personal jurisdiction or, in the alternative, failure to state a claim.  The grounds for this motion are set forth in the concurrently filed memorandum in support.

WHEREFORE, Defendants respectfully request that this Court enter an order granting this motion to dismiss for lack of personal jurisdiction or, in the alternative, failure to state a claim and dismissing Plaintiff's Amended Complaint.

---

[1] The Washington University School of Law is not an independent legal entity.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: February 5, 2025          By:     /s/ Winthrop B. Reed III
                                         Winthrop B. Reed III, *pro hac vice* (Mo. Bar #42840)
                                         Lindsey M. Bruno, *pro hac vice* (Mo. Bar #73055)
                                         600 Washington Avenue, Suite 2500
                                         St. Louis, Missouri 63101
                                         Telephone:  (314) 444-7617
                                         Facsimile:  (314) 612-7617
                                         wreed@lewisrice.com
                                         lbruno@lewisrice.com

**SAUL EWING LLP**

                                 By:     /s/ Anamika Roy Moore
                                         Anamika Roy Moore, Bar #21689
                                         1001 Fleet Street, 9th Floor
                                         Baltimore, MD 21202
                                         Telephone: (410) 332-8634
                                         anamika.moore@saul.com

                                         *Attorneys for Defendants*