## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ALLISON BROWN,                                  )
                                                )
       Plaintiff,                               )
                                                )
v.                                              )     Civil Action No. TDC-24-3198
                                                )
WASHINGTON UNIVERSITY                           )
SCHOOL OF LAW, et al.,                          )
                                                )
       Defendants.                              )

### DECLARATION OF ADRIENNE DAVIS

The undersigned declares and states as follows:

1.    My name is Adrienne Davis.  I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2.    From 2008 until the present, I have been a member of the faculty at Washington University in St. Louis School of Law.

3.    Since 2008, I have been a citizen and domiciliary of Missouri, where I intend to remain indefinitely.

4.    I do not conduct business or engage in business activities in Maryland.

5.    I do not own property or pay taxes in Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2025       _____

**Exhibit**

**1**