## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. TDC-24-3198 |
| | ) | |
| WASHINGTON UNIVERSITY | ) | |
| SCHOOL OF LAW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF ANGELA SMITH

The undersigned declares and states as follows:

1. My name is Angela Smith. I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2. I am the Assistant Dean of Diversity, Equity & Inclusion at Washington University in St. Louis School of Law.

3. At all times relevant to the Amended Complaint in the above-referenced cause of action, including from February 2021 to the present, I have been a citizen and domiciliary of Missouri, where I intend to remain indefinitely.

4. I do not conduct business or engage in business activities in Maryland.

5. I do not own property or pay taxes in Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2025        _____

Exhibit

2