IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALLISON BROWN,                              )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )        Civil Action No. TDC-24-3198
                                            )
WASHINGTON UNIVERSITY                       )
SCHOOL OF LAW, et al.,                      )
                                            )
            Defendants.                     )

### DECLARATION OF CARRIE BURNS

The undersigned declares and states as follows:

1.      My name is Carrie Burns.  I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2.      I am the Director of Financial Aid and Student Life at Washington University in St. Louis School of Law.

3.      At all times relevant to the Amended Complaint in the above-referenced cause of action, including from February 2021 to the present, I have been a citizen and domiciliary of Missouri, where I intend to remain indefinitely.

4.      I do not conduct business or engage in business activities in Maryland.

5.      I do not own property or pay taxes in Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2025                 _Carrie Burns_____

Exhibit

3