**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ALLISON BROWN, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. TDC-24-3198 |
| | ) |
| WASHINGTON UNIVERSITY | ) |
| SCHOOL OF LAW, et al., | ) |
| | ) |
|      Defendants. | ) |

## <u>DECLARATION OF DARRELL HUDSON</u>

The undersigned declares and states as follows:

1. My name is Darrell Hudson. I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2. From 2011 to the present, I have held various academic appointments at the Brown School at Washington University in St. Louis.

3. From 2011 until 2024, I was a citizen and domiciliary of Missouri, where I intended to remain indefinitely until I was offered a position as Professor and Chair of the Department of Health Behavior and Health Equity at the University of Michigan, which I accepted.

4. Since 2024, I have been a citizen and domiciliary of Michigan, where I intend to remain indefinitely.

5. I do not conduct business or engage in business activities in Maryland.

6. I do not own property or pay taxes in Maryland.

**Exhibit**

**4**

exhibitsticker.com

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January __15__, 2025            *Darrell Hudson*