IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALLISON BROWN,                                    )
                                                  )
            Plaintiff,                            )
                                                  )
v.                                                )    Civil Action No. TDC-24-3198
                                                  )
WASHINGTON UNIVERSITY                             )
SCHOOL OF LAW, et al.,                            )
                                                  )
            Defendants.                           )

## DECLARATION OF DEANNA WENDLER MODDE

The undersigned declares and states as follows:

1.      My name is Deanna Wendler Modde.  I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2.      I am an Assistant Vice Chancellor and Associate General Counsel at Washington University in St. Louis.

3.      At all times relevant to the Amended Complaint in the above-referenced cause of action, including from February 2021 to the present, I have been a citizen and domiciliary of Missouri, where I intend to remain indefinitely.

4.      I do not conduct business or engage in business activities in Maryland.

5.      I do not own property or pay taxes in Maryland.

6.      In my role as Associate General Counsel, I am familiar with Washington University in St. Louis's corporate information.

**Exhibit**

**5**

7.      The Washington University, also known as Washington University in St. Louis, is a benevolent organization incorporated and chartered under the laws of Missouri with its principal place of business located in St. Louis, Missouri.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2025

2