**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ALLISON BROWN,                                    )
                                                  )
            Plaintiff,                            )
                                                  )
v.                                                )        Civil Action No. TDC-24-3198
                                                  )
WASHINGTON UNIVERSITY                             )
SCHOOL OF LAW, et al.,                            )
                                                  )
            Defendants.                           )

**DECLARATION OF ELIZABETH KATZ**

The undersigned declares and states as follows:

1.      My name is Elizabeth Katz.  I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2.      From 2019 to 2023, I was Associate Professor of Law at Washington University in St. Louis School of Law.

3.      From 2019 to 2023, I was a citizen and domiciliary of Missouri, where I intended to remain indefinitely. However, during this period of time, I lived briefly in Illinois while teaching at Northwestern University in Fall 2022 and Massachusetts while teaching at Boston College in Spring 2023 and Harvard University in Fall 2023.

4.       I joined the faculty at the University of Florida Levin College of Law as a Professor of Law in Summer 2023.

5.      Since 2024, I have been a citizen and domiciliary of Florida, where I intend to remain indefinitely.

6.      I do not conduct business or engage in business activities in Maryland.

**Exhibit**

**6**

7.      I do not own property or pay taxes in Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.



Executed on January 20, 2025

_____