IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALLISON BROWN,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )      Civil Action No. TDC-24-3198
                                        )
WASHINGTON UNIVERSITY                   )
SCHOOL OF LAW, et al.,                  )
                                        )
            Defendants.                 )

## DECLARATION OF ELIZABETH WALSH

The undersigned declares and states as follows:

1.      My name is Elizabeth Walsh.  I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2.      I am the Associate Dean for Student Life and Academic Services at Washington University in St. Louis School of Law.

3.      At all times relevant to the Amended Complaint in the above-referenced cause of action, including from February 2021 to the present, I have been a citizen and domiciliary of Missouri, where I intend to remain indefinitely.

4.      I do not conduct business or engage in business activities in Maryland.

5.      I do not own property or pay taxes in Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2025

Exhibit

7