**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. TDC-24-3198 |
| | ) | |
| WASHINGTON UNIVERSITY | ) | |
| SCHOOL OF LAW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF MARK KAMIMURA-JIMÉNEZ**

The undersigned declares and states as follows:

1.     My name is Mark Kamimura-Jiménez.  I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2.     I am the Associate Vice Chancellor for Student Affairs at Washington University in St. Louis.

3.     At all times relevant to the Amended Complaint in the above-referenced cause of action, including from February 2021 to the present, I have been a citizen and domiciliary of Missouri, where I intend to remain indefinitely.

4.     I do not conduct business or engage in business activities in Maryland.

5.     I do not own property or pay taxes in Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2025

**Exhibit**

**8**