## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALLISON BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON UNIVERSITY )<br>SCHOOL OF LAW, et al., )<br>)<br>Defendants. ) | Civil Action No. TDC-24-3198 |

### DECLARATION OF PEGGIE SMITH

The undersigned declares and states as follows:

1.      My name is Peggie Smith.  I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2.      From 2010 until the present, I have been a member of the faculty at Washington University in St. Louis School of Law.

3.      Since 2010, I have been a citizen and domiciliary of Missouri, where I intend to remain indefinitely.

4.      I do not conduct business or engage in business activities in Maryland.

5.      I do not own property or pay taxes in Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2025

_____

**Exhibit**

**10**