## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ALLISON BROWN,                              )
                                            )
          Plaintiff,                        )
                                            )
v.                                          )        Civil Action No. TDC-24-3198
                                            )
WASHINGTON UNIVERSITY                       )
SCHOOL OF LAW, et al.,                      )
                                            )
          Defendants.                       )

### DECLARATION OF RUSSELL K. OSGOOD

The undersigned declares and states as follows:

1.     My name is Russell K. Osgood.  I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2.     From 2011 until the present, I have been a member of the faculty at Washington University in St. Louis School of Law.

3.     Since 2011, I have been a citizen of Massachusetts and domiciliary of Missouri, where I intend to remain indefinitely.

4.     I do not conduct business or engage in business activities in Maryland.

5.     I do not own property or pay taxes in Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2025

_____

Exhibit

11