**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ALLISON BROWN,                              )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )        Civil Action No. TDC-24-3198
                                           )
WASHINGTON UNIVERSITY                      )
SCHOOL OF LAW, et al.,                     )
                                           )
            Defendants.                    )

**DECLARATION OF ROB WILD**

The undersigned declares and states as follows:

1.    My name is Rob Wild.  I am over twenty-one years of age, have personal knowledge of all statements made herein, and am fully competent to provide testimony about the same.

2.    I am the Associate Vice Chancellor and Dean of Students at Washington University in St. Louis.

3.    At all times relevant to the Amended Complaint in the above-referenced cause of action, including from February 2021 to the present, I have been a citizen and domiciliary of Missouri, where I intend to remain indefinitely.

4.    I do not conduct business or engage in business activities in Maryland.

5.    I do not own property or pay taxes in Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2025        _____

**Exhibit**

**12**