**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALLISON BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 8:24-cv-03198-TDC |
| | ) |
| WASHINGTON UNIVERSITY IN ST. LOUIS | ) |
| SCHOOL OF LAW, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Before the Court is Defendants Washington University in St. Louis School of Law,[1] Elizabeth Walsh, Adrienne Davis, Carrie Burns, Russell Osgood, Robert Wild, Darrell Hudson, Deanna Wendler-Modde, Nicole Gore, Peggie Smith, Mark Kamimura-Jiménez, Elizabeth Katz, and Angela Smith's ("Defendants") Motion to Dismiss Plaintiff Allison Brown's ("Plaintiff") Amended Complaint For Lack of Personal Jurisdiction or, in the Alternative, Failure to State a Claim (the "Motion"), ECF #33. The Court, being fully advised on the premises, hereby GRANTS Defendants' Motion and DISMISSES Plaintiff's Amended Complaint without prejudice for lack of personal jurisdiction.

SO ORDERED this _____ day of _____, 2025.

_____

Hon. Theodore D. Chuang

---

[1] The Washington University School of Law is not an independent legal entity.