**EXHIBIT A**

Defendant The Washington University is a corporation established by special act of the General Assembly of the State of Missouri and acts amendatory thereto.  It has no members or owners and has not issued equity securities of any kind.  It has no parent corporation or organization.  It is governed by a Board of Trustees, which appoints its successors.

The following is a list of business entities which are owned or controlled partially by Defendant The Washington University and partially by one or more other entities or organizations:

4260 Forest Park LLC
Arch to Park Equity Fund, LLC
Big Brick Buildings ML, LLC
Big Brick Buildings MT, LLC
BioSTL
BJC Institute of Health at Washington University School of Medicine
    Condominium Association
C2N Diagnostics, LLC
Campus Integration South Condominium Association
Center for Emerging Technologies
Consortium for Graduate Studies in Management
Cortex
CORTEX Commons, L.L.C.
Cortex Support Corporation
Cortex TDG 1, LLC
CORTEX West Management Corporation
CORTEX West Redevelopment Corporation
Crescent ML, LLC
Crescent MT, LLC
CuriMeta, Inc.
DVA/Washington University Healthcare Services of Greater St. Louis, L.L.C.
Forest West Properties, Inc.
Gateway Higher Education Cybersecurity Consortium
IITB-WUSTL Research and Educational Academy
Kingman Redevelopment Corp.
Lewis Center ML, LLC
Lewis Center MT, LLC
MCC Condominium
Midwest Surgical Technologies, LLC
Molecular Biology Consortium
mySci, LLC
Pinnacle Consortium of Higher Education
St. Louis Innovation District, LLC
St. Louis Internet2 Access Consortium, LLC
St. Louis Land Company, L.L.C.

Telecommunications Facilities Corp.
The Children's Discovery Institute
The Heart Care Institute Affiliated Services, LLC
The Heart Care Institute, L.L.C.
The International Pediatric Nutrition Alliance, LLC
University Athletics Association
University Reciprocal Manager, L.L.C.
Washington University Medical Center
Washington University Medical Center Redevelopment Corp.
Washington University Physicians in Illinois, Inc.

The following is a list of business entities which are owned and controlled solely by Defendant The Washington University:


BOBB, LLC
Delmar 5967, LLC
Delmar BOBB, LLC
Pace-Delmar Associates, LLC
Station Wabash, LLC
Castlereagh ML, LLC
Castlereagh MT, LLC
Clayton Euclid ML, LLC
Clayton Euclid MT, LLC
Eastgate ML, LLC
Eastgate MT, LLC
SKDB FY14, LLC
SKDB MT, LLC
4140 ML, LLC
4140 MT, LLC
MIRACL, LLC
One Brookings Drive LLC
Parallel Properties, LLC
Quadrangle Enterprises LLC
Quadrangle Housing Company
Quadrangle Management Company
Quadrangle Pharmacy, LLC
SCHF I-3 WU LP
SCHF I-3 Investor WU GP, LLC
The Barnard Free Skin and Cancer Hospital (d/b/a Barnard Cancer Institute)
UK Friends of WashU Limited
Washington University Workmans' Compensation Specialists, LLC
Washington University Community Specialists, LLC
Washington University Clinical Associates, LLC
Arch Pediatrics, LLC
Washington University Clinical Associates - Blue Fish, LLC

2

WUCA - Cloverleaf Pediatrics, LLC
WUCA - Fenton Pediatrics, LLC
Washington University Clinical Associates - Forest Park Pediatrics, LLC
WUCA - Kids Docs, LLC
Washington University Clinical Associates - Maryland Medical, LLC
WUCA - Nash Pediatrics, LLC
Washington University Clinical Associates - Northwest Pediatrics, LLC
WUCA - O'Fallon Pediatrics, LLC
Premier Pediatrics, LLC
Purely Pediatrics, LLC
WUCA - Southwest Pediatrics, LLC
University Pediatric Associates, LLC
Washington University Clinical Associates - University Personal Physicians, LLC
WUCA - Westside Pediatrics, LLC
WUCA - Woodsmill LLC
Washington University Physician Network
Washington University Regional Physicians, LLC
Washington University Uganda Ltd.
William Greenleaf Eliot Seed Fund, LLC
William Greenleaf Eliot Seed Fund Investor, LLC
William Greenleaf Eliot Seed Fund Manager, LLC
WUSTL Advisors (Shanghai) Co., Ltd.
WUSTL International, LLC