UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ALLISON BROWN,

    Plaintiff,

v.

WASHINGTON UNIVERSITY IN ST.
LOUIS SCHOOL OF LAW, *et al.*,

    Defendants.

Civil Action No. TDC-24-3198

## ORDER

Plaintiff Allison Brown has filed a Notice of Intent to File a Motion to Demand a Jury Trial. The Court finds that Brown has already made a demand for a jury trial in the Complaint, which is proper under Federal Rule of Civil Procedure 38. Accordingly, Brown's request to file the Motion proposed in ECF No. 29 is unnecessary and moot.

Date:  February 11, 2025



THEODORE D. CHUANG
United States District Judge