IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Allison Brown,                          *
   Plaintiff,

                                *

v.                                               Case No.: 8:24-cv-03198-TDC

                                *

Washington University, et al.,
   Defendant.                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ENTRY OF APPEARANCE IN A CIVIL CASE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

    Please take notice of the appearance of Alicia M.S. Pitts of Saul Ewing, LLP 1001 Fleet

Street, Suite 900, Baltimore, Maryland 21202 as counsel for the Defendants in this case.

    I certify that I am admitted to practice in this court.


February 25, 2025
 Date
                          Alicia M.S. Pitts, Bar #31460
                          Saul Ewing LLP
                          1001 Fleet Street, 9th Floor
                          Baltimore, MD 21202
                          alicia.pitts@saul.com
                          (410) 332-8693(Phone)
                          410-332-8862 (Fax)

53681472.1

-2-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 25th day of February, 2025, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will cause a copy to be served on all counsel of record.

Alicia M.S. Pitts

53681472.1