**List of Exhibits – Opposition and Reply to Motion to Dismiss**

**All of the below exhibits are submitted to rebut Defendant's argument that "Defendant himself" did not make any contacts with the forum State.**

**This list is not intended to be exhaustive. If needed, Plaintiff requests discovery to supplement her personal jurisdiction arguments.**

Exhibit 1 – Full text of Student Conduct Board decision Letter, which does not address the actions of Defendant Davis, who is recorded on tape, having an emotional bowel movement in response to Plaintiff's innocuous comment that made Defendants suspend Plaintiff from campus indefinitely, and required Plaintiff relocate to Maryland (there was nothing "unilateral" about Plaintiff relocating to her home state of Maryland after being told she was going to be arrested if she stepped on campus, and no assurances that it wouldn't happen again; Page 10 of ECF 33-1 of Defendants' Motion to Dismiss)

This decision letter is to be read with Plaintiff's charge of defamation; Defendants omitted several witnesses' testimony about Plaintiff being discriminated against and furnished this letter to several third parties, Bar Associations, and employment opportunities to which Plaintiff was denied participation.

Exhibit 2 – Defendants' full suspension letter and actions of Defendant Wild in a recorded conversation (available to the court at their leave and request) lying to Plaintiff about the nature of the allegations against her and telling her that she is a threat to Wash U and not welcome on campus (there was nothing "unilateral" about Plaintiff relocating to her home state of Maryland after being told she was going to be arrested if she stepped on campus, and no assurances that it wouldn't happen again; Page 10 of ECF 33-1 of Defendants' Motion to Dismiss)

Exhibit 2.5 – Defendant Wild prohibiting Plaintiff from attending off campus events and requiring her to step down as Vice President of Black Graduate Student Association

Exhibit 3 - Defendant Walsh threatened Plaintiff with arrest and/or sanctions by the University by interacting with professors via email or students off campus (there was nothing "unilateral" about Plaintiff relocating to her home state of Maryland after being told she was going to be arrested if she stepped on campus, and no assurances that it wouldn't happen again; Page 10 of ECF 33-1 of Defendants' Motion to Dismiss)

Exhibit 4 - The actions of Defendant Hudson refusing to have the hearing on campus in St. Louis, Missouri because "zoom is more convenient" (Defendants arguing that "Plaintiff does not allege any Page 9 of ECF 33-1 of Defendants' Motion to Dismiss)

Exhibit 5 - The multiple times that Plaintiff was threatened by Defendants with arrest if she were to step on campus at WASHU

Exhibit 6 - WASHU acceptance of Allison Brown application for admission to her Maryland address

Exhibit 7 - WASHU interview of Plaintiff (Dr. Joy Johnson of Wash U) occurred in Maryland at 6405 Chew Road on March 12, 2021; Plaintiff discloses

Exhibit 8 - WASHU offer of admission to Allison Brown, Maryland address on top of letter on March 22, 2021

Exhibit 9 - WASHU offer of Scholarship to Allison Brown, Maryland address on top of letter on June 15, 2021

Exhibit 10 - WASHU acceptance of Allison Brown via $500 Deposit made on April 12, 2021

Exhibit 11 - WASHU acceptance of Allison Brown via $500 Deposit made on May 25, 2021

Exhibit 12 - WASHU sending a physical care-congratulations package to Plaintiff's Maryland address

Exhibit 13- The multiple times that Defendant Walsh interfered with Plaintiff's classes taken in Maryland and recordings due to Defendant's suspension of Plaintiff

Exhibit 14 - Defendants interfered with Plaintiff's internship contracts to be performed in Maryland

