Friday, March 14, 2025 at 11:58:13 Eastern Daylight Time

**Subject:** RE: BGSA Position
**Date:** Friday, November 11, 2022 at 4:11:47 PM Eastern Standard Time
**From:** Wild, Rob <rob.wild@wustl.edu>
**To:** Brown, Allison <allison.brown@wustl.edu>
**CC:** Walsh, Elizabeth <ewalsh@wustl.edu>, Cissell, Jessica <jessica.k.cissell@wustl.edu>

Hi Allison,

You are not prohibited from sharing the temporary suspension and my correspondence with you, including the two letters I have sent you. However, any statements you make on social media or to third party forums may potentially fall within the purview of the Student Conduct Code depending upon what is said in those statements.

Rob

----

Robert M. Wild
Associate Vice Chancellor for Student Affairs
Dean of Students & Chief of Staff
Washington University
One Brookings Drive, Campus Box 1250
St. Louis, MO 63130
Phone: (314) 935-4526
Mobile: (314) 541-6049
Pronouns: he, him, his


**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Friday, November 11, 2022 1:24 PM
**To:** Wild, Rob <rob.wild@wustl.edu>
**Cc:** Walsh, Elizabeth <ewalsh@wustl.edu>; Cissell, Jessica <jessica.k.cissell@wustl.edu>
**Subject:** Re: BGSA Position

That's fine. Everything I said still stands as well.

Also, could you please let me know if there is any University Policy precluding me from publishing our correspondence on any third party forums, including but not limited to, the temporary suspension and anything that followed?

This suspension is dragging on, and many people have contacted me for updates. I don't want to be acting in reckless disregard for a "warning" that I never received.

Allison

---

**From:** Wild, Rob <rob.wild@wustl.edu>
**Sent:** Friday, November 11, 2022 1:14 PM
**To:** Brown, Allison <allison.brown@wustl.edu>; Pepe, Rachel <rpepe@wustl.edu>
**Cc:** Cissell, Jessica <jessica.k.cissell@wustl.edu>; Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** RE: BGSA Position

Thank you for copying me on your response, Allison. However, you are not allowed to participate in BGSA activities until your pending conduct matter is resolved.

Rob

---

Robert M. Wild
Associate Vice Chancellor for Student Affairs
Dean of Students & Chief of Staff
Washington University
One Brookings Drive, Campus Box 1250
St. Louis, MO 63130
Phone: (314) 935-4526
Mobile: (314) 541-6049
Pronouns: he, him, his

---

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Friday, November 11, 2022 12:26 PM
**To:** Pepe, Rachel <rpepe@wustl.edu>
**Cc:** Cissell, Jessica <jessica.k.cissell@wustl.edu>; Wild, Rob <rob.wild@wustl.edu>; Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** Re: BGSA Position

All,

Yes – I have been "temporarily suspended" from the Wash U campus but I am still enrolled as a student and taking classes.

Further, I paid tuition. I am still a student at Wash U, a citizen of the United States (where the 1st Amendment exists,) and pose no physical threat to anyone on campus or otherwise. Because a few people on campus got offended that their actions were being perceived as racist or ableist, I am now in a dispute (of which the outcome is undetermined) with these students and professors who seek protection from being held accountable with their ableism and racism.

I hope that this situation is resolved swiftly, and the University is receptive to my offer to waive my first amendment right to post online about the tone-policing, sexual violence, and racism that I have endured

at the institution in order to be left alone by the University's continued attempts to silence me.

But in the meantime, the notion that I should not be able to participate in a part of the University that values and needs me, the Black Graduate Students Association (see letters attached), is a flagrant violation of my rights as a student, and as a citizen of this country.

Additionally, I was suspended one week ago, and still have not been provided a list of charges. The University has incorrectly stated that I "was warned" about "this type of behavior in the past." Yet, no evidence of that "warning" exist, and I have no idea why I was suspended, other than I made some folks "uncomfortable" and "pose a threat to the learning environment." Read: I was not comfortable enough with my professors' and classmates' dedication to white supremacy. I sincerely hope to not escalate this to litigation, but if need be, I will.

If you, Rachel or Jessica, would like to be included in the list of people that have interfered with my rights as a student, please let me know and I will be more than happy to include you in the process.


Thanks,
Allison Brown

---

**From:** Pepe, Rachel <rpepe@wustl.edu>
**Sent:** Friday, November 11, 2022 11:46:04 AM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Cc:** Cissell, Jessica <jessica.k.cissell@wustl.edu>
**Subject:** BGSA Position

Dear Allison:

I learned from the Black Grad Student Association that you are in the midst of a student conduct proceeding and have been temporarily suspended from the university.  It is my understanding that the terms of your temporary suspension prohibit your participation in extracurricular university activities pending the outcome of your case.  As a result, you will not be able to participate in BGSA until your case is resolved.

Sincerely,
Rachel


Rachel Pepe
The Graduate Center
Washington University in St. Louis
6475 Forsyth Suite 300
MSC 1186-226-300
p:314-935-9358