UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ALLISON BROWN,

    Plaintiff,

    v.

WASHINGTON UNIVERSITY IN ST.
LOUIS SCHOOL OF LAW, *et al.*,

    Defendants.

Civil Action No. 24-3198-TDC

## ORDER

Plaintiff Allison Brown has filed a Notice of Intent to File a Motion for Rule 11 Sanctions. As discussed in the January 22, 2025 Case Management Conference, the Court will consider granting leave to file a Motion for Rule 11 Sanctions once Defendants' Motion to Dismiss has been resolved. Brown may reference any alleged factual or legal errors by Defendants in her memorandum in opposition to the Motion to Dismiss, which is due on **Friday, March 14, 2025**.

Date: March 13, 2025

THEODORE D. CHUANG
United States District Judge