To:    Allison Brown
        Elizabeth Walsh
From: Darrell Hudson, Ph.D., Chair, University Student Conduct Board
Date: November 30, 2022
Re: University Student Conduct Board Appeal
Cc: Nicole Gore, Associate Dean, Office of Student Conduct and Community Standards

On November 23, 2022, the Respondent emailed the Office of Student Conduct and Community Standards to request an in-person hearing to occur before the University Student Conduct Board.  The Complainant opposed this request.

Currently, the Respondent is temporarily suspended and not permitted on campus.  I understand Respondent's interest in appearing in-person.  However, holding the hearing over Zoom provides flexibility to members of the Student Conduct Board as well as to the parties and any witnesses, particularly given that this hearing will be held at the end of the semester, with exams and other activities occurring at this time. Student conduct board and other disciplinary hearings at the university have moved to Zoom over the past few years without incident.  The virtual hearing process will be conducted in a fair manner, and both parties will have the opportunity to present their evidence and testimony, including that from relevant witnesses.  For those reasons, the Respondent's request is denied.


Sincerely,

Darrell Hudson, PhD
Chair, University Student Conduct Board

Signature Page

Allison Brown, Plaintiff