Exhibit 48 - Case 8:24-cv-03198-TDC

| Law School C&F Certification Form |
| --- |

Close Window

Send

FROM:     **Malissia M Bittner**                                    3/12/2025 1:52 PM
          Director of Testing
          717-231-3374

Dear Applicant:

I am writing to let you know that one requirement to complete your Character and Fitness investigation with the PA Board of Law Examiners is to have a C&F Certification form filled out for you by every law school you have attended. This form was uploaded to Washington University Law School's PA portal account on December 18, 2024 and was due on March 10, 2025. This form has not been received. Please contact your law school as soon as possible to let them know that this form must be completed and returned to me as soon as possible. The form may be returned by uploading it into their account in the portal or by faxing to me at 717-231-3351.

Please let me know if you have any questions.

thank you,
Malissia Bittner

Screenshot grabbed 3/12/2025

Allison Brown, Plaintiff