# Washington University in St. Louis

## STUDENT AFFAIRS

**Associate Vice Chancellor for Student Affairs and Dean of Students**

November 4, 2022

Allison Brown
allison.brown@wustl.edu


Dear Allison,

I was recently contacted by the School of Law, which alleges that you have engaged in a pattern of disruptive and harassing behavior targeted at law school community members, including faculty and students. Specifically, you are reported to have been disruptive in multiple classes and to have generally engaged in unprofessional and harassing behavior that interferes with or prevents faculty members and students from fully participating in the learning environment. These allegations are concerning and, if true, they would violate our University Student Conduct Code.

Your continued presence on campus poses a substantial threat to the ability of faculty and other students to continue their normal University functions and activities. Therefore, by authority granted by the University Student Conduct Code Section X.A., I must notify you that you are temporarily suspended from Washington University.

**Effective immediately, you are no longer permitted on campus. You will be permitted to complete your classes remotely, as noted below.**

The terms of this temporary suspension, which takes effect immediately, are as follows:

1. You are prohibited from being present on any Washington University campus or any University leased or owned property, including but not limited to the Danforth Campus, the School of Law, any Residential Life-managed on and off-campus residence halls and apartments, and the Danforth University Center and the Athletic Complex. If you are found in violation of these expectations, you will be physically removed from campus and subject to arrest by Washington University Police. If you wish to be present on campus for any reason, including to visit Habif Health and Wellness Center +you must seek prior approval from me.

2. You are prohibited from participating in any University activities, with the exception of courses that will be recorded for you. This means, for example, that you are not permitted to participate in student organizations that you may belong to.

3. Your ongoing participation in courses will be through asynchronous viewing of class recordings. Any questions you have for the instructor must be in writing and delivered through Dean Elizabeth Walsh. Dean Walsh will work with the instructor to provide responses to your questions.

4. If you wish to meet with me under Section X D. to discuss this temporary suspension, you should do so within five business days from receiving this notice. Please call my office at 314-935-4526 to make an appointment and secure permission to be present on campus.

**Washington University in St. Louis, Campus Box 1250, One Brookings Drive, St. Louis, MO 63130-4899**

**STUDENT AFFAIRS**

5. The law school will be filing a complaint with the Office of Student Conduct and Community Standards within ten days. Your temporary suspension will remain effective until that student conduct matter is resolved.

I understand that the news of this temporary suspension may be upsetting to you. If you would like to speak with a counselor to help process this information, please let me know and I can help connect you to a counselor who could meet with you as soon as possible today. You are also welcome to contact Habif Health and Wellness Center directly at 314-935-6695 or you can contact a counselor through our telehealth service, Timely Care. For 24/7 student access to free medical and mental health support through Timely Care, download the Timely Care app at:
https://timely.md/schools/index.html?school=wustl& .

Please let me know if you have any additional questions.

Sincerely,

Robert M. Wild
Associate Vice Chancellor for Student Affairs & Dean of Students

cc:
Angela Coonce, Chief of Police, Washington University Police Department
Nicole Gore, Associate Dean, Office of Student Conduct and Community Standards

**Washington University in St. Louis, Campus Box 1250, One Brookings Drive, St. Louis, MO 63130-4899**

Signature Page

Allison Brown, Plaintiff