# Washington University in St. Louis
## STUDENT AFFAIRS

November 10, 2022

Allison Brown
2000 Flourmill Court
Crownsville, MD  21032

Via email: allison.brown@wustl.edu

Dear Allison,

I am responding to the questions you raised with me in our meeting on Wednesday, November 9th regarding your temporary suspension.  Under the terms of the student conduct code, students have the opportunity to appeal the terms of the temporary suspension under the following considerations:

> **1.      Whether the suspending authority's information concerning the student's conduct is reliable;**

You stated in our meeting that you did not feel that the information provided by the School of Law is reliable because you have not seen the specific complaints and you felt the complaints were coming from a small number of people.

In response to this, I want to reiterate that in advance of the Student Conduct Board hearing, you will be provided with a notice of complaint that provides further details surrounding the complaints from the Law School.  You will also have access to the documents that will be used in advance of the hearing, and you will be given an opportunity to submit relevant evidence and witnesses for the hearing too.

As I mentioned during the meeting, the common thread of these complaints from students and faculty is that your conduct in class and on social media has created an environment for students that is perceived as intimidating and harassing.  This conduct is alleged to be creating an environment where it is difficult for faculty to teach and students to learn when they are in class with you.  It is allegedly disrupting the educational process.  There have been regular complaints about this behavior from the time you started classes at the Law School up to the present time. These complaints are coming from multiple faculty and students such that the University believes these are not isolated incidents.

As a result of the volume and nature of the complaints, the University believes the temporary suspension is warranted until such time that a Student Conduct Board panel is able to evaluate the complaints and your response in order to determine whether there is a violation of the

# Washington University in St.Louis

## STUDENT AFFAIRS

Student Conduct Code. The University will allow you to continue your progress to your degree remotely pending the outcome of the hearing.

2. **Whether under all the circumstances, there is a reasonable basis for believing that the continued presence of the student on Campus poses a substantial threat to the student or to the rights of others to engage in their normal University functions and activities;**

You made it clear in our meeting that you believed your behavior was not creating a threat to others and that your comments should be considered "free speech."

As I stated in our meeting, it is not alleged that you are creating a physical threat. Instead, your alleged conduct is creating a threat to the educational environment, affecting the ability of faculty to teach, and the ability of students to learn.

The Law School shared with me that you have been advised and warned about your conduct on multiple occasions, by different staff and faculty members at the Law School. Because of the continued behavior in spite of the feedback given to you, the School of Law is filing a formal complaint under the Student Conduct Code.

Based upon the allegations, there is a reasonable basis to believe that your continued presence poses a substantial threat to the ability of others to engage in their normal university functions and activities.

3. **Whether the scope of the temporary suspension is reasonable.**

In our meeting, you shared you felt the scope of the temporary suspension was negatively impacting your ability to complete your coursework. You asked whether it would be appropriate to allow you to attend classes in person with faculty who do not have concerns about your behavior.

The University has made it possible under the terms of the temporary suspension for you to complete your coursework remotely until a decision can be made by a Student Conduct Board. I believe this is reasonable.

Finally, you asked if there would be an opportunity for you to sign a behavioral agreement and forego a hearing, or if you would be able to bargain with the University to create a set of circumstances that would allow you to complete your degree in person. I believe the Law School may be willing to offer you an alternative to consider, including withdrawal from the university, but I will confirm. Dean Nicole Gore or I will be in touch with you soon to share the options that you may wish to consider in lieu of the Student Conduct Board hearing.

Page **2** of 3

# Washington University in St.Louis

## STUDENT AFFAIRS

Therefore, the terms of the temporary suspension that was delivered on November 4, 2022 will remain in place.  You will receive an official "Notice of Complaint" from the Office of Student Conduct and Community Standards within the next few days.

Sincerely,

Robert M. Wild
Associate Vice Chancellor for Student Affairs, and Dean of Students

Cc:      Nicole Gore, Associate Dean, Student Conduct and Community Standards

Signature Page

Allison Brown, Plaintiff