| | |
|---|---|
| **From:** | Baker, Scott |
| **To:** | Smith, Peggie |
| **Cc:** | Katz, Elizabeth; Walsh, Elizabeth; Osgood, Russell |
| **Subject:** | Re: Meeting |
| **Date:** | Friday, February 25, 2022 3:19:04 PM |
| **Attachments:** | image001.png |

Elizabeth

I agree this is unfortunate and disturbing. I hope Allie understands that she is interfering with the learning of others and that is not permissible.

I would just avoid calling on her in the ways Peggie suggested. If you want to talk feel free to give me a call.

Sent from my iPhone

> On Feb 25, 2022, at 2:40 PM, Smith, Peggie <prsmith@wustl.edu> wrote:
>
>
> Hi Elizabeth,
>
> That's very unfortunate. Ultimately the proof is in the pudding. Even as the meeting did not go as expected, you will soon discover if she continues to disrupt the class. If she does, lean on some of the strategies discussed earlier:
>
> <!--[if !supportLists]-->•   <!--[endif]-->"I see your hand, please put it down. I want to hear from other voices."
> <!--[if !supportLists]-->•   <!--[endif]-->Look to frame your questions in terms of forcing students to express views that aren't their own personal views. If she starts with her personal views, promptly get her back on track.
> <!--[if !supportLists]-->•   <!--[endif]-->When appropriate, tell her that her comments are "unhelpful to fostering class discussion." When she asks what you mean, ask her to see you after class or in office hours.
> <!--[if !supportLists]-->•   <!--[endif]-->Don't allow her to give long answers that aren't on point. Feel free to interject and get the conversation back on track.
>
> In the meantime, please keep us abreast and the investigation by the University will continue.
>
> *Really, really sorry* that you are experiencing this along with the other students in the class.
>
> Peggie
>
> **From:** Katz, Elizabeth <elizabeth.katz@wustl.edu>
> **Sent:** Friday, February 25, 2022 2:26 PM
> **To:** Walsh, Elizabeth <ewalsh@wustl.edu>

**Cc:** Smith, Peggie <prsmith@wustl.edu>; Osgood, Russell <rosgood@wustl.edu>; Baker, Scott <bakerscott@wustl.edu>
**Subject:** Re: Meeting

Dear Russell, Peggie, and Scott,

The conversation with Allie was not very productive in my view. She was unwilling to acknowledge that it was inappropriate or chilling to dismiss another student's comment by saying he held that perspective because he was white. Her general reaction to the conversation was that I was attempting to police her because she's a Black woman and that my course is "violent" in not addressing race in the manner she thinks it should.

Elizabeth and I did not have an opportunity to discuss this because I had to go straight into another office hours appointment, so I'm not sure if her read of the meeting is the same.

Best,
Elizabeth

On Fri, Feb 25, 2022 at 9:58 AM Elizabeth Katz <elizabeth.katz@wustl.edu> wrote:

> Dear Elizabeth,
>
> Thank you for offering to join the meeting. I think that may be helpful. Allie confirmed she will attend my office hours today, but she did not schedule a time. If she doesn't do so shortly, I will ask her to pick a specific time and let her know that you will be joining as well. (Students reserve my office hours times through Canvas.)
>
> Thanks,
> Elizabeth
>
> On Fri, Feb 25, 2022 at 9:56 AM Walsh, Elizabeth <ewalsh@wustl.edu> wrote:
>
>> Hi, Elizabeth –
>> I understand that you are meeting with Allie Brown this afternoon. I will gladly join the meeting if you think that would be helpful. Just let me know if you'd like me to be there, and then, the time.
>>
>> Best,
>> Elizabeth
>>
>> <image001.png>   **Elizabeth Walsh** | She/Her
>> Associate Dean for Student Life & Academic Services
>> **Washington University School of Law**
>> Direct: 314.935.5861 | Office: 314.935.4610
>> Meet with Me in Person or Meet with Me Virtually

--
**Elizabeth D. Katz**, J.D., Ph.D. (History)
Associate Professor of Law
Washington University School of Law
One Brookings Drive, MSC 1120-250-258
St. Louis, MO 63130
SSRN | elizabeth.katz@wustl.edu | Twitter @elizabethdkatz

--
**Elizabeth D. Katz**, J.D., Ph.D. (History)
Associate Professor of Law
Washington University School of Law
One Brookings Drive, MSC 1120-250-258
St. Louis, MO 63130
SSRN | elizabeth.katz@wustl.edu | Twitter @elizabethdkatz

Signature Page

Allison Brown, Plaintiff