| | |
|---|---|
| **From:** | Katz, Elizabeth |
| **To:** | Smith, Peggie |
| **Cc:** | Walsh, Elizabeth; Osgood, Russell |
| **Subject:** | Re: Draft email |
| **Date:** | Sunday, February 27, 2022 3:37:23 PM |
| **Attachments:** | Outlook-cid_image0.png |
| | 2DD18B48784F4E09A6956D695D89388B.png |

Thank you. I just spoke with Angela. Angela thought emailing Allie to explain I wouldn't be calling on her for two weeks would add fuel to the fire. She wasn't sure of the best alternative. My current plan is to come prepared with enough narrowly framed questions to minimize space for disruptive comments. If Allie raises her hand, I will use some of Peggie's previously suggested responses, such as "I see your hand, please put it down. I want to hear from other voices." I may also suggest in a more general way that we have less time for comments than usual because we need to be sure to cover all the material before Susan's guest lecture on Thursday. I will offer to take questions and comments after class, which I always do anyway.

Thanks again to you all!

Best,
Elizabeth

On Sun, Feb 27, 2022 at 2:33 PM Smith, Peggie <prsmith@wustl.edu> wrote:

> Hi Elizabeth,
>
> Please know that if I can be of any additional help as you process your thoughts, I am available if you wish to chat.
>
> Best,
>
> Peggie
>
> Sent from Mail for Windows
>
> ---
>
> **From:** Smith, Peggie
> **Sent:** Sunday, February 27, 2022 1:04 PM
> **To:** Walsh, Elizabeth; Osgood, Russell; Katz, Elizabeth
> **Subject:** RE: Draft email

Hi Elizabeth,

I promised to follow up with you about the letter.  It makes the intended point.  I tinkered with the key sentences and offer the following rewrite for your consideration: "For the next two weeks, I will not call on you in class. Please do not raise your hand.  I am pursuing this course of action because far too many students have informed me that they feel silenced by your commentary in class and on social media.  Some of your comments have also disrupted the classroom atmosphere in ways that are not conducive to learning and have halted the progress of the course."

If you proceed in the direction that Elizabeth W. suggests, you might offer to hold a special office hours or extra hours for students to raise questions about the material you plan to cover this week.

Best,

peggie

Sent from Mail for Windows

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Sunday, February 27, 2022 12:53:03 PM
**To:** Osgood, Russell <rosgood@wustl.edu>; Katz, Elizabeth <elizabeth.katz@wustl.edu>; Smith, Peggie <prsmith@wustl.edu>
**Subject:** Re: Draft email

Hi, Elizabeth -

I've been thinking about this a lot, and I think it might make sense for you to announce to your entire class that you won't be taking comments this week because of the material you will be covering.  Then, as Peggie suggested, you could see how things go with Allie the following week.  If there's no improvement, you could send her the email.

Best,

Elizabeth



**Elizabeth Walsh** | She/Her

Associate Dean for Student Life & Academic Services

**Washington University School of Law**
Direct: 314.935.5861 | Office: 314.935.4610

**Schedule an Appointment**

**From:** Osgood, Russell <rosgood@wustl.edu>
**Sent:** Saturday, February 26, 2022 12:31 PM
**To:** Katz, Elizabeth <elizabeth.katz@wustl.edu>; Smith, Peggie <prsmith@wustl.edu>;
Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** Re: Draft email

Elizabeth and Peggie, The most important thing is or you to feel confident in the path you choose. What you and Peggie suggest ius a sensible next step. I have read the letter and i you decide to go down this path then you could use it. Russell

**From:** Katz, Elizabeth <elizabeth.katz@wustl.edu>
**Sent:** Saturday, February 26, 2022 11:11 AM
**To:** Osgood, Russell <rosgood@wustl.edu>; Smith, Peggie <prsmith@wustl.edu>; Walsh,
Elizabeth <ewalsh@wustl.edu>
**Subject:** Draft email

Dear Russell, Peggie, and Elizabeth,

Thanks again for your advice and support. I'm attaching a draft of the email we discussed.

As I've been reflecting on the situation more, I do fear that Allie will see this as further evidence that I am a naive or even racist white woman silencing her based on her identity and "tone-policing." It may play into her hands and inflame the situation further. Maybe an unofficial policy of calling on her less over the coming weeks would be more effective? I'm really unsure. I was already planning to minimize comments by volunteers this week

because that's been my approach to teaching sexual assault in the past.

Do you think it might be productive for me to speak to Angela? She may have insights about Allie's frame of mind and how to move forward. If you think that might be worthwhile, do you know if she would be available on the weekend?

Thank you,

Elizabeth
--

**Elizabeth D. Katz**, J.D., Ph.D. (History)

Associate Professor of Law

Washington University School of Law

One Brookings Drive, MSC 1120-250-258

St. Louis, MO 63130

SSRN | elizabeth.katz@wustl.edu | Twitter @elizabethdkatz

--

**Elizabeth D. Katz**, J.D., Ph.D. (History)

Associate Professor of Law

Washington University School of Law

One Brookings Drive, MSC 1120-250-258

St. Louis, MO 63130

SSRN | elizabeth.katz@wustl.edu | Twitter @elizabethdkatz

Signature Page

Allison Brown, Plaintiff