Signature Page

Allison Brown, Plaintiff