rob. wild @ wustl. edu

11/7/2022

Dear Mr. Wild,

I write this letter in support of my daughter, Allison Sydney Brown.

My daughter is a student in 2 of Professor Davis' classes and does research under Professor Davis. She sent me a copy of an email that Professor Davis sent to her on October 19, 2022 stating that she had not raised her hand in class before speaking. Allison was bewildered by the email because it was not true. That is, Allison did not speak without raising her hand. Also, they had not had a previous conversation about raising her hand before speaking in class. They had a conversation about Allison's use of the word "coon" in class. Professor Davis had asked Allison to not use the word. This raised a "red flag" for me as my experience with black people who object to the use of the word "coon" are generally coons. That is, they are black people who denigrate or disenfranchise other black people for their own advantage. You may or may not know that there is historical precedent for this phenomenon. Overseers who whipped other slaves were sometimes black. Today, some would view a Supreme Court Justice Clarence Thomas as a coon, as his positions are often against black people and disenfranchised people.

At any rate, I told her to not speak in class any more because Professor Davis was setting her up to destroy her.

I saw Allison's response and I "let it go" because I thought everything would be okay so long as Allison never spoke in class for the rest of the semester.

Unfortunately, after 3 classes of not speaking, Allison did speak in class, against my advice. Allison explained to me that during her silence, other classmates and Professor Davis encouraged her to speak, with comments like, " Counselor Brown would say" ". Allison said that when she spoke, Professor Davis said her comment was brilliant, which encouraged her to speak more. Allison said she raised her hand to speak in support of a fellow classmate. Professor Davis' response was that she was herself a white supremacist. Allison did not call Professor Davis a white supremacist. Professor Davis called herself a white supremacist and stormed out the classroom.

I reminded Allison that she should not have spoken in Professor Davis' class, as Professor Davis did not agree with Allison's ideology. Allison told me she had discussed the situation with her Federal Courts professor, who thought that it was ridiculous that a Professor could not handle a student having independent thought. In response, Allison wrote an email

to Professor Davis, telling her that she would never speak in class again if Professor Davis thought that was best for the class.

In retrospect, I should have realized that it was only a matter of time that Professor Davis would get Allison to speak and have ammunition to suspend her from not only her class, but the entire university. But now we are where we are, and I ask

1. Is Washington University in St. Louis an institution of higher learning, where a diversity of viewpoints are respected or at least tolerated?

2. Is it problematic to use the term "coon" in a Race and American Law class?

3. Is it problematic to use the term "white supremacy" in a Race and American Law class? Is it problematic to discuss "white supremacy" in a Race and American Law class?

4. Should Allison have to give up her 1st Amendment rights to free speech to attend class?

5. Should Allison have to give up her 1st Amendment right to free speech to participate in extra curriculars?

6. Should Allison be banned from attending all classes because Professor Davis disagrees with Allison's ideology?

This letter is already more than 3 pages, much longer than I anticipated. But if you are to get anything from this, please understand that this is not about a student talking out of turn in class and being disruptive. My daughter is an Angell Scholar graduate from the University of Michigan Ford School of Public Policy and has completed a year at WUSTL. Do you think she really has a problem with asking to be called on before speaking in class? In fact, Professor Davis asked Allison in one of the classes that she did not speak in if she had raised her hand by email. Who does that? Only a sick twisted Professor who cannot tolerate independent thought. What black professor called herself a white supremacist and Bull Connor? A Professor who has a student that does not raise her hand before speaking or a student that challenges that professors ideology?

I respectfully request that you allow Allison to withdraw from the Race and American Law class and participate in all other activities at WUSTL. Although Allison should be able to express her thoughts in a Race and American Law class, it appears that WUSTL is not capable of providing such, and the best solution would be for her to drop the class.

This has been successful in the past. Allison recently withdrew from the Board of the Black Law Students Association partially due to the allowance of weapons at a Board retreat, which made Allison feel uncomfortable. Since her resignation, she has had no problems with the Black Law Students Association.

She presently serves on the Black Graduate Students Board, and has not had any issues there.

She also has classes with other professors and has had no issues in those classes. In fact, she also takes a Trusts and Estates class with Professor Davis, and has not spoken in that class since September. She will agree to not speak in that class for the rest of the semester as a condition for staying in that class.

Again, please recognize this as a conflict in ideology, and not a case of a student incapable of raising her hand. Professor Davis needs to be able to tolerate viewpoints different from her own.

Respectfully

Patricia Russell Brown
Harvard Law School Class of 1992
Alma mater of Kentanji Brown Jackson, not Clarence Thomas

11/7/22, 4:08 PM                                                        Class today

**From:** allison.brown@wustl.edu,
**To:** brownandrussell@verizon.net,
**Subject:** Class today
**Date:** Wed, Nov 2, 2022 4:22 pm

Hi Professor Davis,

I wanted to follow up to see if you were okay after class today. I also wanted to tell you that I did not intend to disrespect you, insinuate that you are a white supremacist, or anything else that could be construed negatively towards your person.

I greatly respect and admire you as my professor. Further, I do not want things to be awkward or polarizing in class. Lastly, I can be okay with never being called on again in class, if you believe that would benefit the group.

Again, I did not intend for any of my comments to be incendiary or hurtful. I wish nothing but the best for you, and hope that we can move forward as a class.

