3/14/25, 11:43 PM                                      Georgetown University Mail - Teaching Fellowship



**Allison Brown <asb151@georgetown.edu>**

## Teaching Fellowship
5 messages

**Charisma Howell** <ch329@georgetown.edu>                                      Wed, Jun 12, 2024 at 10:24 AM
To: Allison Brown <asb151@georgetown.edu>

Hello Allison,

I wanted to let you know that the other candidate accepted the position. I know this was not the ideal outcome, but we were very impressed by your poise, confidence, and teaching ability. Can I keep your resume on file in case the position becomes available?

I am happy to answer any questions you may have, and I appreciate your interest in improving student outcomes.

Best,
Charisma
--
Charisma X. Howell
Visiting Associate Professor and Director
Georgetown Street Law
Georgetown University Law Center



**Allison Brown** <asb151@georgetown.edu>                                      Wed, Jun 12, 2024 at 10:33 AM
To: Charisma Howell <ch329@georgetown.edu>

Dear Charisma,

Thank you for letting me know. To clarify, the reasoning for why the fellowship position was not ultimately offered to me first was because of the GPA requirement, is that correct? My GPA at Wash U and Georgetown were around a 3.3 (as I recall from our conversation on Friday) which was below the minimum cut off of a 3.5 to be offered the fellowship? And the other applicant (now, Fellow) was from American University Law and had the requisite 3.5 GPA?

I would be more than happy for you all to keep my resume on file. I would be very interested in any opportunities that you come across - present or into the future around civil rights, youth empowerment, or improving classroom outcomes. Thank you all very much for your time and consideration.

Thanks much again and best,
Allison

https://mail.google.com/mail/u/4/?ik=7b481111d8&view=pt&search=all&permthid=thread-f:1801665734509040924&simpl=msg-f:1801665734509040924&simpl=msg-a:r2872618135441906811&simpl=msg-a:r1217205…    1/3

[Quoted text hidden]

---

**Allison Brown** <asb151@georgetown.edu>                         Wed, Jun 12, 2024 at 11:28 AM
To: Patricia Brown <brownandrussell@verizon.net>

[Quoted text hidden]

---

**Charisma Howell** <ch329@georgetown.edu>                        Wed, Jun 12, 2024 at 11:31 AM
To: Allison Brown <asb151@georgetown.edu>

Hello Allison,

Thank you for your message. Each candidate is evaluated on several criteria (e.g., prior experience, instructional ability, grade point average). As I mentioned on our call, I cannot discuss the specific details of another candidate's application. However, please know the entirety of your application was considered, which is why you were a finalist. I will be sure to keep your materials for future consideration.

Best,
Charisma

[Quoted text hidden]

---

**Allison Brown** <asb151@georgetown.edu>                         Wed, Jun 12, 2024 at 11:41 AM
To: Charisma Howell <ch329@georgetown.edu>

Hi Charisma,

While I understand and respect that each candidate is evaluated on several different criteria, the GPA requirement was stated as the sole differentiating factor between myself and another applicant during our call on Friday. I also wanted to note (for future applicants) that there is no GPA requirement listed on the application page. Had I known about the GPA requirement, I wouldn't have applied or gone through the trouble of creating the lesson plan, teaching at School Without Walls, or the two separate interviews. For future applicants, it may be helpful to list the GPA requirement on the application page. Please see attached a video and screenshot of the website that I relied on in my application.

Thank you again for your time and consideration.

Best,
Allison

 IMG_3713 2.PNG

 RPReplay_Final1717793958 2.mov

On Wed, Jun 12, 2024 at 10:33AM Allison Brown <asb151@georgetown.edu> wrote:

Georgetown University Mail - Teaching Fellowship

[Quoted text hidden]

Signature Page

Allison Brown, Plaintiff