**Friday, March 14, 2025 at 14:33:24 Eastern Daylight Time**

**Subject:** RE: NCYL spring 2023 clerkship offer
**Date:** Monday, November 21, 2022 at 2:13:52 PM Eastern Standard Time
**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**To:** Von Rohr, Hilary <hvonrohr@wustl.edu>, Brown, Allison <allison.brown@wustl.edu>
**Attachments:** image002.png

Dear Allison,

As stated in the externship course descriptions, "Students who are not in good standing (for either academic or disciplinary reasons) are not eligible to participate in a clinic/externship." Due to your temporary suspension, you are not in good standing, and as a result, you may not participate in the externship program in Spring 2023.

Best,
Elizabeth

**Elizabeth Walsh** | she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu | 314.935.5861
Meet with Me in Person or Meet with Me Virtually

**From:** Von Rohr, Hilary <hvonrohr@wustl.edu>
**Sent:** Monday, November 21, 2022 11:35 AM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Cc:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** Re: NCYL spring 2023 clerkship offer

Dear Allie,

Thank you for your email. Before we can proceed, I need to confirm with Dean Walsh that you are in good standing.

Best,
Hilary



Hilary Von Rohr [she/her] | Lecturer in Law, Director of Congressional and Administrative Law Externship; Assistant Director of Career Center
**Washington University School of Law**
Center for Career Development
Office: 314.935.6451 | Direct: 314.935.2377
Facebook | Twitter | Instagram | LinkedIn

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Friday, November 18, 2022 6:59 PM
**To:** Von Rohr, Hilary <hvonrohr@wustl.edu>

**Subject:** Fwd: NCYL spring 2023 clerkship offer

Hi Hilary,

I wanted to let you know that I received this offer today, and plan to take it. How should I go about next steps to receive credit for this internship?

Please let me know, and thank you for all of your help on this journey. You have been invaluable!

Thanks again and best,
Allie

---

**From:** Nina Monfredo <nmonfredo@youthlaw.org>
**Sent:** Friday, November 18, 2022 6:47:05 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Cc:** Hong Le <hle@youthlaw.org>
**Subject:** NCYL spring 2023 clerkship offer

Hi Allison,

We are thrilled to offer you a position as a Spring 2023 law clerk at the National Center for Youth Law. We anticipate that you will be on the Justice and Equity Team.

We look forward to working with you to determine your start/end dates and weekly schedule.  We regularly work with law schools to secure academic credit for students' clerkships, so please let us know if you need us to complete any paperwork.  As a reminder, this position will be remote.  NCYL is committed to providing a full and meaningful experience to our law clerks.

**At your earliest convenience, but no later than Monday, November 28, please let us know whether you accept this offer to clerk at NCYL.**  If you need more time to make a decision, please let us know, and we will do our best to accommodate your request.


Best,
Nina
--

Nina Monfredo, she/her
Attorney, Legal Advocacy
(917) 502-7824 (cell)
youthlaw.org

Signature Page

Allison Brown, Plaintiff