**Thursday, March 20, 2025 at 12:11:08 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Speech/1st Amendment Recordings |
| **Date:** | Tuesday, April 4, 2023 at 9:36:53 AM Eastern Daylight Time |
| **From:** | Magarian, Gregory <gpmagarian@wustl.edu> |
| **To:** | Brown, Allison <allison.brown@wustl.edu> |
| **CC:** | Mance, Rachel <rmance@wustl.edu>, Williams, DeArryka <dearryka@wustl.edu>, Walsh, Elizabeth <ewalsh@wustl.edu> |
| **Attachments:** | image001.png |

Everyone,

This is the first I have heard about Allison's need for numerous recordings from earlier in the semester. There are two issues with the recordings.  First, my policy has been to leave the recordings available on Canvas for 24 hours and then remove them.  On the few occasions when students have asked for access to older recordings, I have had to ask our AV team to retrieve them.  I'm happy to do that for the dates Allison has listed below, but I don't know whether any all of those recordings are still maintained anywhere.  Second, the classroom had some technical issues that caused some classes not to be recorded.  The AV team was on the problem right away, and we haven't had any issues for the past couple of weeks, but I don't know how many class meetings were not recorded.

I don't have any notes covering the course material that I can provide to students.


Gregory P. Magarian
Thomas and Karole Green Professor of Law
Washington University in St. Louis School of Law
One Brookings Drive, MSC 1120-250-258
St. Louis, MO 63130-4899
(314) 935-3394
gpmagarian@wustl.edu
Pronouns: he, him, his, himself

---

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Tuesday, April 04, 2023 7:45 AM
**To:** Magarian, Gregory <gpmagarian@wustl.edu>
**Cc:** Mance, Rachel <rmance@wustl.edu>; Williams, DeArryka <dearryka@wustl.edu>; Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** Re: Speech/1st Amendment Recordings

Hi Professor Magarian and Dean Walsh,

Do you know how I could get answers to and/or fulfill my requests below? Also, do you know how get I could access to the course recordings, and comprehensive notes from a student?

Please let me know.

Thanks,
Allison

---

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Sent:** Monday, April 3, 2023 10:34:30 AM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Cc:** Mance, Rachel <rmance@wustl.edu>
**Subject:** RE: Speech/1st Amendment Recordings

Hi, Allison –
Professor Magarian let me know that he's been in touch with you about his class. If you need anything else, please let me know.

Best,
Elizabeth

**Elizabeth Walsh** | she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu | 314.935.5861
Meet with Me in Person or Meet with Me Virtually

---

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Friday, March 31, 2023 10:36 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Cc:** Mance, Rachel <rmance@wustl.edu>
**Subject:** Speech/1st Amendment Recordings

Hi Dean Walsh,

Is there anyway that I have access to all of the speech/1st amendment recordings (I understand that mysteriously somehow not all classes have been recorded) in my Kaltura Media Gallery, per the terms of my temporary suspension that I "have access to asynchronous recordings" for my courses? Additionally, the notes that I have been given do not seem to cover the breadth of the material that he covers in class, or the breadth of the material covered in the casebook. Also, is there any way that you could contact a different student for the notes, or Professor Magarian himself (preferably) to be able to supplement the unrecorded classes?

At the moment, I only have access to the following dates of class:
3/7
2/28
2/21
2/20

That means I need recordings for the following dates:
1/17
1/23

1/24
1/30
1/31
2/6
2/7
2/13
2/14
2/27
2/28
3/6
3/7
3/20
3/21
3/27
**3/28**

I will also need recordings for next weeks' classes, 4/3 and 4/4 as well.

Please let me know if you can accommodate these requests.

Thanks much and best,
Allison

--
Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Vice President, Black Graduate Students Association
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu  | albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

Signature Page

Allison Brown, Plaintiff