**Thursday, March 20, 2025 at 12:25:13 Eastern Daylight Time**

---

**Subject:**     RE: Academic Requests - A. Brown
**Date:**         Friday, November 11, 2022 at 3:50:59 PM Eastern Standard Time
**From:**         Walsh, Elizabeth <ewalsh@wustl.edu>
**To:**           Brown, Allison <allison.brown@wustl.edu>
**Attachments:** image002.png

Hi, Allison –
To follow up on your question about Race and the Law.  Here is the assignment:
Written Assignment 2:Amicus Brief Identify another student in the class with whom to work. As a pair, the two will identify an historical, current, or upcoming conflict that implicates race and the law. Take a side, identify an organization on whose behalf you are writing the brief (you may invent one if you like), and write a short amicus brief of 5-6 pages. These are due on December 5th , although you may hand them in earlier if you like. Please email your amicus briefs to Rachel Mance, rmance@wustl.edu. The Amicus Brief should be submitted as a single document, will receive a single grade, and both students will receive the same grade. The Amicus Brief is worth 20% of your final grade.

You should not need to be on campus to complete the assignment. Any meetings could be held via Zoom or off-campus. If I am mistaken, please let me know.

Best,
Elizabeth

**Elizabeth Walsh** | she/her/hers
Associate Dean for Student Life & Academic Services
ewalsh@wustl.edu | 314.935.5861
Meet with Me in Person or Meet with Me Virtually

---

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Thursday, November 10, 2022 1:41 PM
**To:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Subject:** Academic Requests - A. Brown

Hi Dean Walsh,

I understand that I am not able to contact my professors, and have to contact you in order to contact them. Accordingly, I have the following questions that I wish to ask my professors:

1.  Prof. Hollander-Blumoff
I would like to ask if I could schedule a time (anytime after Tuesday week is fine) to go over the answer to a practice problem that I wrote up via zoom. She has done this in the past, and has encouraged me to meet with her in the future to discuss practice problems.

I also want to ask if she has handed out any new practice problems in class that are not available on Canvas.

2.  Professor Davis

**Trusts and Estates**
I have not received any recordings from you or her for Trusts and Estates. I would like these recordings if possible.

**Race and the Law**
If I am still enrolled in her Race and the Law course, I would like to know when and where the exam will take place.

Further, because I am barred from campus, I want to ask if I can complete the group project that is due at the beginning of December alone.


3.  Judge Garlicki

I have not received any recordings of this class (which met Monday and Tuesday of this week) or information about this take-home exam. If that could be provided, I would be very grateful.

Please let me know if you need any clarification on any of these questions that should be posed to my professors.

Thanks and best,

Allison Brown

Signature Page

Allison Brown, Plaintiff