**Thursday, March 20, 2025 at 12:51:22 Eastern Daylight Time**

---

**Subject:** Re: FAFSA/Department of Education Contact - Re: Allison Brown
**Date:** Wednesday, March 20, 2024 at 5:29:48 PM Eastern Daylight Time
**From:** Brown, Allison <allison.brown@wustl.edu>
**To:** Robb, Brittany <brobb@wustl.edu>, Wendler Modde, Deanna <dwendler@wustl.edu>, Wood, Lisa <wood_esq@wustl.edu>, Allen, Monica <monica.allen@wustl.edu>, Braun, Lisa <lbraun@wustl.edu>, Blackwell, Thomas <thomas_blackwell@wustl.edu>, Huskey, Tim <thuskey@wustl.edu>, Gore, Nicole <ngore@wustl.edu>, Wild, Rob <rob.wild@wustl.edu>, Goddard, Christopher <cgoddard@wustl.edu>, Hastings, Patty <phastings@wustl.edu>, Martin, Kelly <martin.k@wustl.edu>, Hudson, Darrell <d.hudson@wustl.edu>, Potter Klosterman, Heidi <heidi_klosterman@wustl.edu>, Powers, John <john.powers@wustl.edu>, Selby, Anna <anna.selby@wustl.edu>, Sklansky, Joseph <joseph_sklansky@wustl.edu>, Surber, James <james_surber@wustl.edu>, Walsh, Elizabeth <ewalsh@wustl.edu>, Burns, Carrie <cjburns@wustl.edu>
**BCC:** Patricia Brown <brownandrussell@verizon.net>
**Attachments:** image001.png

All,

For the record: **as of March 20th, 2024,** there has been no negotiation (oral or written) regarding Wash U discussing plans to award me my scholarship and issuing my refund. You maintain that I owe upwards of $38,0000, and have embezzled my FAFSA loans and funds after Dean Walsh forced me to transfer to another institution for my 3L year after she contacted Professor Adrienne Davis to run out of the classroom screaming that she was a white supremacist, Bull Connor, and the KKK, to try to get me expelled after I told her to stop tone-policing me.

The Office of General Counsel, per Ms. Wood's email, has instructed me *to try to continue to converse* with Dean Walsh, **the same racist Dean/Complainant who racially discriminated against me and falsely claimed that I was a "threat" to campus, and suspended me for 6 months, defamed and branded me a "threat" and a "harasser" to the Wash U Law community before a finding of "no responsibility" was issued by the student conduct board. I am to understand that WashU has now articulated the same position, opinion, and perspective of Washington University and Washington University's Office of General Counsel as Dean Walsh.**

Lastly: do not insinuate that my communications with you all regarding Dean Walsh's racist actions are "disrespectful," or anything other than factual. It is not disrespectful to call a racist, racist. Dean Walsh is racist, and has done a myriad of racist things to me that you all are aware of. You have decided to do nothing about this racist Dean. She has racially harassing other students this year who are waiting to come forward, and ruining professional opportunities for them as we speak. I don't know why you all continue to protect such a liability to the institution, but thank you for letting me know where you stand.

Lastly, Dean Walsh should not contact me regarding any legal matter in the future. If she does contact me again, I will file a restraining order, as it would constitute harassment.

Allison

Allison S. Brown | she/her/hers

Ford School of Public Policy, University of Michigan
Visiting Student, Georgetown University Law Center
J.D. Candidate, Washington University in St. Louis School of Law
allison.brown@wustl.edu | https://www.linkedin.com/in/allisonsbrown/

**From:** Wood, Lisa <wood_esq@wustl.edu>
**Date:** Wednesday, March 20, 2024 at 4:05 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Subject:** RE: FAFSA/Department of Education Contact - Re: Allison Brown

Allison,

Your communications are appropriately directed to WashU Law and, more specifically, Dean Walsh, who we understand has communicated the University's position regarding your outstanding tuition balance on multiple occasions.

Understand that our office will not respond to further outreach from you in this regard. Nor would we expect Dean Walsh to respond to further outreach unless it is appropriate and respectful.

Lisa

**Lisa M. Wood**
Associate Vice Chancellor & Deputy General Counsel
Washington University in St. Louis

**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Wednesday, March 20, 2024 11:09 AM
**To:** Robb, Brittany <brobb@wustl.edu>; Wendler Modde, Deanna <dwendler@wustl.edu>; Wood, Lisa <wood_esq@wustl.edu>; Allen, Monica <monica.allen@wustl.edu>; Braun, Lisa <lbraun@wustl.edu>; Blackwell, Thomas <thomas_blackwell@wustl.edu>; Huskey, Tim <thuskey@wustl.edu>; Gore, Nicole <ngore@wustl.edu>; Wild, Rob <rob.wild@wustl.edu>; Goddard, Christopher <cgoddard@wustl.edu>; Hastings, Patty <phastings@wustl.edu>; Martin, Kelly <martin.k@wustl.edu>; Hudson, Darrell <d.hudson@wustl.edu>; Potter Klosterman, Heidi <heidi_klosterman@wustl.edu>; Powers, John <john.powers@wustl.edu>; Selby, Anna <anna.selby@wustl.edu>; Sklansky, Joseph <joseph_sklansky@wustl.edu>; Surber, James <james_surber@wustl.edu>; Walsh, Elizabeth <ewalsh@wustl.edu>; Burns, Carrie <cjburns@wustl.edu>
**Subject:** FW: FAFSA/Department of Education Contact - Re: Allison Brown

