**Friday, March 14, 2025 at 11:55:46 Eastern Daylight Time**

---

**Subject:**    Re: Following Up

**Date:**    Friday, September 1, 2023 at 1:18:02 PM Eastern Daylight Time

**From:**    Brown, Allison <allison.brown@wustl.edu>

**To:**    Walsh, Elizabeth <ewalsh@wustl.edu>, Wood, Lisa (Asst VC) <wood_esq@wustl.edu>, Allen, Monica <monica.allen@wustl.edu>, Braun, Lisa <lbraun@wustl.edu>, Blackwell, Thomas <thomas_blackwell@wustl.edu>, Huskey, Tim <thuskey@wustl.edu>, Gore, Nicole <ngore@wustl.edu>, Walsh, Elizabeth <ewalsh@wustl.edu>, Wild, Rob <rob.wild@wustl.edu>, Goddard, Christopher <cgoddard@wustl.edu>, Hastings, Patty <phastings@wustl.edu>, Martin, Kelly <martin.k@wustl.edu>, Hudson, Darrell <d.hudson@wustl.edu>, Klosterman, Heidi <heidi_klosterman@wustl.edu>, Wendler Modde, Deanna <dwendler@wustl.edu>, Powers, John <john.powers@wustl.edu>, Selby, Anna <anna.selby@wustl.edu>, Sklansky, Joseph <joseph_sklansky@wustl.edu>, Surber, James <james_surber@wustl.edu>

**CC:**    Burns, Carrie <cjburns@wustl.edu>, Kamimura, Mark <mkamimura@wustl.edu>, Stewart, Leanne <leannerstewart@wustl.edu>, Wright, Sara <sara.wright@wustl.edu>

**BCC:**    Patricia Brown <brownandrussell@verizon.net>

**Attachments:** image001.png

---

Dean Walsh,

I cannot believe that you have the audacity to act like you did not do anything to me to make me study at Georgetown for my 3L year. YOU, Dean Walsh, in the negotiations, were the one who encouraged me to go to another university. YOU, along with Rob Wild, would not let me step foot on campus for 6 months straight for no cause. You would not even let me go to the showing of Black Panther, off-campus, at the local movie theater with the Black Graduate Students Association that I PLANNED, because you argued that would be a violation of my temporary suspension. YOU made me give up my position as Vice President of the Black Graduate Students Association. You took my community away from me.

How quickly you forget.

The fact that you portray my decision to study at Georgetown as wholly unrelated to your campaign of harassment and diabolical actions against me is almost the definition of intentional infliction of emotional distress. Your actions, at a minimum, were distressing and detrimental to my mental health and future legal career.

Let us not forget that the reason why I am a visiting student at Georgetown Law school this year is because of your actions against me. You have tried to harm me ever since I matriculated at Wash U in 2021. I had no choice but to visit elsewhere. I did not go to Georgetown willingly. I went to Georgetown because you will manufacture any conceivable falsehood and narrative at my expense in order to get me expelled.

I should not be penalized for your actions against me. I have been exonerated by the Student Conduct Board, and yet, you want to continue your campaign of harassment by having me incur excessive tuition fees that obviate my scholarship.

You are requiring me to pay an extra $22,000 when I am only at Georgetown because you tried to get me expelled for no cause.

You filed a bogus case against me that depended on the hearsay testimony of five students who were biased to dislike me because of the fall-out after a Title IX proceeding.

This list includes some, but not all of the traumatic events that I have experienced at Wash U because of your [Dean Walsh's] direct inaction or deliberate actions to harm me:

