**WashU**

☰  McKelvey School of Engineering          *8-24-cv-03198-TDC*          🔍

Home ›  News & Events ›  WashU awarded up to $20 million to develop high-tech imaging technology

# WashU awarded up to $20 million to develop high-tech imaging technology

Chao Zhou leads multidisciplinary team to create portable device to scan for eye diseases

Beth Miller  **02.08.2024**



(Clockwise, from left) Chao Zhou, Aravind Nagalu, Lan Yang, all from McKelvey School of Engineering; Shu-Wei Huang, from the University of Colorado Boulder; Rithwick Rajagopal, MD, PhD, and Margaret Reynolds, MD, both from Washington University School of Medicine.

Share   f   X   in   ✉

Signed: [signature]     Address: 6405 Claw Road
                                 Upper Marlboro, MD 20772

In the United States, more than one-fourth of adults over age 40 have an eye disease, including glaucoma, cataracts or age-related macular degeneration, or a chronic health condition that affects the eyes, such as diabetic retinopathy. These conditions are a strain on an individual's health as well as on the health care system, yet early diagnosis and management can help to prevent more than 90% of severe vision loss.

Chao Zhou, a professor of biomedical engineering in the McKelvey School of Engineering at Washington University in St. Louis, has been working to improve optical coherence tomography (OCT) systems that can conduct high-resolution imaging of the eyes. Now, with an up to $20 million contract from the Advanced Research Projects Agency for Health (ARPA-H), he plans to create a portable OCT system based on photonic integrated circuits (PIC) and custom-designed electronic integrated circuits that could offer advanced eye screening to many more patients and at a lower cost. The technology also could be used in other applications, such as cardiology, dermatology, dentistry, endoscopy and urology.

The contract is part of ARPA-H's first call for proposals for unconventional approaches to improving health outcomes across patient populations, communities, diseases and health conditions through breakthrough research and technological advancements. It is the first ARPA-H contract awarded to Washington University in St. Louis.

Traditional OCT systems are expensive, complex, bulky and labor-intensive to assemble and calibrate. The proposed system would weigh a few pounds, take high-resolution 3D scans of the retina in less than a second and be a fraction of the cost of the traditional systems.

"The integration of photonic and electronic integrated circuits simplifies the assembly process and lowers production costs, making OCT more accessible to a wider range of health care facilities and patients," Zhou said. "Integrating components on a photonic chip also enhances overall stability and robustness, making these systems less susceptible to environmental influences and wear and tear, ensuring a longer lifespan and lower maintenance costs."

Zhou's group invented the space-division multiplexing optical coherence tomography (SDM-OCT), a technique that takes multiple high-definition OCT images simultaneously with a single detector and is at least 10 times faster than existing OCT scanners, which creates fewer opportunities for errors from patient movement. However, these systems required extensive time and labor to assemble components for each channel, which limited their broad use.

With the ARPA-H funding, Zhou and collaborators will assemble the components in a photonic chip using advancements in complementary metal-oxide-semiconductor (CMOS) processes used in the semiconductor industry. This will streamline manufacturing and lower costs. Once functioning, they will conduct studies using the device on adult and pediatric patients.

Developing a fully integrated photonic-integrated chip (PIC)-OCT system is very impactful yet also very challenging, the researchers said, so the team has divided its work into eight parts, ranging from developing components to testing. At the end of the five-year project, the team expects to have developed photonic and electronic chips and portable PIC-OCT prototypes specifically for ophthalmic imaging.

The proposed system is more than 50 times faster than existing state-of-the-art commercial OCT systems at a fraction of the cost, the researchers said. By optimizing and integrating the photonic and electronic circuits, the researchers can create an integrated image acquisition and signal processing engine with benefits that extend into other areas of health care, such as glucose sensing and portable skin imagers.

Collaborating with Zhou are:

- Shu-Wei Huang, assistant professor of electrical, computer, and energy engineering and of biomedical engineering at the University of Colorado Boulder;
- Aravind Nagulu, assistant professor of electrical & systems engineering in the McKelvey School of Engineering;
- Rithwick Rajagopal, MD, PhD, associate professor of ophthalmology and visual sciences at Washington University School of Medicine;
- Margaret Reynolds, assistant professor of ophthalmology and visual sciences at Washington University School of Medicine.
- Lan Yang, Edwin H. & Florence G. Skinner Professor in the Preston M. Green Department of Electrical & Systems Engineering in the McKelvey School of Engineering.

Yang said it is in her long-term interest to transform knowledge in photonics research into technologies and tangible products with a far-reaching societal impact, with health care applications at the top of her agenda.

"I'm excited to be part of this multidisciplinary team that aims to develop a new OCT system with capabilities and features enabled by advancements in nanofabrication processes for optoelectronic devices driven by various industries, from telecommunication to data centers and consumer electronics," Yang said. "Our proposed portable OCT system, based on photonic integrated circuits (PIC), will provide advanced and cost-effective eye screening and extend its benefits to other medical fields."

Rajagopal said that eye doctors have benefitted from the diagnostic insights offered by OCT technology for the past 15 years, but the systems are limited by scan-speed and field-of-view.

Most modern scanners can only image the very center of the retina – the macula – and require cooperative patients who have the mobility to maneuver into and stay steady on a desktop system for at least 30-60 seconds (or more), Rajagopal said.

"I am enthusiastic about the potential clinical benefits offered by Dr. Zhou's new system, as it may allow us to perform much higher resolution scans and include simultaneous peripheral scanning in addition to the retinal center, all while taking a fraction of the time required by currently available systems," Rajagopal said. "We may therefore be able to scan patients who are unable to cooperate for traditional ocular imaging, including young children and adults with disabilities, without the need for pupillary dilation or sedated exams."

The team will work with commercial foundries to fabricate the photonic and electronic integrated circuits.

"Not only does this fully integrated PIC-OCT system outperform conventional OCT systems, but it also boasts excellent manufacturability and robustness and reduces device footprint," Zhou said. "In addition, mass production would significantly reduce manufacturing costs, paving the way for widespread future dissemination."

While the team already has several U.S. and international patents related to the SDM-OCT, it is working with Washington University's Office of Technology Management on patent applications for the improved design. They will also work with ARPA-H Project Accelerator Transition Innovation Office (PATIO) and with the Food & Drug Administration (FDA) on regulatory considerations to clear the pathway for future clinical translation.

"I am very excited to be part of this world-class team to pursue this ambitious project that makes OCT a true point-of-care solution," Huang said. "It is a perfect example showing how PIC technology can be transformative in areas other than communication and computing."

The McKelvey School of Engineering at Washington University in St. Louis promotes independent inquiry and education with an emphasis on scientific excellence, innovation and collaboration without boundaries. McKelvey Engineering has top-ranked research and graduate programs across departments, particularly in biomedical engineering, environmental engineering and computing, and has one of the most selective undergraduate programs in the country. With 165 full-time faculty, 1,420 undergraduate students, 1,614 graduate students and 21,000 living alumni, we are working to solve some of society's greatest challenges; to prepare students to become leaders and innovate throughout their careers; and to be a catalyst of economic development for the St. Louis region and beyond.

Click on the topics below for more stories in those areas

RESEARCH        BIOMEDICAL ENGINEERING        ELECTRICAL & SYSTEMS ENGINEERING

Back to News

Faculty in this story



Lan Yang

Professor



Chao Zhou



Aravind Nagulu

Assistant Professor

# You may also be interested in:



## Uncovering the electrochemistry of condensates

Researchers at Washington University in St. Louis are discovering the electrochemical properties of biomolecular condensates which could help in development of cancer or ALS treatments.

03.11.2025



## Multimodal AI tool supports ecological applications

Computer scientists led by Nathan Jacobs developed TaxaBind, an artificial intelligence tool that combines six information streams to address ecological problems.

03.03.2025



## How cells sense and remember their environments

Amit Pathak received a $2.2 million NIH grant to explore how epithelial cells sense their environments and acquire mechanical memories.

