UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ALLISON BROWN,

    Plaintiff,

v.

WASHINGTON UNIVERSITY IN
ST. LOUIS SCHOOL OF LAW, *et al.*,

    Defendants.

Civil Action No. TDC-24-3198

## ORDER

Upon review of Plaintiff Allison Brown's Notice of Intent to Amend Complaint, it is hereby ORDERED that:

1. Brown is granted leave to file the Motion to Amend proposed in ECF No. 41. The Motion will be deemed timely if filed by **Friday, April 11, 2025**. Pursuant to Maryland Local Rule 103.6, Brown must submit with the Motion the proposed Amended Complaint as well as a redline version of the Amended Complaint in which stricken material has been lined through or enclosed in brackets and new material has been underlined or set forth in bold-face type. The Amended Complaint will fully replace the original Complaint and must include all claims within the 40-page limit.

2. Defendants' Opposition to the Motion is due by **Friday, April 18, 2025.**

3. Plaintiff's reply brief is due by **Friday, April 25, 2025.**

Date: April 7, 2025



THEODORE D. CHUANG
United States District Judge