IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Allison Brown | : | Motion to Amend Complaint |
| 6405 Chew Road | : | |
| Upper Marlboro, MD 20772 | : | |
| Prince George's County, MD | : | Case Number: 8:24-cv-03198-TDC |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| Washington University | : | |
| EIN: 43-065361 | : | |
| 1 Brookings Drive | : | |
| St. Louis, MO 63130 | : | |
| | : | |
| Washington University School of Law | : | |
| 1 Brookings Drive | : | |
| St. Louis, MO 63130 | : | |
| | : | |
| Elizabeth Walsh | : | |
| Anheuser-Busch Hall Room 213E | : | |
| 1 Brookings Drive | : | |
| St. Louis, MO 63130 | : | |
| | : | |
| Adrienne Davis | : | |
| Anheuser-Busch Hall Room 548 | : | |
| 1 Brookings Drive | : | |
| St. Louis, MO 63130 | : | |
| | : | |
| Carrie Burns | : | |
| Anheuser-Busch Room 210D | : | |
| 1 Brookings Drive | : | |
| St. Louis, MO 63130 | : | |
| | : | |
| Russell Osgood | : | |
| 1 Brookings Drive | : | |
| St. Louis, MO 63130 | : | |
| | : | |
| Robert Wild | : | |
| MSC 1167-226-200 | : | |
| 1 Brookings Drive | : | |
| St. Louis, MO 63130 | : | |

| | |
|---|---|
| Darrell Hudson | : |
| 1415 Washington Heights | : |
| Ann Arbor, MI 48109 | : |
| | : |
| Deanna Wendler-Modde | : |
| 1 Brookings Drive | : |
| St. Louis, MO 63130 | : |
| | : |
| Nicole Gore | : |
| 1 Brookings Drive | : |
| St. Louis, Mo 63130 | : |
| | : |
| Peggie Smith | : |
| Anheuser-Busch Hall Room 548 | : |
| 1 Brookings Drive | : |
| St. Louis, MO 63130 | : |
| | : |
| Mark Kamimura-Jiménez | : |
| MSC 1083-226-330 | : |
| 1 Brookings Drive | : |
| St. Louis, MO 63130 | : |
| | : |
| Elizabeth Katz | : |
| Anheuser-Busch Hall Room 548 | : |
| 1 Brookings Drive | : |
| St. Louis, MO 63130 | : |
| | : |
| Angela Smith | : |
| Room 325D-2, 1 Brookings Drive | : |
| St. Louis, MO 63130 | : |
| | : |
| INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY; | |
| | : |
| DEFENDANTS. | : |
| _____ | : |

## **MOTION TO AMEND COMPLAINT**

Plaintiff hereby files this Motion to Amend Complaint in addition to her two filings (the Amended Complaint and the Redlined Version) on April 11th, 2025 in response to Defendant's letter to Judge Chang dated April 16, 2025.

Respectfully filed,

*/s/ signature*

Allison Brown