**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:24-cv-03198-TDC |
| | ) | |
| WASHINGTON UNIVERSITY | ) | |
| SCHOOL OF LAW, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that the appearance of Anamika Roy Moore of Saul Ewing LLP, for Defendants Washington University School of Law, Adrienne Davis, Russell Osgood, Peggie Smith, Elizabeth Katz, Darrell Hudson, Elizabeth Walsh, Carrie Burns, Angela Smith; Rob Wild, Nicole Gore, Mark Kamimura-Jiménez, and Deanna Wendler-Modde (together, "Defendants"), in the above-captioned matter is hereby withdrawn.

Attorneys Winthrop B. Reed and Lindsey M. Bruno of Lewis Rice LLC and Alicia M.S. Pitts of Saul Ewing LLP shall remain as counsel on behalf of all Defendants in this matter and are attorneys to be noticed.

Dated: April 23, 2025

Respectfully submitted,

By: /s/ Alicia M.S. Pitts
Alicia M.S. Pitts, Bar #31460
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8693
Alicia.Pitts@saul.com

*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 23rd day of April, 2025, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will cause a copy to be served on all counsel of record.

_____

Alicia M.S. Pitts

2