UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ALLISON BROWN,

    Plaintiff,

v.

WASHINGTON UNIVERSITY IN
ST. LOUIS SCHOOL OF LAW, *et al.*,

    Defendants.

Civil Action No. 24-3198-TDC

## ORDER

For the reasons stated on the record at the April 25, 2025 Case Management Conference, it is hereby ORDERED that:

1. By the agreement of the parties, Plaintiff's Second Amended Complaint, ECF No. 48, will be accepted as the operative complaint.

2. The Motion to Dismiss, ECF No. 33, will be construed as a Motion to Dismiss the Second Complaint and the previously filed briefs will be considered in relation to the Motion.

3. Defendants may file a supplemental brief in support of the Motion to Dismiss the Second Amended Complaint by **Monday, June 2, 2025**.

4. Plaintiff may file a supplemental brief in opposition to the Motion by **Tuesday, June 20, 2025**.

5. The supplemental briefs shall not exceed 10 pages each.

6. There will be no additional amendments to the Second Amended Complaint while the Motion to Dismiss is pending.

Date: April 25, 2025

THEODORE D. CHUANG
United States District Judge