## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:24-cv-03198-TDC |
| WASHINGTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF INTENT TO FILE EEOC DOCUMENTS

Dear Judge Chuang,

The EEOC has recently accepted Plaintiff's Charge of Discrimination and issued a Right to Sue related to the Title VII retaliation claims in Plaintiff's case. Plaintiff respectfully requests admission of the same in support of the new operative complaint. (ECF No. 48) Both documents are attached.

Respectfully submitted,

Allison Brown

6/18/2025