**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALLISON BROWN, | |
| Plaintiff, | |
| v. | Civil Action No. 24-3198-TDC |
| WASHINGTON UNIVERSITY IN ST. LOUIS SCHOOL OF LAW, *et al.*, | |
| Defendants. | |

### ORDER

Upon consideration of Plaintiff Allison Brown's filing, ECF No. 57, it is hereby ORDERED that Brown's EEOC Right to Sue Letter, ECF No. 57-1, and her EEOC Charge of Discrimination, ECF No. 57-2, are accepted as exhibits to the Second Amended Complaint.

Date:   June **30**, 2025



THEODORE D. CHUANG
United States District Judge