From: Allison Brown | Phone: 301-875-2658 | e-mail: albsure@umich.edu

July 1, 2025

<u>*Via CM/ECF*</u>

Hon. Theodore D. Chuang

United States District Court for the District of Maryland

6500 Cherrywood Lane, Suite 245

Greenbelt, MD 20770

    Re:        Brown v. Washington University in St. Louis School of Law, et al.

                 <u>Case No. 8:24-cv-03198-TDC; Notice of Intent to File a Motion</u>

Dear Judge Chuang:

      Pursuant to Section II.A.1 of the Case Management Order (ECF No. 4), I submit the following Notice of Intent to File a Motion on behalf of myself, Plaintiff Allison Brown. I respectfully request the Court's permission to file a motion for sanctions against Defendants under Federal Rule of Civil Procedure 11(b) pursuant to Case Management Order II. A. 1.

      Rule 11(b) of the Federal Rules of Civil Procedure (FRCP) requires that attorneys certify that their claims, defenses, and other legal contentions are supported by law or a nonfrivolous argument for changing the law. Attorneys must also certify that their factual contentions are supported by evidence or are likely to be supported after further investigation. Wash U and their counsel have repeatedly violated this rule throughout their filings with the court – from their initial Notice to file their Motion to Dismiss filed on January 6th, 2025, to Defendants' most recent Notice filed on July 1st, 2025.

      It is ironic that Defendants, during their conference with the Court earlier this year, complained of wasting the Court's resources regarding additional briefing due to Plaintiff's request to amend her complaint. Yet, in Defendants' most recent notice, they have requested to waste more of the Court and Plaintiff's resources to discuss Plaintiff's Title VII claim – a claim and issue that has already been briefed and exhausted *per agreement of both parties*. Allowing Defendants an additional brief on the Title VII claim would require more resources of Plaintiff – a pro se individual who has offered no new facts than the ones offered in her amended complaint – ECF 48 - to respond to additional lies and omissions.

      On June 17, 2025, Plaintiff, within the 90 day filing limit given by the EEOC's letter in ECF 57-1 and 57-2, filed two charges of discrimination against WashU. (ECF No. 57-1 and 57-2.) On June 18th, 2025, Plaintiff submitted those filings to the Court for consideration. (ECF 57) On June 30th, 2025, the Court issued an order accepting ECF 57-1 and 57-2 as exhibits to the Second Amended Complaint.

From: Allison Brown | Phone: 301-875-2658 | e-mail: albsure@umich.edu

    Defendant's lies that her claims are barred pursuant to Defendants' libelous timeline that fails to include the breadth of retaliatory actions from November 2022 to present should be sanctionable, and accordingly, Plaintiff requests leave from the Court to file a motion for sanctions.

    Plaintiff was an employee on 11/3/2024 at 5:30pm (the day right before she filed her first Amended Complaint) when she took a screenshot of her workday account, listing her as a worker under Adrienne Davis. (ECF 48, Page 50) She was an employee when she filed her amended complaint on April 11th, 2025, contained in ECF 48, listing Plaintiff amongst her coworkers and supervisor, Defendant Adrienne Davis. (ECF 48, Page 50) And she has been an employee when WashU decided to send mail her retaliatory billing documents to her former Maryland address from 9/28/2024 to the present. (ECF 48, also last page of this filing)

    Plaintiff was hired by WashU as a Research Assistant during the Fall 2022 semester and paid a $1,000 stipend. But **Plaintiff's employment – to this day – has not ended. Plaintiff was never terminated from her employment at WashU. Plaintiff was never fired from Defendant.** There are no facts in existence to argue otherwise – other than those potentially created via fraud through manufactured or doctored correspondence from Defendants.

    The EEOC has issued Plaintiff a Notice of Right to Sue (ECF No. 57-1.) Plaintiff then filed the charge and the notice of right to sue on June 18, 2025, within the 90 day deadline, and argued in her supplemental briefing that this "should cure Defendant's argument that Plaintiff's claims requiring an EEOC letter should be dismissed." (ECF No. 58 at 10.)

    In the charge, Plaintiff identifies three discriminatory and retaliatory acts committed by WashU: (1) suspending her employment; (2) revoking her scholarship; and (3) billing her "approximately $40,000." (ECF No. 57-2.) Defendants are lying, and misstating the facts, as **the allegations in the operative Second Amended Complaint (ECF No. 48) have not changed.** There are no new facts to brief, and an additional briefing would only prejudice Plaintiff because both Plaintiff and Defendant agreed that the last briefings regarding the Motion to Dismiss would be due and accepted by the court on the dates of June 2nd 2025 and June 20th 2025 respectively.

