UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ALLISON BROWN,

    Plaintiff,

v.

WASHINGTON UNIVERSITY IN ST.
LOUIS SCHOOL OF LAW, *et al.*,

    Defendants.

Civil Action No. 24-3198-TDC

## ORDER

Defendants have sought leave to file a four-page supplemental brief regarding Plaintiff Allison Brown's Title VII claim and the Equal Employment Opportunity Commission documents Brown filed on June 18, 2025. ECF No. 60. In response, Brown has filed a Notice of Intent to File a Motion for Rule 11 Sanctions. ECF No. 61. Upon consideration of both Notices, it is hereby ORDERED that:

1. Defendants are granted leave to file the brief proposed in ECF No. 60 by **Monday, July 14, 2025.**

2. The Court will consider granting leave for Brown to file a Motion for Rule 11 Sanctions once Defendants' Motion to Dismiss has been resolved.

Date: July 9, 2025

THEODORE D. CHUANG
United States District Judge