Exhibit 15– Affidavit of Patricia Brown, Plaintiff's mother and Maryland resident, of her interaction with Defendants while in Maryland, including: 1) conversation in December 2021 between Cynthia Copeland of Wash U Title IX Office and Patricia Brown, regarding Title IX investigation against Allison Brown on behalf of Richard O, 2) conversation between Defendant Walsh and Patricia Brown regarding need to send Letter of Good Standing to Columbia and Georgetown in Summer 2021, 3) 1st email from Patricia Brown, regarding Defendant Davis' fraud in getting Allison Brown suspended to Defendant Walsh and Defendant Wild, 4) 2nd email from Patricia Brown regarding literature discussing use of the word "coon" to Defendant Walsh and Defendant Wild, 5) 3rd email from Patricia Brown, forwarding Plaintiff's classmate statements in support of Plaintiff's claim that she encountered racial discrimination, 6) Telephone conversation between Patricia Brown, Plaintiff's mother and Maryland resident, and Defendant Walsh, confirming Defendant Walsh's receipt of the three emails, 7) Email from Patricia Brown to Defendant Wendler Modde, Defendant Gore, and Defendant Hudson regarding Adrienne Davis' fraud and request that evidence relating to same be admissible in Student Conduct Board Hearing, 8) Email from Patricia Brown to Defendant Wendler Modde regarding Plaintiff's scholarship, and 9) Email from Lisa Wood, Esq to Patricia Brown stating that all inquiries regarding Plaintiff should be directed to her.

Exhibit 16 - 1st Hearing with Plaintiff in Maryland (documentation)
　　　　　2nd Hearing with Plaintiff in Maryland (and subsequent objections)
　　　　　3rd Hearing with Plaintiff in Maryland (and subsequent correspondence/objections)
　　　　　4th Hearing with Plaintiff in Maryland (and subsequent correspondence/objections)

Exhibit 17 - Email from Plaintiff, in Maryland, to Elizabeth Walsh regarding need for classroom recordings

Exhibit 18 - Email from Defendant Walsh to Plaintiff, in Maryland, that Plaintiff cannot participate in discussions with any members of her class

Exhibit 19 - Emails from Defendant Walsh and Defendant Gore stating Plaintiff cannot participate in clerkships that she was offered in Maryland because of her standing as a threat to the WASHU community

Exhibit 20 - Emails from Plaintiff, in Maryland, to Defendant Deanna Wendler Modde et al attaching Spoilage Letter

Exhibit 21 – Emails from Plaintiff, in Maryland, to all defendant's regarding student conduct board hearing

Exhibit 22 - Emails from Plaintiff to all defendants regarding discrimination, harassment, and failure of WASHU to honor Plaintiff's scholarship

**Regarding WASHU's General Contacts Found on Web – Exhibits 23 through 37**

Exhibit 23 - https://medicine.washu.edu/news/washu-medicine-rises-to-no-2-in-nation-in-nih-research-funding/

Exhibit 24 - https://www.forbes.com/sites/michaeltnietzel/2024/02/10/top-20-universities-for-nih-funding-johns-hopkins-ranks-first-again/

Exhibit 25 - https://medicine.washu.edu/news/washu-medicine-reaches-all-time-high-in-nih-funding/

Exhibit 26 - https://www.studlife.com/news/2025/02/12/its-actual-people-and-their-jobs-how-the-nih-funding-cuts-would-affect-washu

Exhibit 27 - https://www.mcdaniel.edu/academics/special-academic opportunities/graduate-school-partnerships/engineering-partnerships

Exhibit 28 - https://catalog.smcm.edu/preview_program.php?catoid=4&amp;poid=241

Exhibit 29 - https://hemi.jhu.edu/home/about-hemi/partners/

Exhibit 30 - https://source.washu.edu/2024/04/washu-to-manage-data-for-instrument-on-artemis-moon-mission/

Exhibit 31 - https://sites.wustl.edu/tigeriss/about/

Exhibit 32 - https://happenings.wustl.edu/event/space-sciencesastrophysics-seminar-with-regina-caputo

Exhibit 33 - https://physics.wustl.edu/people/eric-r-christian

Exhibit 34 – https://engineering.washu.edu/news/2024/WashU-awarded-20-million-to-develop-high-tech-imaging-technology.html

Exhibit 35 - https://source.washu.edu/2016/02/dietary-link-to-stunted-growth-identified/

Exhibit 36 - https://www.brightfocus.org/news/washington-university-and-johns-hopkins-university-researchers-win-helen-keller-prize/

Exhibit 37 - https://canopybiosciences.com/news/canopy-biosciences-licenses-novel-gene-editing-technology-washington-university-johns-hopkins-university/

All above listed articles were accessed as late as March 14, 2024.

Exhibit 38 – Georgetown Job Denied to Plaintiff because of her GPA

Exhibit 39 – Defendants Refusing to Cooperate with Pennsylvania Bar on Behalf of Maryland

Exhibit 40 – Forchetti, Plaintiff's attorney stating that no racism had occurred and there was no mention of the need to file with the EEOC