Thanks and best,
Allison

*Does this look like an issue of talking out of turn, or ideology? Allison agrees to not speak for rest of semester, and Professor Davis comes running to you.*

11/7/22, 3:41 PM                                    Fwd: were you going to say something in Dead Law?

**From:** allison.brown@wustl.edu,
**To:** brownandrussell@verizon.net,
**Subject:** Fwd: were you going to say something in Dead Law?
**Date:** Mon, Nov 7, 2022 3:26 pm

Get Outlook for iOS

**From:** Davis, Adrienne <adriennedavis@wustl.edu>
**Sent:** Tuesday, October 25, 2022 12:56:09 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Subject:** were you going to say something in Dead Law?

I thought I saw your hand and then I didn't. Best, ADD

**Adrienne | Davis**
**William M. Van Cleve Professor** | School of Law
**Professor of Organizational Behavior & Leadership** | Olin Business School
**Washington University in St. Louis**
1 Brookings Drive, St. Louis | Campus Box 1233 | St. Louis, MO 63130
Tel +1.314.935.8583 | Email adriennedavis@wustl.edu
Publications https://bit.ly/31kMOf4
Twitter @Adrienne_WU | she.her.hers
*Please do not feel obligated to reply outside of regular business hours or on weekends.*

*[Handwritten annotation:]* Who does this? Class of 40 law students. She hasn't spoken in this class since September, and does not intend on speaking in this class the rest of the semester. Professor Davis cannot handle d

Fwd: Class today

**From:** allison.brown@wustl.edu,
  **To:** brownandrussell@verizon.net,
**Subject:** Fwd: Class today
  **Date:** Thu, Oct 20, 2022 10:36 am


Get Outlook for iOS

**From:** Davis, Adrienne <adriennedavis@wustl.edu>
**Sent:** Wednesday, October 19, 2022 10:28:01 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Subject:** Re: Class today

Okay. I know you are passionate about these topics, and you have a lot of knowledge and insights, so I appreciate your working with me to create an environment in which all of your classmates can participate and engage. I will see you on Friday! PS Also, please remind me to share with you some additional materials I have on slavery that might be useful in identifying cases for the one hour curriculum. Have a good evening. Best, ADD

Sent from my iPhone


On Oct 19, 2022, at 10:09 PM, Brown, Allison <allison.brown@wustl.edu> wrote:


Dear Professor Davis,

I am sure. Again, my apologies.

Thanks and best,
Allison


--
Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Vice President, Black Graduate Students Association
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/


**From:** Davis, Adrienne <adriennedavis@wustl.edu>
**Date:** Wednesday, October 19, 2022 at 9:59 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Subject:** Re: Class today

Are you sure? Please let me know if you want to talk again before class on Friday. I'm in and out tomorrow.
Best, ADD

*[handwritten: Even Professor Davis was surprised??? Are you sure?!?]*

11/7/22, 3:45 PM                                                    Fwd: Class today

Sent from my iPhone

On Oct 19, 2022, at 8:09 PM, Brown, Allison <allison.brown@wustl.edu> wrote:

I understand. My apologies. It won't happen again.

Thanks and best,
Allison

--
Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Vice President, Black Graduate Students Association
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

*I thought this was okay because we agreed that Allison would not speak in class anymore. In retrospect, I should have told her that she should have said our discussion was not about raising hands, but my use of the word "coon" in class.*

**From:** Davis, Adrienne <adriennedavis@wustl.edu>
**Date:** Wednesday, October 19, 2022 at 2:11 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Subject:** Class today

Allison, I was very surprised today. I thought you had agreed that you would raise your hand before speaking in class and also that you understood that, in order to get through my notes and hear from as many students in possible in our large clss, I may not be able to call on you each time you want to speak. Did I misunderstand our conversation? Best, ADD

**Adrienne | Davis**
**William M. Van Cleve Professor** | School of Law
**Professor of Organizational Behavior & Leadership** | Olin Business School
**Washington University in St. Louis**
1 Brookings Drive, St. Louis | Campus Box 1233 | St. Louis, MO 63130
Tel +1.314.935.8583 | Email adriennedavis@wustl.edu
Publications https://bit.ly/31kMOf4
Twitter @Adrienne_WU | she.her.hers
*Please do not feel obligated to reply outside of regular business hours or on weekends.*

*This conversation was not about raising hands - this was about the use of the word "coon" in class.*

11/7/22, 3:44 PM                                                FW: Class today

**From:** allison.brown@wustl.edu,
**To:** brownandrussell@verizon.net,
**Subject:** FW: Class today
**Date:** Wed, Oct 19, 2022 11:10 pm

--
Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Vice President, Black Graduate Students Association
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

**From:** Brown, Allison <allison.brown@wustl.edu>
**Date:** Wednesday, October 19, 2022 at 10:09 PM
**To:** Davis, Adrienne <adriennedavis@wustl.edu>
**Subject:** Re: Class today

Dear Professor Davis,

I am sure. Again, my apologies.

Thanks and best,
Allison

--
Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Vice President, Black Graduate Students Association
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

**From:** Davis, Adrienne <adriennedavis@wustl.edu>
**Date:** Wednesday, October 19, 2022 at 9:59 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Subject:** Re: Class today

Are you sure? Please let me know if you want to talk again before class on Friday. I'm in and out tomorrow. Best, ADD

Sent from my iPhone

Signature Page

Allison Brown, Plaintiff