Office of General Counsel:

I want to clarify that this e-mail that I received from Dean Elizabeth Walsh, the Dean of Student Life at the Law School, **the same Complainant who racially discriminated against me and falsely claimed that I was a "threat" to campus, and suspended me for 6 months, defamed and branded me a "threat" and a "harasser" to the Wash U Law community before a**

**finding of "no responsibility" was issued by the student conduct board,** is articulating the same position, opinion, and perspective of Washington University and Washington University's Office of General Counsel.

Does Wash U's Office of General Counsel defend and adopt Dean Walsh's decision to unilaterally revoke my scholarship, when the only condition on my scholarship letter was that "I retain full time status"?

Please advise on whether you, the Office of General Counsel, concur and agree with the assertion of Dean Walsh, that you have no plans to issue my refund or scholarship. Dean Walsh states "we look forward to receiving your outstanding balance at your earliest opportunity." Does that "We" in Dean Walsh's statement include the Office of General Counsel? Please clarify this language.

Also, I kindly request that Dean Walsh cease and desist from e-mailing me anymore. This is an issue between myself and the Office of General Counsel, unless the Office of General Counsel **explicitly** tells me **in writing** that she is now a bonafide representative of Wash U's Office of General Counsel. Walsh is a flagrantly racist agent who presented a humiliatingly weak case before the student conduct board, yet was able to suspend me for an entire semester, while negotiating in bad faith. It is unclear whether or not you all agree with her positionality. Until this is clarified, I kindly request Dean Walsh to stop conversing/e-mailing with me UNLESS the Office of General Counsel states that she is a bonafide representative.

I ask this because Dean Walsh erroneously told me that you all ("Wash U") did not receive the relevant communications from the Department of Education. The very next day, Wash U remitted payment to Georgetown, despite Dean Walsh previously declining to do so. Depending on whom I converse with, I receive different answers and different results. It is unclear whether or not Dean Walsh knows what is going on, or if she has all of the information regarding this matter. Further, Dean Walsh has never had my best interest as a Black student at heart. As soon as I told Dean Walsh and Professor Katz to be less racist and stop tone-policing me, she has initiated a campaign (which she called an "investigation") to get me expelled. Dean Walsh successfully (and wrongfully) suspended me for 6 months. And I haven't even received so much as an apology from Dean Walsh, or anyone else. And now you, Wash U's general counsel, revoke my scholarship, after everything that she has done?

Did Wash U's Office of General Counsel expect me to re-enroll in Fall 2023 at Wash U after Dean Walsh's sorry performance and excuse for a "hearing?"

Office of General Counsel: please clarify her messaging, and if you are adopting her position that you have no intent to honor my scholarship or issue my refund after witnessing her campaign of racial harassment and discrimination.

As I initially asked for the answers to my questions on March 13th at 4:03pm, and asked you all to respond yesterday (yet, for whatever reason, you had Dean Walsh - who doesn't seem to know much about my conversations with the Department of Education- email me?), I request that you have an answer to me by the close of business (5pm EST) today.

Thank you for your time and attention to this matter.

Allison Brown


Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Visiting Student, Georgetown University Law Center
J.D. Candidate, Washington University in St. Louis School of Law
allison.brown@wustl.edu | https://www.linkedin.com/in/allisonsbrown/




**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Date:** Tuesday, March 19, 2024 at 2:42 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Subject:** FW: FAFSA/Department of Education Contact - Re: Allison Brown

Dear Allison,

WashU made no such representation to the Department of Education. Indeed, it is our understanding, based upon the DOE's February 13, 2024, letter to you, that the Department has asked you to work with WashU to pay the remaining balance owed for the tuition WashU paid to Georgetown Law for 2023-24. We look forward to receiving your outstanding balance at your earliest opportunity.

Best,
Elizabeth




**Elizabeth Walsh** | She/Her
Associate Dean for Student Life & Academic Services
**Washington University School of Law**
Direct: 314.935.5861 | Office: 314.935.4610
Meet with Me in Person or Meet with Me Virtually


**From:** Brown, Allison <allison.brown@wustl.edu>
**Sent:** Monday, March 18, 2024 12:08 PM
**To:** Wendler Modde, Deanna <dwendler@wustl.edu>; Wood, Lisa <wood_esq@wustl.edu>; Allen, Monica <monica.allen@wustl.edu>; Braun, Lisa <lbraun@wustl.edu>; Blackwell, Thomas <thomas_blackwell@wustl.edu>; Huskey, Tim <thuskey@wustl.edu>; Gore, Nicole <ngore@wustl.edu>; Wild, Rob <rob.wild@wustl.edu>; Goddard, Christopher <cgoddard@wustl.edu>; Hastings, Patty <phastings@wustl.edu>; Martin, Kelly <martin.k@wustl.edu>; Hudson, Darrell <d.hudson@wustl.edu>; Potter Klosterman, Heidi <heidi_klosterman@wustl.edu>; Powers, John <john.powers@wustl.edu>; Selby, Anna

<anna.selby@wustl.edu>; Sklansky, Joseph <joseph_sklansky@wustl.edu>; Surber, James <james_surber@wustl.edu>
**Subject:** Re: FAFSA/Department of Education Contact - Re: Allison Brown

All,

I sent you an email on March 13, 2024 at 4:03pm, informing you that I have received a notification from the United States Department of Education that you all plan to work with me to issue my scholarship and my refund. I did not receive a response from you all.