1. Undergoing 4 different student conduct hearings and **being temporarily suspended for 6 months for no cause** after Dean Walsh lied to multiple university officials about my conduct inside and outside the classroom
2. Having the Chair of the Student Conduct Board deny my right to present evidence regarding the Title IX hearing and Professor Adrienne Davis' conduct in December 2022 that would've exonerated me in this hearing; I was exonerated ultimately, but **Dean Walsh objected to submission of the tapes of classes that would've cleared my name much earlier and obviated the need for a hearing in the first place**
3. Dean Walsh's complete unwillingness to protect me from classmates that sexually harass me by filing Title IX complaints, miss finals to attend bogus court proceedings, students pressuring me to sign sex related contracts, threaten me with violence, and **students telling me in WRITING** that I am not worthy of life, and fat shaming me
4. I had to sit in 2 different classes and do research for Professor Adrienne Davis, who was obsessed with conspiring with Dean Walsh getting me expelled
5. Being suspended for 4 months immediately after Professor Adrienne Davis's feigned objection to my conduct in class despite making a benign comment
6. Having Dean Walsh, Dean Wild, Nicole Gore, Chair Darrell Hudson all ignore reports of Professor Adrienne Davis's behavior against me
7. **Dean Walsh deeming me a threat to the WUSTL community, unable to attend class or any university function, or even step on campus for SIX MONTHS WITHOUT CAUSE even though I was eventually exonerated**
8. Having Alex Templeton, one of Dean Walsh's witnesses threaten me verbally with physical harm on multiple occasions, **including AFTER the conclusion of the student conduct board hearing**
9. Having Dean Walsh tell me that there is nothing she can do about Alex Templeton's threatening behavior towards me
10. Having Cara Hunt tell Alex Templeton that it was ok for Alex to bring a gun to an OVERNIGHT university retreat and telling me initially that I must attend as a member of the BLSA Board (fortunately the retreat was later made not mandatory)
11. Having Dean Walsh drop Alex Templeton as a witness one hour before the first student conduct hearing so that I could not cross examine her before the hearing board and show how Alex threatened me

Tell me, why am I paying an extra $22,000 when I am not even on Wash U's campus this semester? When the reason why I am not on Wash U's campus, is because you, Dean Walsh, have tried incessantly (along with these excessive tuition charges) to harm me and ruin my chance at a legal career?

If the offer to study at another school for my 3L year and only pay the difference was only offered when I was not exonerated yet, it should certainly be available to me now that I have been found not guilty by the Student Conduct Board. I am trying very hard to move on with my life. I do not even

want to come to St. Louis for my graduation. You all hate me, and I am genuinely fearful of you.

So why do you continue to harass me with these excessive tuition charges?

Please advise.

Allison

--
Allison S. Brown | she/her/hers
Ford School of Public Policy, University of Michigan
Vice President, Black Graduate Students Association
J.D. Candidate, Class of 2024
Washington University in St. Louis School of Law
allison.brown@wustl.edu  |  albsure@umich.edu
https://www.linkedin.com/in/allisonsbrown/

---

**From:** Walsh, Elizabeth <ewalsh@wustl.edu>
**Date:** Friday, September 1, 2023 at 11:46 AM
**To:** Brown, Allison <allison.brown@wustl.edu>
**Subject:** Following Up

Dear Allison,

I am writing to respond to your August 30, 2023, email.

On multiple occasions over the course of the last month Carrie Burns has explained the Law School's financial aid policy with respect to visiting students to you.  Carrie also provided you with a link to that policy on the Law School's Intranet. It is not within Carrie's discretion to depart from that policy. Consequently, I would ask that you direct any further communications to me.

As a visiting student, you are responsible for the difference between the amount you have paid to WashU and the amount due your host university – in this instance, Georgetown.  Once WashU has received the full amount due Georgetown – whether by direct payments from you or student loan funding – it will issue payment to Georgetown.

I have reviewed your WashU billing statement and it accurately reflects the amount still outstanding for the Fall 2023 semester.  Consequently, no adjustment is needed or appropriate (assuming you intend to remain on WashU's insurance plan).

Please note that Nicole Gore's January 20, 2023, offer letter did not depart from the Law School's financial aid policy.  To the extent you wish to argue otherwise, I would remind you that you did not accept that offer.

Best,
Elizabeth

**Elizabeth Walsh** | She/Her

 Associate Dean for Student Life & Academic Services
**Washington University School of Law**
Direct: 314.935.5861 / Office: 314.935.4610
Meet with Me in Person or Meet with Me Virtually

Signature Page

Allison Brown, Plaintiff