03.03.2025

## Contact Us

Washington University in St. Louis
McKelvey School of Engineering
MSC: 1100-122-303
1 Brookings Drive
St. Louis, MO 63130-4899
Contact Us



## Engineering Departments

Biomedical Engineering

Computer Science & Engineering

Division of Engineering Education

Electrical & Systems Engineering

Energy, Environmental & Chemical Engineering

Mechanical Engineering & Materials Science

Sever Institute - **professional degrees**

## Resources

Canvas

Directory

Equity, Diversity & Inclusion

Emergency Management

Engineering IT

Maps & Directions

Make a Gift

WebFAC / WebSTAC

©2025 Washington University in St. Louis. Policies

## Department of Physics

# Eric R. Christian
*Honorary Senior Research Scientist*



Dr. Eric Christian is a Senior Research Scientist in the Heliospheric Laboratory at NASA Goddard Space Flight Center and the lead scientist for the Energetic Particle Laboratory.

https://science.gsfc.nasa.gov/sed/bio/eric.r.christian

## contact info:

**EMAIL:** ERIC.R.CHRISTIAN@NASA.GOV

**PHONE:** 301-286-2919

## mailing address:

NASA/GSFC

**MAIL CODE:** 672

**GREENBELT , MD 20771**





**11 OCTOBER**

# Space Sciences/Astrophysics Seminar with Regina Caputo on Developments in Gamma-Ray Instrumentation and Telescopes

*Regina Caputo (Hosted by Henric Krawczynski & Mike Nowak) from NASA's Goddard Space Flight Center will be presenting a seminar on*

*"Achieving the Science of the Extreme Universe Through Developments in Gamma-Ray Instrumentation and Telescopes"*

The New Messengers and New Physics and Cosmic Ecosystem priority themes from the Astro2020 Decadal Survey are uniquely addressed at gamma-ray energies. The gamma-ray group at NASA's Goddard Space Flight Center, as part of a large effort together with ANL and many groups around the world, is developing technologies and future telescopes to enable observations to fill these critical capability gaps revealed by Fermi and fully capitalize on this exciting new era. This talk will present the development of CMOS silicon pixel detectors, called AstroPix, and their planned launch on a sounding rocket; the recent balloon launch of the ComPair gamma-ray prototype telescope; the next steps for ComPair; and community efforts to prioritize gamma-ray missions such as AMEGO-X in the future.

*Sponsored by the McDonnell Center for the Space Sciences.*

**EVENT DETAILS**

# Friday, October 11, 2024

**11:00 AM**

**COMPTON HALL 241 | COFFEE: 10:45 AM AT COMPTON HALL 241**

**GET DIRECTIONS**

RETURN TO ALL EVENTS

ST. LOUIS, March 31, 2017 /PRNewswire/ – Canopy Biosciences<sup>TM</sup>, LLC, an
emerging provider of products and services for gene editing and personalized
medicine, announced today that it has entered an exclusive licensing agreement with
Washington University in St. Louis and Johns Hopkins for key intellectual property
around a novel technology for gene editing. The
            allows researchers unprecedented control over gene expression.

The technology was invented by Sergej Djuranovic, a professor at the Washington
University School of Medicine and Rachel Green, a professor of Molecular Biology
and Genetics at Johns Hopkins University. Results from a study of this technology
were recently published in Nature Communications. Professor Djuranovic and
Professor Green discovered that the level of expression of a given gene can be
precisely controlled through the insertion of specific sequences of DNA. Longer

Canopy Biosciences'

Thanks for stopping by how can we help
you today?

Click one of the options below to get
started.

Write a message                                                

i       ors.

shorter sequences only mildly
uence, a researcher can dial in
periments.

a major step forward in gene
O of Canopy Biosciences.
letely delete, or 'knockout', a
evel of expression necessary,
ılarly important for new
a range of expression in cancer
o the latest promising cancer

technologies in gene editing
2016 and obtained $2 million in
en investor in promising
or along with several angel

"This licensing agreement with Washington University and Johns Hopkins is a big

step forward for Canopy Biosciences," said Charlie Bolten, Vice President of BioGenerator. "BioGenerator is excited that our investment in Canopy Biosciences is already having a strong impact by bringing this promising new technology out of an investigator's lab and making it available to the entire research community."

The TUNR Flexible Gene Editing System is the initial product platform for Canopy Biosciences, and will be launched at the
on April 2, 2017.

## About Canopy Biosciences

Canopy Biosciences was formed in 2016, partnering with leading research institutions to turn their discoveries into tangible products and make them available to the entire research community. Canopy Biosciences is headquartered in Saint Louis, Missouri, and serves researchers at universities, research institutions, and biotechnology and pharmaceutical companies worldwide.

Canopy Biosciences and TUNR Flexible Gene Editing are trademarked by Canopy Biosciences, LLC.

DEPARTMENT OF PHYSICS

# TIGERISS

## About

**TIGERISS** is a new experiment envisioned for the International Space Station as part of NASA's Astrophysics Pioneers Program (https://science.nasa.gov/astrophysics/programs/astrophysics-pioneers).

TIGERISS is led by Washington University in St. Louis (https://wustl.edu/). Contributing institutions include NASA's Goddard Space Flight Center; NASA's Wallops Flight Facility; Howard University; Pennsylvania State University; University of Maryland, Baltimore County; and Northern Kentucky University.

The TIGERISS team is built on the experience of the SuperTIGER (http://supertiger.wustl.edu/) collaboration and includes NASA Centers and universities with proven success developing space flight hardware and conducting scientific investigations via cost-capped missions. The organization and responsibilities of each institution leverages the technical and scientific strengths and experience of each partner, such as NASA's design experience and science technology management at Washington University demonstrated by the success of TIGER and SuperTIGER.



©2025 Washington University in St. Louis

WashU | The Source

## THE RECORD

# WashU to manage data for instrument on Artemis moon mission

By Talia Ogliore | April 17, 2024

NASA's Goddard Space Flight Center in Greenbelt, Md., will build a moonquake detector for astronauts to deploy on the moon in 2026 during the Artemis III mission, which will return astronauts to the lunar surface for the first time in more than 50 years.

The Lunar Environment Monitoring Station (LEMS), led by the University of Maryland, Baltimore County (UMBC), was selected as one of the first three potential payloads for Artemis III. Washington University in St. Louis will manage the instrument's data processing and dissemination to the larger scientific community.



A full moon is in view from Launch Complex 39B at NASA's Kennedy Space Center in Florida on June 14, 2022. The Artemis I Space Launch System (SLS) and Orion spacecraft, atop the mobile launcher, are being prepared for a wet dress rehearsal to practice timelines and procedures for launch. (Photo: Ben Smegelsky/NASA)

Paul Byrne, an associate professor of earth, environmental and planetary sciences in Arts & Sciences, leads the geosciences node of NASA's Planetary Data System at Washington University and is partnering with UMBC for this effort. Byrne is a faculty fellow of the McDonnell Center for the Space Sciences.

LEMS is a compact, autonomous seismometer designed to carry out continuous, long-term monitoring of ground motion from moonquakes in the region around the lunar South Pole. The data LEMS gathers will help scientists study the moon's internal structure and could help refine our understanding of how the moon formed. Two other devices were also selected for deployment.



©2025 Washington University in St. Louis

REQUEST INFO
(HTTPS://HEMI.JHU.EDU/HOME/REQUEST-
INFO/)

VISIT
(HTTPS://HEMI.JHU.EDU/HOME/
ABOUT (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-HEMI/)

WORK WITH US
(HTTPS://HEMI.JHU.EDU/JOIN-
US/)
RESEARCH
(HTTPS://HEMI.JHU.EDU/RESEARCH/)
HEMI/WHY-WORK-WITH-US/)
CONTACT (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-
HEMI/CONTACT/)    BROCHURE (HTTPS://HEMI.JHU.EDU/WP-CONTENT/UPLOADS/2017/04/HEMI-
DBLGATE-LAYOUT-2017.PDF)    MENU ≡

# Partners

Home (https://hemi.jhu.edu) > About (https://hemi.jhu.edu/home/about-hemi/) >
Partners (https://hemi.jhu.edu/home/about-hemi/partners/)

HEMI is made possible by collaborations between Johns Hopkins University and the
following organizations:



Army Educational Outreach Program



California Institute of Technology

(https://hemi.jhu.edu)

REQUEST INFO VISIT WORK WITH US
(HTTPS://HEMI.JHU.EDU/HOME/REQUEST-(HTTPS://HEMI.JHU.EDU/HOME/VISIT-(HTTPS://HEMI.JHU.EDU/JOIN-
ABOUT (HTTPS://HEMI.JHU.EDU/) INFO/) US/) RESEARCH
(HTTPS://HEMI.JHU.EDU/RESEARCH/) CONTACT (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-
HEMI/CONTACT/) BROCHURE (HTTPS://HEMI.JHU.EDU/WP-CONTENT/UPLOADS/2017/04/HEMI-
DBLGATE-LAYOUT-2017.PDF) MENU ≡