    Plaintiff was suspended on November 4, 2022—and ever since, to this day, Defendants have been harming and billing her. Defendants have maintained, **up until today**, July 1st, 2025, that Plaintiff owes upwards of $40,000. Defendants revoked Plaintiff's scholarship in retaliation for complaining of race and sex discrimination at Defendant, and was forced to relocate to her home state of Maryland while she finished her WashU degree at Georgetown University.

    Your honor, Defendants' harm is enduring, and there are no new facts to brief. Plaintiff is attempting to write the bar scheduled for July 28th and July 29th 2025, and is reeling from the death of her grandmother on June 19th, 2025. Plaintiff respectfully requests that you disregard Defendants' unreasonable request to brief issues that have already been briefed in order to delay the ruling on the Motion to Dismiss.

    Plaintiff respectfully requests permission to file a motion for sanctions addressing how Defendants' counsel has repeatedly lied to this Court about the nature of Plaintiff's claims and allegations.

    Plaintiff has not met with Defendants regarding this motion. Please do not hesitate to let me know if you require anything further.

From: Allison Brown | Phone: 301-875-2658 | e-mail: albsure@umich.edu

Respectfully submitted,

*[signature]*

Allison Brown                    7/1/2025

Screenshot from Plaintiff's Account as of 7/1/2025 citing Revocation of Scholarship

**Washington University in St. Louis — WebSTAC**
Academics | Billing & Bear Bucks | Housing | Courses & Registration | Student Information

Allison Brown    Logout

Allison Brown (ID: 503456)

Current Balance: $ 40294.00

This information is correct as of 7/1/2025 1:07:09 PM

### Activity for Spring 2024

| Sem | FY | Div | TCode | Description | Amount | Post Date | Tran Date | Bill Date |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Anticipated Federal Direct Loan, Unsubsidized (Stafford) | 0.00 |  |  |  |
|  |  |  |  | Federal Direct Loan, Unsubsidized (Stafford) | (10142.00) |  |  |  |
|  |  |  |  | Student Bar Association Fee | 0.00 |  |  |  |
|  |  |  |  | Student Health and Wellness Fee | 0.00 |  |  |  |
|  |  |  |  | Tuition | 37975.00 |  |  |  |
| SP2024 | 2024 | LW | LFEE | Late Fee | 716.46 | 1/30/2024 | 1/30/2024 | 1/31/2024 |
| SP2024 | 2024 | LW | LFEE | Late Fee | (716.46) | 2/05/2024 | 2/05/2024 | 2/29/2024 |
| SP2024 | 2024 | LW | LFEE | Late Fee | 805.88 | 5/30/2024 | 5/30/2024 | 5/31/2024 |
| SP2024 | 2025 | LW | LFEE | Late Fee | (805.88) | 10/13/2024 | 10/13/2024 | 10/31/2024 |

Spring 2024 Semester Total    27833.00

### Activity for Fall 2023

| Sem | FY | Div | TCode | Description | Amount | Post Date | Tran Date | Bill Date |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Anticipated Federal Direct Loan, Unsubsidized (Stafford) | 0.00 |  |  |  |
|  |  |  |  | Anticipated WU Scholarships and Grants | 0.00 |  |  |  |
|  |  |  |  | Federal Direct Loan, Unsubsidized (Stafford) | (10142.00) |  |  |  |
|  |  |  |  | Student Bar Association Fee | 0.00 |  |  |  |
|  |  |  |  | Student Health and Wellness Fee | 0.00 |  |  |  |
|  |  |  |  | Student Health Insurance | 2500.00 |  |  |  |
|  |  |  |  | Tuition | 37975.00 |  |  |  |
|  |  |  |  | WU Scholarships and Grants | 0.00 |  |  |  |
| FL2023 | 2024 | LW | CASH | Cash Payment | (17455.02) | 7/31/2023 | 7/31/2023 | 7/31/2023 |
| FL2023 | 2024 | LW | LFEE | Late Fee | 249.22 | 12/27/2023 | 12/27/2023 | 12/28/2023 |

Screenshot from Workday dated November 3, 2024 listing Plaintiff as a coworker under Davis



48

From: Allison Brown | Phone: 301-875-2658 | e-mail: albsure@umich.edu



From: Allison Brown | Phone: 301-875-2658 | e-mail: albsure@umich.edu

Screenshot on October 27, 2024 of Allison Brown's biography on WashU website



From: Allison Brown | Phone: 301-875-2658 | e-mail: albsure@umich.edu

Billing Document sent to Plaintiff in Maryland via physical mail on 9/30/2024