Do you have plans to issue my scholarship and refund?

Please advise.

Sincerely,
Allison Brown

Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Visiting Student, Georgetown University Law Center
J.D. Candidate, Washington University in St. Louis School of Law
allison.brown@wustl.edu | https://www.linkedin.com/in/allisonsbrown/

---

**From:** Brown, Allison <allison.brown@wustl.edu>
**Date:** Wednesday, March 13, 2024 at 4:03 PM
**To:** Wendler Modde, Deanna <dwendler@wustl.edu>, Wood, Lisa <wood_esq@wustl.edu>, Allen, Monica <monica.allen@wustl.edu>, Braun, Lisa <lbraun@wustl.edu>, Blackwell, Thomas <thomas_blackwell@wustl.edu>, Huskey, Tim <thuskey@wustl.edu>, Gore, Nicole <ngore@wustl.edu>, Wild, Rob <rob.wild@wustl.edu>, Goddard, Christopher <cgoddard@wustl.edu>, Hastings, Patty <phastings@wustl.edu>, Martin, Kelly <martin.k@wustl.edu>, Hudson, Darrell <d.hudson@wustl.edu>, Potter Klosterman, Heidi <heidi_klosterman@wustl.edu>, Powers, John <john.powers@wustl.edu>, Selby, Anna <anna.selby@wustl.edu>, Sklansky, Joseph <joseph_sklansky@wustl.edu>, Surber, James <james_surber@wustl.edu>
**Subject:** Re: FAFSA/Department of Education Contact - Re: Allison Brown

All,

I have received a notification from the Department of Education saying that you all plan to work with me to issue my scholarship and my refund. Do you have plans to issue my scholarship and refund?

Please advise.

Sincerely,
Allison Brown

Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Visiting Student, Georgetown University Law Center
J.D. Candidate, Washington University in St. Louis School of Law
allison.brown@wustl.edu | https://www.linkedin.com/in/allisonsbrown/

---

**From:** Brown, Allison <allison.brown@wustl.edu>
**Date:** Tuesday, February 6, 2024 at 4:30 PM
**To:** Wendler Modde, Deanna <dwendler@wustl.edu>, Wood, Lisa <wood_esq@wustl.edu>, Allen, Monica <monica.allen@wustl.edu>, Braun, Lisa <lbraun@wustl.edu>, Blackwell, Thomas <thomas_blackwell@wustl.edu>, Huskey, Tim <thuskey@wustl.edu>, Gore, Nicole <ngore@wustl.edu>, Wild, Rob <rob.wild@wustl.edu>, Goddard, Christopher <cgoddard@wustl.edu>, Hastings, Patty <phastings@wustl.edu>, Martin, Kelly <martin.k@wustl.edu>, Hudson, Darrell <d.hudson@wustl.edu>, Potter Klosterman, Heidi <heidi_klosterman@wustl.edu>, Wendler Modde, Deanna <dwendler@wustl.edu>, Powers, John <john.powers@wustl.edu>, Selby, Anna <anna.selby@wustl.edu>, Sklansky, Joseph <joseph_sklansky@wustl.edu>, Surber, James <james_surber@wustl.edu>
**Subject:** FAFSA/Department of Education Contact - Re: Allison Brown

Ms. Wendler Modde and other attorneys of the Office of General Counsel,

In the spirit of full transparency, I figured that I would reach out before I escalate this further. Is the answer of the General Counsel's office the same as Dean Walsh's – that you have not received any communications or been contacted by FAFSA or the Department of Education?

FAFSA and the Department of Education have both informed me that they have reached out to you and not received a reply.

Please advise. Thank you.

Allison

Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Visiting Student, Georgetown University Law Center
J.D. Candidate, Washington University in St. Louis School of Law
allison.brown@wustl.edu | https://www.linkedin.com/in/allisonsbrown/

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Date:** Tuesday, February 6, 2024 at 12:37 PM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Cc:** Burns, Carrie <cjburns@wustl.edu>
**Subject:** Voicemail Message

Hi, Allison –
We received your voicemail message. We have previously answered your scholarship-related questions and we have not been contacted by FAFSA or the Department of Education.

Best,
Elizabeth



**Elizabeth Walsh** | She/Her
Associate Dean for Student Life & Academic Services
**Washington University School of Law**
Direct: 314.935.5861 | Office: 314.935.4610
Meet with Me in Person or Meet with Me Virtually

Signature Page

Allison Brown, Plaintiff