Defence Science and Technology Laboratory

Defense Threat Reduction Agency



Drexel University



Ernst Mach Institut



Goddard Space Flight Center

HEMI Corporate Partners

Imperial College

Imperial College of London – Institute of Shock Physics



Johns Hopkins Applied Physics Laboratory



Johns Hopkins Applied Physics Laboratory's Planetary Impact Laboratory



**REQUEST INFO** (HTTPS://HEMI.JHU.EDU/HOME/REQUEST-INFO/)

**VISIT** (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-HEMI/)

**WORK WITH US** (HTTPS://HEMI.JHU.EDU/JOIN-HEMI/WHY-WORK-WITH-US/)

ABOUT (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-HEMI/)

RESEARCH (HTTPS://HEMI.JHU.EDU/RESEARCH/)

(HTTPS://HEMI.JHU.EDU/HOME/ABOUT

CONTACT (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-HEMI/CONTACT/)

BROCHURE (HTTPS://HEMI.JHU.EDU/WP-CONTENT/UPLOADS/2017/04/HEMI-DBLGATE-LAYOUT-2017.PDF)   MENU ≡



Maryland Advanced Research Computing Center (MARCC)



Maryland Institute College of Art



Morgan State University



NASA – Science Mission Directorate



National Institutes of Health – National Institute of Neurological Disorders and Stroke



New Mexico Institute of Mining and Technology

# PURDUE

Purdue University

REQUEST INFO    VISIT    WORK WITH US
(HTTPS://HEMI.JHU.EDU/HOME/REQUEST-(HTTPS://HEMI.JHU.EDU/HOME/VISIT-(HTTPS://HEMI.JHU.EDU/JOIN-
ABOUT (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-HEMI/)    US/)    RESEARCH
INFO/)    HEMI/WHY-WORK-WITH-US/)
(HTTPS://HEMI.JHU.EDU/RESEARCH/)    CONTACT (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-

HEMI/CONTACT/)    BROCHURE (HTTPS://HEMI.JHU.EDU/WP-CONTENT/UPLOADS/2017/04/HEMI-

DBLGATE-LAYOUT-2017.PDF)    MENU ≡

Rutgers University



Solar System Exploration Research
Virtual Institute



Southwest Research Institute



Texas A&M University



University of Delaware



**(https://hemi.jhu.edu/wp-content/uploads/2014/06/logo.gif)**

United States Advanced Ceramics
Association

US Army Aberdeen Test Center



US Army Research Laboratory

REQUEST INFO (HTTPS://HEMI.JHU.EDU/HOME/REQUEST-INFO/)  |  VISIT (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-HEMI/)  |  WORK WITH US (HTTPS://HEMI.JHU.EDU/JOIN-HEMI/WHY-WORK-WITH-US/)

ABOUT (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-HEMI/)  |  RESEARCH (HTTPS://HEMI.JHU.EDU/RESEARCH/)  |  CONTACT (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-HEMI/CONTACT/)  |  BROCHURE (HTTPS://HEMI.JHU.EDU/WP-CONTENT/UPLOADS/2017/04/HEMI-DBLGATE-LAYOUT-2017.PDF)  |  MENU ☰



Washington University in St. Louis



Wilmer Eye Institute

© HOPKINS EXTREME MATERIALS INSTITUTE
3400 NORTH CHARLES STREET, MALONE 140
BALTIMORE, MD 21218
410-516-7257 | HEMI@JHU.EDU (MAILTO:HEMI@JHU.EDU)
CONTACT & DIRECTIONS (HTTPS://HEMI.JHU.EDU/HOME/ABOUT-HEMI/CONTACT/)

 (HTTP://WWW.JHU.EDU/)

PRIVACY STATEMENT
(HTTPS://IT.JOHNSHOPKINS.EDU/POLICIES/PRIVACYSTATEMENT)

🐦 (HTTPS://TWITTER.COM/JHU_HEMI)

f (HTTPS://WWW.FACEBOOK.COM/HopkinsExtreme)

# Student Life

*The independent newspaper of Washington University in St. Louis*

Advertisement

FREE FRIDAYS    SAINT LOUIS ART MUSEUM

NEWS

# 'It's actual people and their jobs': How the NIH funding cuts would affect WashU

**Tanvi Gorre**, **Quinn Moore** and **Victor Huang** | News Editor, Managing Newsletter Editor, and Contributing Writer   February 12, 2025

  



(Sydney Tran | Head of Design)

On Friday afternoon, the National Institute of Health (NIH) announced a $4 billion research funding cut spearheaded by the Trump administration. A federal judge temporarily paused the cut nationally on Tuesday following lawsuits filed the day before.

While the future of NIH funding is now uncertain, the cut to indirect cost reimbursement would have cost WashU about $106 million of research funding in 2024, according to Student Life's analysis of the NIH funding database.

These "indirect" or "overhead" costs are defined as funds for facilities and administration. This includes infrastructure required for research that is not included in the direct grant, such as keeping the lights on, paying for employee benefits, etc. When announcing their decision, the NIH said accommodating these costs prevents taxpayer money from going towards direct funds for research.

Many in the scientific community have called the cut "devastating." WashU, which is second in NIH funding, has similarly denounced the cut in an email statement made by

Chancellor Andrew Martin this Saturday, which promised immediate action.

"These cuts also will be implemented by other federal agencies and stand to have a significant impact on institutions like WashU," Martin wrote. "We're mobilized on multiple fronts ... to ensure that [government officials] understand the consequences of these cuts and are encouraged to act to address this threat to research and its many benefits to society."

## Researchers respond to cut

Research institutions typically negotiate their own indirect cost rate with the government every few years, depending on the type of funding. WashU, for instance, has negotiated a rate of 55.5%, meaning for every $100,000 granted for organized research from the NIH, the University would receive an additional $55,000 in indirect costs for research infrastructure.

However, these high negotiated rates, the likes of which NIH listed as a reason for the cut, can be misleading as universities often seem to receive less than their negotiated rate. WashU, for instance, has an actual average indirect cost rate of 38.5%, instead of the publicized 55.5%.

With the new guidelines, the NIH is setting the overhead rate at a flat 15%, meaning every institution in the nation would only receive an additional $15,000 per $100,000 for indirect costs. This change applies to all current and future grants, with the NIH stating they have the right to apply the policy to past grants but choose not to do so.

WashU has more than 1,000 NIH-funded projects underway at the medical school alone. The University received $731 million worth of grants from the NIH in the 2024 fiscal year alone, with around $173 million designated for indirect costs, according to Student Life calculations. If this policy had been in effect last year, the NIH's change would have cut these funds to approximately $67 million.

A WashU professor who wished to be anonymous said members of their lab are "incredibly scared and terrified" by the prospect of an NIH budget cut. Another professor, who also wished to be anonymous, emphasized the distress the cuts have brought to their lab.

"Worry, frustration, and a feeling of powerlessness are the main emotions at all levels," the second professor wrote in an email to Student Life. "With a cut of this magnitude, we would absolutely be expected to see major downgrades to research infrastructure like research facilities, equipment, and services across the institution that allow our lab to do what we do."

A WashU professor, who wished to be anonymous and will be referred to as Professor Z, said this decision uproots the biomedical research pipeline.

"This is all a ludicrous proposition that fails to understand the whole ecosystem of how this all works," Professor Z said.

"Indirects are the lifeblood of grants," one professor who wished to remain anonymous and will be referred to as Professor Y, said. "Indirects are just so much more than just even the money. When you're seeing those numbers, there are people behind them. It's not just a light bulb. It's actual people and their jobs."

Professor Y does research that focuses on how to apply research innovations in beneficial ways for communities that need them. They have specialized in grant writing for about 20 years, and said that judging from their experience, people should be worried.

"The university is saying, 'Don't panic, we're figuring this out,'" they said. "But the time to panic is now."

To remediate the situation at an institutional level, WashU must either find new funding sources for this amount, reallocate current funds, or scale back research.

Associate Professor of Molecular Microbiology, Sebla Kutluay, said that while the University may be able to cut some indirect costs, the unaccounted costs will largely fall on the shoulders of scientists. To Kutluay, this cost could mean the end of research institutions altogether.

"Universities will not want to have scientists," Kutluay said. "There will be no incentive for the universities to expand the science program [so] I think that will be the first thing they cut."

A 2024 report from WashU's School of Medicine stated that for every $1 million dollars in federal funding, 11 local jobs were created in St. Louis. In 2024, WashU received $731 million worth of funding, equivalent to the creation of 8,041 jobs according to the job conversion above. If the NIH cuts had been implemented last year, WashU would have received $100 million less in research funding, meaning 1,100 of those jobs would not exist.

Professor Z emphasized the value of NIH funding to the local economy.

"Every NIH dollar creates $2.70 in local income," Professor Z said. "It pays itself back beyond the cures that could potentially come out of it."

This may only be part of the jobs St. Louis could lose from the cut: local St. Louis research institutions are also facing financial pressure that can result in job loss.

Fimbrion Therapeutics, a biotechnology company developing alternatives to conventional tuberculosis antibiotics, had three grants that were affected by the NIH grant freeze earlier this month. Thomas Hannan, Chief Scientific Officer and Acting CEO of Fimbrion, and part-time research faculty at WashU, said there is still no timeline for their grants to be approved.

"The result is that it is likely that we may have to lay off half of our staff in the short-term until we have more clarity on future funding," Hannan said.

Turing Medical, a St. Louis neuroimaging startup, wrote a statement to Student Life stating the cut would "significantly" affect their operations in St. Louis if it went through.

"For startups like ours, where every dollar is critical, even a small reduction in funding can lead to project delays or scaling back on ambitious initiatives," Turing wrote. "It's important to highlight that while NIH funding is often associated with large universities and well-established research institutions, it also plays a critical role in supporting small startups that are driving innovation."

For Fimbrion, the NIH's sudden budget cut was like "pouring salt on the wounds," according to Acting Fimbrion CEO Hannan. He emphasized that the suddenness and lack of feedback solicitation from the NIH was "very atypical."

"15% indirects is not sustainable for a small company like ours and shows a very poor understanding of how research works," Hannan said. "To be honest, this is the worst three weeks of my professional life and morale is very low in our company, because these actions threaten our ability to carry out our mission and folks may lose their jobs."

Associate Professor of Molecular Microbiology Kutluay said the NIH's actions could also mean a large exodus of scientists from the United States in the near future.

"If you don't have the opportunity, then people will move someplace else," Kutluay said.

Professor Y is concerned that diminishing NIH funding will discourage the young generation from pursuing research for their careers.

"If they're trying to stop people from writing grants, if they're trying to stop people from not wanting to look at grants as a viable option for [their] career[s], then they're succeeding," Professor Y said.

## Legal implications

Ever since the cut was announced, underlined: legislators and research groups alike questioned its legality, and Missouri legislators have not commented on the matter. But late this Monday, underlined: a federal judge in Massachusetts paused the implementation of the cut in the 22 states that filed a joint lawsuit, not including Missouri. The lawsuit states the cut is not legal on the basis that the directive did not go through Congress and will halt scientific advancement.

After the lawsuit from the attorney generals was filed, 12 universities and university-affiliated organizations filed their own suit, which underlined: caused the pause to become national. WashU is a member of the Association of American Universities and the American Council of Education, both of whom were part of the suit.

While the pause will alleviate the immediate threat to funding, questions still remain regarding the impacts on research funding and medicine over the next four years.

"[T]he real underlying concern here is that the current administration seems to have an anti-health agenda, [...] which should alarm all Americans," WashU Professor of Child Psychiatry Joan Luby wrote in an email to Student Life.

Professor Z anticipates more outrage to come regarding the budget cut, as a cut of this magnitude would likely impact medical advancement and, as a result, medical care in the US going forward.

"No place in the country is immune from health problems," Professor Z said. "It doesn't matter how you voted in the last election. It's something that equally affects everybody."

Vice Chancellor for Government & Community Relations J.D. Burton, Vice Chancellor for Medical Finance and Administration Richard Stanton, Vice Chancellor of Marketing and Communications Julie Flory, Dean of the School of Medicine David Perlmutter, Vice Chancellor of Research Mark Lowe, Dean of the School of Public Health Sandro Galea, and Professor of Law Jessica Sachs declined to comment.

Congressman Wesley Bell of Missouri's 1st Congressional District also declined to comment.

## How we did our calculations:

In the article, we stated that the indirect costs reimbursed to WashU by the NIH was about $173 million in 2024, and that WashU would have lost $106 million dollars if the NIH's new policy of 15% indirect cost rate was applied to 2024. We approached calculating this from multiple angles.

We used the NIH's database, **which lists every grant given to an institution**, including its date and direct/indirect cost reimbursement. **We found** that the sum of indirect costs for NIH's 2024 fiscal year paid to WashU came out to be $188,746,897. With the new guidelines applied (multiplying the sum of direct costs by 0.15), this would have shrunk to $81,783,152, meaning a loss of $106,963,745 for the NIH 2024 fiscal year.

Notably, WashU has a different fiscal year than the NIH does, ending June 30 instead of Sept. 30. Recalculating using WashU's 2024 fiscal year, the loss totals equaled $105,692,172. Because these numbers come straight from the NIH database for WashU's 2024 fiscal year, this was the calculation used for this article.

Many other publications apply the institution's negotiated rate to the amount of funds said institution received, dividing it by 1 plus the rate to give the direct cost amount. By

*multiplying the direct costs by the negotiated rate, then multiplying the direct costs by the new 15% rate, and subtracting, the loss of research funding as a result of the change can be found. This was the first thing we tried, by applying WashU's __stated rates__ to __NIH's list of funds given to WashU__ we calculated $259,024,350.59 of indirect cost for the 2024 fiscal year. If we apply the 15% rate instead, this would result in $71,008,871.01 of indirect costs, resulting in a $188,015,479.58 drop in research funding. However, in our opinion, this is the wrong answer.*

*Notably, based on our calculations in the article, there is a significant discrepancy between what WashU was promised by the federal government and what it actually received. That is where the difference between WashU's negotiated 55.5% rate and actual average 38.5% rate originates. Our assumption is that many institutions tend to receive less than their negotiated rate, which is corroborated by a __nature.com article__ which suggests that universities especially suffer from this.*

*Because of this unexpected conclusion, we tried to verify our numbers, but nobody in the administration that we emailed was willing to do so (or they did not respond). As one final check, we looked at __WashU's financial statement for 2024__. Using some assumptions along with further calculations, we similarly got an approximate ~$106 million research funding lost for 2024 from using WashU's own numbers. If you would like to learn more about how we did our calculations, email __quinn.moore@studlife.com__.*

Tags: grant funding, medical research, NIH, trump

Advertisement



Trending Stories

**Stay in Touch!**

Get the latest and top news from StudentLife delivered to your inbox

**Subscribe**



Advertisement



**19 Comments**

 ① Login ▾

G   Join the discussion

LOG IN WITH                    OR SIGN UP WITH DISQUS  ⑦

Name

♡   Share                                    Best   Newest   Oldest

 **Daniel Tracy**                                    —  ⚑
a month ago

Why don't WashU dip into its $billions in endowment to cover costs? It seems to be a viable option instead of relying on the taxpayers.

And if an audit were to be conducted, I wonder what it would find regarding the billing of indirect costs.

With a national debt of $36 trillion maybe it is a good thing to bring the federal gravy train under control.

0       0    Reply  ☝

X **Xing Jian**  → Daniel Tracy                                —  ⚑
24 days ago

WashU annual financial statement is publicly available, why not just do your own research before ask "why don't WashU dip into its $billions in endowment to cover costs". If you are able to read, you can see the number as $575,945,000 endowment spending distribution in FY23-24. Without "dipping into its $billions in endowment to cover costs", WashU would have $400 million budget deficit.

https://washu.edu/app/uploads/2024/09/FY24-Financial-Statements-Final.pdf

0       0    Reply  ☝

 **Daniel Tracy**  → Xing Jian                       —  ⚑
24 days ago

I think they could afford another $20 million or so to cover indirect costs:

 https://endowment.wustl.edu...

0       0    Reply  ☝

**Xing Jian**  → Daniel Tracy                               —  ⚑

24 days ago

Yes. There are some room for WashU to tighten the spending. A $20 million indirect cost cut should be manageable. However, the proposed over $100 million indirect cost cut will cause a lot of damage in the biomedical research arm.

The endowment is a bit difficult to cash out immediately, as most of it is in the form of investment. Also more than half of the endowment has donor restrictions, so the actual money can be spent is significantly less.

0     0     Reply   ↪



**Daniel Tracy**     → Xing Jian     —   ⚑
24 days ago

I would like to see an audit of the indirect cost billings. Knowing the administrative bloat at universities, I suspect there is more cost savings there.

Another option is for the government to levy a tax on endowments so to lessen the burden on the taxpayers. Access to guaranteed tuition payments via expanded student loan programs over the past several decades has allowed schools to expand their administrative class that outpaces student enrollment growth and expansion of faculty members.

0     0     Reply   ↪



**Xing Jian**     → Daniel Tracy     —   ⚑
24 days ago

You are asking things that are already taking place.

Office of Inspector Genral regularly audits grant spending at universities. WashU is in fact doing very well in these audits. In the link below you can find that in a review of $2,799,599 of the direct and indirect costs, OIG found totaled $737 were not allowable under applicable Federal regulations and the terms of the grants.
https://oig.hhs.gov/documents/audit/8562/A-07-12-02778-Complete%20Report.pdf

There are other universities doing much worse than WashU. With the development of AI techniques, it might be easier to have 100% spending audited. But who is going to pay for the audit cost? It will likely increase government spending.

The current federal endowment tax is 1.4%.
https://www.thecrimson.com/article/2025/2/11/increasing-endowment-tax-preview/

0      0    Reply   ⤤

**Daniel Tracy**    → Xing Jian                              —   |⚑

24 days ago

The endowment tax is 1.4%...that's very small for what are essentially
hedge funds. My annual income is far less than the earnings these
hedge funds make, yet I am taxed at a much higher rate. The rich get
richer

0      0    Reply   ⤤

**Daniel Tracy**    → Xing Jian                              —   |⚑

24 days ago

The school will pay for the audit, and I agree with the good
Congressman that the endowment tax should be higher.

Over the past several decades, universities have expanded their
administrative class, far outpacing growth in enrollment and
professors/instructors teaching classes. This growth has been
bankrolled by the taxpayers who pay indirect costs and support
student loans.

The nation has a $36 trillion debt and it is time for the funding gravy
train to end. Universities and colleges will need to change their
business operation models. The reality is that some schools will
cease to exist.

0      0    Reply   ⤤

**Xing Jian**    → Daniel Tracy                              —   |⚑

24 days ago

I don't agree with you that universities should pay for excess audits. I
agree with you that university administration over-growth is an issue.
For the national debt, I don't believe that the higher education section
to fix this issue. Most universities are already struggling with their
financials. And salaries in universities are lower than the industry
sector.

If you want to fix of our national debt, there are much better places to
look at. The top 0.1% is holding increasing amount of wealth in this
country (more than 20 trillion). The annual U.S. military budget is
$849.8 billion. The 4 billion indirect cost cuts would only be enough
for military spending for 2 days.

0      0    Reply   ⤤

**Daniel Tracy**    → Xing Jian                              —   |⚑

24 days ago



DOGE occurring for the military, but it's only a small portion" argument is weak. It all adds up.

The average university endowment is over $1 billion, with many in tens of billions. Schools have been living off the back of taxpayers for decades as the administrative class has exploded. Our local university added a "Chief Executive Officer of College Experience" position several years ago, complete with staff. What the hell?

The federal government needs to crackdown on this and carefully look at all aspects of university spending. Perhaps have DOGE bring in its AI tools to track the spending and bring fourth transparency to the taxpayer. I spent 12 years in higher Ed and can state universities are not paragons of efficiency.

The growth in federal funding has allowed states to reduce their support for state universities. This needs to change to.

0        0      Reply    ⤴



**Xing Jian**    → Daniel Tracy                                    —  ⚐

23 days ago

I do not agree with you on a few points.

1. If you don't like what happened at your local university, what is that related to WashU? The proposed funding cut will mainly affect the Medical School, which has a fairly small administration team.

2. If you think cutting indirect cost will force your local university to shut down the programs you don't like, I don't think you understand university admins. University of Iowa, the main NIH grant recipient in Iowa, already asked their researchers to pause new research projects. Also MGB, the biggest NIH grant recipient in the country, announced that they will layoff hundreds of research positions, and their CEO is going to get a 40% salary raise. The admins will always cut research activity first.

3. Do you think Missouri government have enough resources supporting WashU, if we lose NIH funding? We are a private state university, that Missouri state government gave WashU $3 million research funding in FY24. I know several labs receiving more funding than that.

0        0      Reply    ⤴



**Daniel Tracy**    → Xing Jian                                    —  ⚐

23 days ago

I've commented on over a dozen schools and endowments here at Instapundit.

Clearly Washington U is a poorly run institution if your numbers are correct:

"If you are able to read, you can see the number as $575,945,000 endowment spending distribution in FY23-24. Without "dipping into its $billions in endowment to cover costs", WashU would have $400 million budget deficit."

Though the numbers don't add up if their endowment increased $1.2 billion, but if they spent $575m then that means their return is approaching 15%. So they are excellent in managing their hedge fund but not administering their school.

https://endowment.wustl.edu/about/endowment/

0        0      Reply    ↪

**Xing Jian**      → Daniel Tracy                                    — ⚑
23 days ago

I said "If you are able to read, you can see the number as $575,945,000 endowment spending distribution in FY23-24." So from your comment, I have to conclude that you are not able to read properly. WashU endorsement did not increase by $1.2 billion in FY23-24. Show me where you get that number. Are you confused endowment with MEP?

Investment returns net of endowment spending in FY24 was $446,946,000. In addition, endowment spending in FY24 was $575,945,000. The endowment in FY24 was about $12 billion, and the endowment growth rate was about 4.5%.

Our endowment was not growth as fast as most our peers in FY24. You should use the numbers below, as yourself cannot reach the right numbers.
https://en.wikipedia.org/wi...

Here is another article to educate yourself. It also has the link to the 2024 NACUBO-Commonfund Study of Endowments.
https://www.forbes.com/sites/michaeltnietzel/2025/02/12/college-endowments-saw-112-returns-in-fy-24-harvard-still-1/

0        0      Reply    ↪

**Daniel Tracy**      → Xing Jian                                    — ⚑
23 days ago

Bottom line, WU had a very large endowment, more than many peers, and, if like other universities, is administratively top heavy and not efficiently managing indirect costs. I would love to see a detailed

0      0     Reply



**Xing Jian**    → Daniel Tracy
20 days ago

Bottom line. Individuals without any idea on how major biomedical
research institutes work should not assume they know how to fix
problems in biomedical research. In today's court hearing on NIH IDE
cut, the government lawyer admitted that it will cause harm to
universities.

Science Magazine just pointed out that: "Earlier this month, the Trump
administration set off a frenzy in the US scientific community when
the National Institutes of Health (NIH) announced that indirect cost
reimbursement for federally funded research would be capped at
15%, a drastic cut from a usual range of 50 to 70%. In the American
system, a federal research grant comes with one component that
pays the direct costs of research—covering salaries of the
researchers and supplies and equipment they use—and a so-called
indirect component that represents the government's contribution to
facilities and administration—the overhead necessary to do the work.
The indirect contribution does not cover everything needed to support
the research; the remainder is provided by the university."

Just like you suggested "I would love to see a detailed audit of all NIH
programs from the past ten years." Do you know how much money
and human resources will be need to that? Clear you have no idea to
the scope you are asking for. A detailed audit of all NIH programs
from the past ten years will easily generate a report of tens or
hundreds million pages. If you do not have a plan to handle a task at
this scope, what you are asking for is just a waste of taxpayer's
money and added numbers to the national debt.

0      0     Reply



**Daniel Tracy**    → Xing Jian
20 days ago

"Individuals without any idea on how major biomedical research
institutes work "

I offered ideas about the change in the NIH cost structure.

1) most research universities have multi billion dollar endowments,
so clearly there is money available to cover some of the funding
changes.

2) Universities have suffered under administrative bloat over the past
several decades. For example, WU list 16,800 administrative
employees (for about 18,000 students). Reduce this number by 400

overhead).

3) Universities tend to own a lot of real estate, so this can be looked at too.

These universities/hedge funds are not well-oiled institutions running at 100% efficiency in terms of controlling costs. They have expanded their administrative class for decades thanks to the US tax payer. The gravy train is coming to an end.

If they and the good folks at Science magazine were sincerely concerned, then they need to acknowledge the waste, bloat etc. at Universities. U of Michigan issued a press release about the NIH funding change, yet it had zero issue spending $250 million on DEI programs over an eight year period. Common sense tells us there is more wasteful, non- academic, non-research spending ongoing.

The taxpayer funded gravy train is over.

0        0     Reply   ⮕

**Xing Jian**    → Daniel Tracy                                    — ⚑
19 days ago

The more I read the more I feel than you have never been on WashU campus before. I don't understand why you throw your anger toward U Michigan toward us. Here is WashU's Student Life.
For the staff number, I think you totally missed the mark. Have you ever been to our campuses? Our total staff number is about 17,000, not just administration staff. The bulk of our staff (over 11,000) are on the medical campus supporting biomedical research. There are less than 1,500 students on the medical campus, and the rest of students (over 15,000) are on the Danforth Campus. If you go to the Danforth Campus, you see students most of the time.
We have about 3,000 faculty on the medical campus alone. If you take account that one faculty normally hire a few staff (postdocs, technicians, lab managers), there are not many non-research staff on the medical campus.
It would be more productive for you to visit our medical campus to understand the scope of our medical research, instead of making proposes from keyboard. If you come to our medical campus, you can see how big it is (17 city blocks), and why we need that many medical staff. There are about 130 clinical trial sites, with over 1,000 clinical studies carrying out each year. Without enough indirect cost coverage, most of them may stop recruitment in the future.

0        0     Reply   ⮕

**Daniel Tracy**    → Xing Jian                                   — ⚑

19 days ago

# Student Life

news@studlife.com

Washington University in St. Louis

314-935-5995

© 2023 Washington University Student Media, Inc. - All rights reserved

**SECTIONS**

News
Sports
Forum
Scene

**INFORMATION**

About us
Staff
PDF Archive
Policies

**CONTACT**

Advertise
Contact us
Get Involved
Alumni
Connections

- Apply to WashU in junior year—no application fee, no additional testing
- Seamless transition and guaranteed admittance with a GPA over 3.25
- Significant financial aid guarantees; Automatic Scholarship for the 3 year program: 50% tuition discount in the first year, 55% in the second, and 60% in the third

# McKelvey School of Engineering

### Your liberal arts experience will broaden your intellectual perspectives and skills.

As a Physics major, you can choose from one of two Dual Degree tracks for Engineering studies at McDaniel and Washington University's James McKelvey School of Engineering. Spend three or four years at McDaniel before moving on to WashU, where you can pursue a variety of engineering fields, including Aerospace, Biomedical, Chemical, Computer, Cybersecurity, Electrical, Energy, Environmental or Mechanical Engineering, Computer Science, or Systems Science and Engineering.

#### Clear eligibility criteria result in a Dual Degree admission rate of nearly 90%:

- Apply to WashU in junior year—no application fee, no additional testing
- Take specific courses that contribute to both liberal arts and engineering degrees
- Achieve a minimum cumulative 3.25 GPA in all coursework and in STEM coursework
- Have the endorsement of your pre-engineering advisor

# Why WashU?



Educated at both a liberal arts college and a research university, Dual Degree students are trained as agile learners. They graduate prepared to be adept problem-solvers in a complex world where engineers are in desperately short supply.

- Financial assistance is available to every student admitted to Dual Degree.
- You gain the latest technical knowledge in your engineering degree program.
- You benefit from the career centers and alumni networks of two institutions.



"McDaniel is now among a select group of schools, and only the second in Maryland, to be affiliated with WashU. Our program is an attractive alternative to traditional engineering curricula and we like to think of our graduates as 'liberally educated engineers' with strong communication and problem-solving skills, a broad background in the humanities and social sciences, and a high-quality technical education."

Ron Laue, assistant dean of the James McKelvey School of Engineering at Washington University in St. Louis

# Program Options

Every student admitted to Dual Degree can enroll in one of two tracks:

+ Engineering Undergraduate Degree (3-2 Option)

+ Engineering Undergraduate & Graduate Degrees (3-3 Option)

## Get more info

> **McKelvey School of Engineering Dual Degree Program** (https://engineering.wustl.edu/index.html)
> **McDaniel College Engineering Program** (/academics/departments/physics/physics-engineering)

☰ **Forbes**    Subscribe: Less than $1.50/wk     

ADVERTISEMENT



LEADERSHIP > EDUCATION

# Top 20 Universities For NIH Funding; Johns Hopkins Ranks First Again

By Michael T. Nietzel , Senior Contributor. ⓘ Michael Nietzel, former college...    ∨    Follow Author

Feb 10, 2024, 09:40am EST



Share options                                     ✕

✓    Link Copied

✉    Email

𝟎    Facebook

✕    Twitter

**Get unlimited digital access to Forbes**

Subscribe

**1 of 4** free articles    ✕

**Become a Forbes Member.**  Subscribe to trusted journalism that empowers your journey.    Subscribe Now

Johns Hopkins University once again leads all U.S. universities and colleges in total National Institutes of Health (NIH) funding. In federal fiscal year 2023, the most recent year for which relatively complete data are available, Hopkins investigators received $842,956,584 in awards, representing an approximately $3.1 million increase over its prior year total. The rest of the top ten universities were:

- University of California, San Francisco. $789,196,651

- University of Pennsylvania $703,217,343

- Duke University $701,940,461

- University of Michigan $698,264,076

- University of Pittsburgh $658,312,303

- Washington University, St. Louis $633,343,121

- Columbia University Health Sciences $633,309,114

- Stanford University $628,835,527

- Yale University $622,499,969

Rounding out the top 20 were:

- University of California, Los Angeles $580,267,623

- University of California, San Diego $572,451,525

- University of North Carolina, Chapel Hill $559,512,811

- University of Washington, Seattle $558,170,733

- Vanderbilt University $546,405,280

- Mount Sinai Icahn School of Medicine $501,120,829

- Emory University $485,429,870

- University of Wisconsin, Madison $446,888,313

- New York University $424,963,095

**1 of 4** free articles

**Become a Forbes Member.** Subscribe to trusted journalism that empowers your journey.

Subscribe Now

The three non-university institutions (not included in this article) that ranked in the overall top 20 were Leidos Biomedical Research that operates the Frederick National Laboratory for Cancer Research, which placed first overall with $866,144,063; Massachusetts General Hospital was 7th with $675,290,582; and the Research Triangle Institute was 17th with $550,923,106.

MORE FROM FORBES ADVISOR



### Best High-Yield Savings Accounts Of 2024

By Kevin Payne, Contributor



### Best 5% Interest Savings Accounts of 2024

By Cassidy Horton, Contributor

The numbers are compiled annually by the Blue Ridge Institute for Medical Research (BRIMR), under the direction of Robert Roskoski Jr., a retired professor of biochemistry, along with Tristram G. Parslow.

**CEO: C-suite news, analysis, and advice for top decision makers right to your inbox.**

By signing up, you agree to receive the newsletter, other updates about Forbes and its affiliates offerings, our Terms of Service (including resolving disputes on an individual basis and arbitration), you acknowledge our Privacy Statement.

**Sign Up**

BRIMR has reported on annual NIH awards since 2006, after NIH stopped publishing its own rankings in 2005. It uses data obtained from the Research Portfolio Online Reporting Tool from the National Institutes of Health.

**1 of 4** free articles

**Become a Forbes Member.** Subscribe to trusted journalism that empowers your journey.

**Subscribe Now**



In addition to institution-wide data and rankings, BRIMR also breaks out NIH awards by the major units and departments typically found in most academic health centers. Separate figures for clinical and basic science departments within schools of medicine are also provided.

Awards by those various departments and schools can be found here. Here are the top 10 health profession schools in five major categories.

**Schools of Medicine**

- University of California, San Francisco $700,332,710

- Washington University St. Louis $583,581,216

- University of Pennsylvania $579,807,450

- Yale University $571,450,883

- Johns Hopkins University $568,570,553

- Stanford University $557,072,253

- Duke University $551,550,391

**1 of 4** free articles

**Become a Forbes Member.** Subscribe to trusted journalism that empowers your journey.

Subscribe Now

## Schools of Nursing

- Columbia University Health Sciences $23,893,658

- University of Pennsylvania $19,333,967

- University of California, San Francisco $19,160,722

- Florida State University $18,702,370

- Emory University $14,004,794

- University of Washington, Seattle $10,385,204

- University of Alabama, Birmingham $10,279,453

- University of Michigan, Ann Arbor $9,247,443

- John Hopkins University $8,997,592

- Ohio State University $7,814,043

## Schools of Dentistry

- University of California, San Francisco $26,814,987

- University of Michigan, Ann Arbor $20,376,426

- New York University $19,945,857

- University of Pennsylvania $16,875,855

- University of Southern California $16,516,758

- University of Florida $13,864,352

- University of California, Los Angeles $12,776,337

- University of Maryland, Baltimore $10,745,163

- University of Connecticut $8,304,751

- University of Texas Health Sciences, Houston $7,777,299

**1 of 4** free articles

**Become a Forbes Member.** Subscribe to trusted journalism that empowers your journey.

Subscribe Now

- University of North Carolina, Chapel Hill $29,496,737

- University of Florida $21,465,293

- University of Arizona $19,052,657

- University of New Mexico Health Sciences $17,054,137

- University of Michigan, Ann Arbor $14,957,094

- Rutgers University $12,205,914

- University of Washington, Seattle $11,302,075

- University of Utah $11,059,092

- University of Colorado, Denver $10,676,694

**Schools of Public Health**

- Johns Hopkins University $169,129,276

- Harvard School of Public Health $140,074,836

- Columbia University Health Sciences $74,100,871

- University of North Carolina $69,864,601

- Emory University $62,444,999

- Brown University $56,247,168

- University of Washington, Seattle $51,154,050

- University of Pittsburgh $44,025,766

- University of Michigan, Ann Arbor $42,762,765

- George Washington University $32,453,779

*Follow me on Twitter.*

# Join The Conversation

Comments 0

**1 of 4** free articles

**Become a Forbes Member.** Subscribe to trusted journalism that empowers your journey.

Subscribe Now

# More From Education

See All Education →



## DeepSeek - A Wake-Up Call For US Higher Education

By Bryan Penprase Contributor

12 hours ago

Potential Impacts Of Department Of Education Cuts

By Scott White Contributor

16 hours ago

Transnational Education: Can Universities Go Global From Home?

By Maja Zelihic Contributor

Mar 12, 2025

NIH Grants Fueled $95 Billion In FY 2024 Economic Activity, Finds New Report

By Michael T. Nietzel Senior Contributor

**1 of 4** free articles

**Become a Forbes Member.** Subscribe to trusted journalism that empowers your journey.

Subscribe Now

**RELATED TOPICS**

| | | | |
|---|---|---|---|
| 01. | TOP UNIVERS > | 05. | TOP PUBLIC > |
| 02. | TOP 50 MEDICAL > | 06. | TOP 10 STATE > |
| 03. | 10 BEST MEDICAL > | 07. | BEST UNDERG > |
| 04. | PUBLIC UNIVERS > | 08. | 10 BEST UNIVERS > |

**SEE ALSO**

TOP 10 UNIVERSITIES IN

TOP RANKED UNIVERS

TOP 10 PRIVATE HIGH

BEST COLLEGES BY

BEST ONLINE MBA

BEST IVY LEAGUE SCHOOL

**AI – BUILDING BLOCK FOR OUR COSMOS OF INNOVATION**

Ensuring a safer and connected world

ROHDE&SCHWARZ

LEADERSHIP

# It's Time For Marketers To Redefine The RFP As The 'Request For People'

**1 of 4** free articles

**Become a Forbes Member.** Subscribe to trusted journalism that empowers your journey.

Subscribe Now

Share    Save

If you're a marketer who is still depending on the traditional RFP process, it's high time to consider an alternative approach.

Why? Take a moment to look at the existing marketing RFP system. There are just so many pain points and inefficiencies that can seem like mere tactical problems, but they point to a larger issue: Just because a vendor submits a "perfect" RFP response, it may not mean they're actually the right partner for the job



GETTY

Perhaps instead of simply requesting proposals, marketers should be issuing requests for *people*.

This isn't just semantics. It's about shifting the mental model we use to do business.

Of course, potential vendors need to align with expectations around deliverables, budgets and deadlines. But it's also imperative that the chosen vendor fully understands and champions your brand

**1 of 4** free articles

**Become a Forbes Member.** Subscribe to trusted journalism that empowers your journey.

Subscribe Now

# The challenges surrounding the marketing RFP process

It can take several weeks to create a RFP for distribution — and on average vendors only respond to about 65% of RFPs, which means you're undoubtedly missing out on quality partners. But even if the response rate were 100%, we know replies inevitably vary widely in level of effort. This makes it impossible to analyze responses in a structured, consistent way.

Getting something approaching uniformity across your replies requires follow-ups, causing delays and forcing your team to invest more time. The savings potential of diligently cross-shopping vendors can disappear before the project even kicks off.

But let's imagine that your RFP format is (miraculously) perfectly dialed-in, and you're able to achieve this elusive uniformity across the responses for an "apples-to-apples" comparison. In practical terms, you've become a test practitioner. Just as a student can learn the answers to complex math formulas without grasping the underlying logic, vendors may be able to figure out what the answers to your RFP should be, but it doesn't mean they will know how to *deliver* those solutions or navigate your organization.

Trying to simplify your analysis of all responses also creates something of a catch-22: The more rigid and structured your RFP becomes, the less space potential vendors have to demonstrate their abilities as thought partners. This can lead to missed opportunities — not only in securing fruitful long-term partnerships, but in maximizing the value of outsourcing your project. When potential vendors are reduced to RFP box-tickers, you can't properly leverage their outside perspective to ideate and explore alternative (and hopefully better) solutions.

## Shifting the marketing RFP process to focus on people

So how can you nudge your RFP response analysis from quantification toward qualification?

For starters, while it seems counterintuitive, building a stronger short list of candidates often begins with expanding the pool of participants. Bring new providers into the mix. Hear them out. You can't invite the same partners year after year and expect a transformation.

Casting a wider net, though, does *not* mean waving questionable vendors through. In fact, it can involve tightening the criteria for entry. The trick is to narrow your pool using different parameters — specifically, those focusing on how the potential partner proposes to align with your brand's long-term vision and your team's ways of working. You might even use a company-culture evaluation to qualify suppliers to be included in your process in the first place.

**1 of 4** free articles

**Become a Forbes Member.** Subscribe to trusted journalism that empowers your journey.

Subscribe Now

and context to get revealing answers. Consider how your RFP format can be leveraged to give you insights about that vendor and how its personnel approach problem-solving. You can deliberately add areas where these potential partners can express their solution ideas and creativity to stand out from the crowd.

Regardless of the RFP format, make sure you provide enough runway for participants to really dig in and demonstrate value. Overly tight deadlines can lead to incomplete or unclear responses, making it harder for your team to compare potential vendors later in the process. Allocating an appropriate amount of time for meaningful replies on the front end can reduce those time-consuming follow-ups *and* put more creative solutions in your inbox.

Here, you can phase out the approach: Split your process into smaller steps, with multiple gates to decide who moves forward. Maybe you start with an in-person meeting and an RFI to learn about the potential partners at a macro level, followed by a small basket of goods to price, then a broader exercise to assess readiness to meet your needs.

The important thing is that you aren't simply relying on convention when it comes to RFP response analysis. Embracing a "Request For People" approach will get you a lot further than just trying to optimize around the status quo.

*Want to learn more and continue the conversation? Download "3 production partner deal-breakers" — and get in contact with Quad here.*

 **By Oliver Kimberley,** BRANDVOICE | **Paid Program**. Oliver Kimberley is responsible for driving the overall strategy and performance of Quad's Managed Services, identifying growth opportunities that align with the company's broader MX Solutions Suite. Oliver is building on the strong foundation Quad's Print Management...

**Read More**

# Forbes

© 2025 Forbes Media LLC. All Rights Reserved.

AdChoices    Privacy Statement    Do Not Sell or Share My Personal Information
Limit the Use of My Sensitive Personal Information    Privacy Preferences    Digital Terms of Sale    Terms of Service

**1 of 4** free articles

**Become a Forbes Member.**  Subscribe to trusted journalism that empowers your journey.

**Subscribe Now**



NEWS RELEASE

# WashU Medicine reaches all-time high in NIH funding

NIH grants recognize the quality and significance of WashU Medicine research in enabling life-changing advances in medicine

December 10, 2024



MATT MILLER

WashU Medicine secured $683 million in research funding from the NIH in 2024, a record high for the school and an affirmation of its leadership in shaping the future of medicine.

In a testament to the quality and national competitiveness of biomedical research at Washington University School of Medicine in St. Louis, the school secured $683 million in research funding from the National Institutes of Health (NIH) in federal fiscal year 2024 – a record high for WashU Medicine and an affirmation of its leadership in shaping the future of medicine.

This support – which places the school at No. 2 in NIH funding nationwide for the second year in a row – enables groundbreaking advances in the understanding, diagnosis and treatment of illnesses and propels its relentless pursuit of improvements in medical care. Over the past eight years, WashU Medicine has been the fastest growing of the top U.S. research-intensive medical institutions in NIH funding.

"Far too much still is unknown about human diseases," said David H. Perlmutter, MD, executive vice chancellor for medical affairs, the George and Carol Bauer Dean of WashU Medicine, and the Spencer T. and Ann W. Olin Distinguished Professor. "Our research programs are designed to tackle the most vexing questions with state-of-the-art techniques and analytical methods and generate innovative answers that will substantially improve outcomes for our patients. The success in funding and our growth is not, in and of itself, the goal; rather, it is a validation of our progress and the exceptional talent we have cultivated through training and recruitment, and a reminder of the work ahead as we continuously strive to improve patient care. Our true success is measured in the lives transformed and advances in human health. At WashU Medicine, we're not only advancing research today; we're building for tomorrow's breakthroughs."

**#2 in NIH funding**
2 YEARS IN A ROW

| | MEDICAL SCHOOL | FUNDING |
|---|---|---|
| 1 | University of California, SF | $725,399,521 |
| 2 | WashU Medicine | $683,050,470 |
| 3 | Yale University | $597,589,959 |
| 4 | University of Pennsylvania | $587,325,729 |
| 5 | Johns Hopkins University | $571,108,982 |
| 6 | Stanford University | $548,313,123 |

**#1 in NIH funding growth**
2 YEARS IN A ROW



| | |
|---|---|
| WashU Medicine | 309 |
| Yale | 232 |
| UCSF | 207 |
| UPenn | 195 |
| Stanford | 167 |
| Johns Hopkins | 114 |



## Global impact from the heart of the Midwest

Fueled by its unique culture in the heart of the Midwest – where collaboration, creativity and curiosity thrive – WashU Medicine drives innovation and discoveries that shape the future of medicine across the globe. More than 1,000 NIH-funded research projects are underway at the school. Among the projects newly funded this year are efforts to prevent early-onset colorectal cancer; understand why the aging brain becomes susceptible to dementia; develop a gene therapy to potentially cure HIV; improve outcomes and quality of life for children with heart disease; and prepare for the next viral pandemic.

"WashU Medicine has created a remarkably vibrant ecosystem of innovative research, and I'm fortunate to be a part of it," said Jeffrey I. Gordon, MD, the Dr. Robert J. Glaser Distinguished University Professor and director of the Edison Family Center for Genome Sciences & Systems Biology. "This research is propelled by an extraordinary cadre of talented, imaginative and energetic faculty, students and staff who are deeply committed to finding answers to compelling questions in both basic and clinical research. Our collaborative spirit and deep sense of community, combined with an ability to make timely prioritized investments in people, programs and enabling technology, have fostered a 'discovery engine' that enables WashU Medicine researchers to readily cross traditional disciplinary boundaries."

Gordon, widely regarded as the father of the microbiome, has led pioneering research to develop a treatment for childhood malnutrition that nurtures the beneficial microbes in the gut. The aim is to more effectively treat the condition that is responsible for an estimated 3 million deaths worldwide and complications that include stunted growth, neurological problems and immune system deficiencies. Gordon's research has been funded continuously by the NIH for more than four decades, and the microbiome-directed therapy he and his collaborators have developed is in clinical trials in South Asia and Africa.

## Sustaining the pipeline of medical scientists

In addition to supporting established researchers with a track record of discoveries, NIH also awarded 31 WashU Medicine researchers their first R01 or equivalent grants in 2024. Such grants are designed to fund innovative, rigorous research projects with a high potential impact, and obtaining one represents a vote of confidence by the NIH in a researcher's abilities as an independent investigator.

"One of the most important accomplishments and biggest challenge for a medical researcher is competing successfully for their first R01," Perlmutter said. "We track this metric very closely as an indicator of our effectiveness in mentoring and providing the optimal environment, both of which are critical to sustaining a pipeline of medical scientists for the future of our society."

One such recipient is Jing Hughes, MD, an assistant professor of medicine and of cell biology & physiology, who received a grant to study antennae-like cell organelles, known as primary cilia, on the insulin-producing cells in the pancreas that become damaged in diabetes. Such research is foundational to developing more effective diabetes treatments.

"I was honored to receive my first R01 award this year," Hughes said. "We know there is an association between primary cilia dysfunction and the development of diabetes, but we really don't know the full picture. A better understanding of this process could lead to new cilia-based therapeutic approaches to decrease the burden of diabetes in the United States and across the world."

Discoveries in basic-science labs like Hughes' translate into better care for patients locally and globally by spurring development of new diagnostics and therapeutics. WashU Medicine values the combined insights and expertise researchers and clinicians bring to solving the world's most pressing medical challenges.

# A bold strategy yields results

When he took the helm at WashU Medicine in 2016, Perlmutter worked with the executive leadership team to establish a strategic vision for expanding the school's research mission by investing in critical infrastructure, including:

- **Construction of new research facilities**, which together added nearly 800,000 square feet of research space and is spurring innovative collaborations to advance knowledge and develop new therapies in the coming decades. These include the new **Jeffrey T. Fort Neuroscience Research Building**, one of the world's largest devoted exclusively to neuroscience research. The building unites WashU Medicine experts to make discoveries at the frontier of brain science that will alleviate suffering and cure diseases once thought to be incurable. A new six-story addition on the **Steven and Susan Lipstein BJC Institute of Health** is aimed at enhancing infectious diseases and immunology research as well as programs that can develop novel therapies to treat cancer and other diseases.

- Leveraging large philanthropic gifts like the **BJC Investigators Program**, designed to recruit top-notch basic scientists, and the **Personalized Medicine Initiative** initially funded by Centene Corporation and now utilizing institutional funds to provide extensive funding for high-risk, high-impact projects that can deliver new diagnostics and therapeutic strategies in the precision-medicine paradigm on an urgent timeline. Major gifts from James and Elizabeth McDonnell have facilitated the work of the McDonnell Genome Institute in the areas of mass spectrometry-based multi-omics, genomic engineering and translational bioinformatics in collaboration with the Institute for Informatics. Gifts from Phil and Sima Needleman have provided funding for innovations in basic research platforms that have the highest potential to be translated into new technologies and companies.

- Encouraging substantial investments from department chairs across WashU Medicine in the growth of the school's clinical programs, with the aim of advancing health care in the St. Louis region and supporting the expansion of our research mission.

These large, ongoing investments are buttressed by significant annual financial support for research by WashU Medicine. In 2024, the school spent $376.3 million of its own funding on research, a sum that includes the costs of maintaining shared equipment, facilities and resources, as well as start-up funding for recruits and trainees. By far the largest components of this institutional funding are the salaries of the principal investigators ($167 million) and capital expenses. With this level of institutional funding, together with grants from foundations, donors and other government agencies such as

the Centers for Disease Control and Prevention, total research funding at WashU Medicine topped $1.2 billion in 2024, and the returns on that investment are manifold.

"Outside grants only cover about 70% of the cost of doing research," Perlmutter said. "That figure includes what is called direct costs as well as facilities and administrative (F&A) that are required for the research to be carried out. We cover the rest out of our institutional funds because research is a core mission at WashU Medicine.

"Just in the past few years, the work of WashU Medicine researchers has led to a host of innovations that are improving care. These include the first blood test for Alzheimer's disease; an inhalable COVID-19 vaccine; a Food and Drug Administration (FDA)-approved drug for a genetic form of amyotrophic lateral sclerosis (ALS); two tests for genetic mutations in blood and solid cancers that aim to improve outcomes by enabling precision medicine approaches to treatment; investigational cellular therapies for childhood and adult leukemia; promising clinical trials evaluating the use of radiation therapy for the treatment of heart failure; and investigational DNA vaccines for triple-negative breast cancer, a type that is extremely challenging to treat. Our research funding enables WashU Medicine scientists to make the discoveries that improve health and wellness for people in St. Louis and beyond and we view the improvement in medical care that comes from this research as our obligation as NIH grantees."

## The ripple effect of NIH funding

WashU Medicine's NIH-funding success also acts as a magnet for the brightest minds in medicine, drawing top-tier scientists, physicians and students from around the world to work and train at WashU Medicine. The medical students and research trainees who learn their craft at WashU Medicine are part of the next generation of leaders who will make the breakthroughs that will shape medicine for decades to come.

This influx of talent fosters collaborations with biotech and pharmaceutical companies, driving further medical advancements and spurring local and regional economic growth. Every $1 million in research funding creates 11 local jobs, generating opportunities in St. Louis and strengthening WashU's role as a regional economic engine.

"This achievement belongs not only to the people who work in the lab and the field, but to everyone at WashU Medicine," Perlmutter said. "Our researchers couldn't make their discoveries without the doctors and other providers who work directly with patients as part of clinical research and the staff members who support our research mission in myriad ways. We're one team, united by a shared mission to harness scientific discovery to improve health locally and globally."

**About Washington University School of Medicine**

WashU Medicine is a global leader in academic medicine, including biomedical research, patient care and educational programs with 2,900 faculty. Its National Institutes of Health (NIH) research funding portfolio is the second largest among U.S. medical schools and has grown 56% in the last seven years. Together with institutional investment, WashU Medicine commits well over $1 billion annually to basic and clinical research innovation and training. Its faculty practice is consistently within the top five in the country, with more than 1,900 faculty physicians practicing at 130 locations and who are also the medical staffs of Barnes-Jewish and St. Louis Children's hospitals of BJC HealthCare. WashU Medicine has a storied history in MD/PhD training, recently dedicated $100 million to scholarships and curriculum renewal for its medical students, and is home to top-notch training programs in every medical subspecialty as well as physical therapy, occupational therapy, and audiology and communications sciences.



MEDIA CONTACT
**Jessica Church**
**Director of Media Relations**
314-320-8485
j.church@wustl.edu