# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ALLISON BROWN,          )

       Plaintiff,       )

v.                   )     Civil Action No. 8:24-cv-03198-TDC

WASHINGTON UNIVERSITY   )

SCHOOL OF LAW, et al.,     )

Defendants.          )

                      )

## <u>Notice of Intent to Reply to Defendant's Brief</u>

Plaintiff respectfully requests the opportunity to reply to Defendant's <u>ECF 63</u>, Defendant's Supplemental Brief Regarding Plaintiff's Title VII Claim and Notice of Right to Sue. In Defendants' brief, they accuse Plaintiff of lying about her employment at Defendant University. Plaintiff would like to submit a formal argument (no longer than 2 pages, along with the screenshots attached to this notice) summarized below, in support of her reply to Defendant's Brief.

Evaluating a Plaintiff's Complaint after Defendant's Motion to Dismiss under FRCP 12(b)(6) requires that the court must assume all factual allegations in the complaint to be true. Accordingly, Plaintiff respectfully requests that her Title VII claims and Amended Complaint are not dismissed.

Further, if the Court gives Plaintiff leave to reply to Defendants' supplemental brief, Plaintiff would like to rebut Defendants' assertions that she is lying with one question: if Plaintiff no longer works for Defendant University, and did not work for Defendant University on June 17th, 2025, when was she terminated? Plaintiff never resigned from her employment with

Defendant Davis, and she never received a notice of termination. Defendants still display

Plaintiff on their website, and kept her in the workday system. Defendants still maintain that

Plaintiff owes them upwards of $40,000 in connection with her employment and education at

Defendant University because Defendants chose to unilaterally revoke her scholarship in

retaliation for complaining of race and sex discrimination at Defendant University.

     If Plaintiff is lying – shouldn't there be evidence that she is lying – somewhere? Where

is Defendants' documentation?

     If anything – Defendants fired Plaintiff three days ago, on July 11th, 2025. Because before

then, Plaintiff had full access to her LexisNexis account from Defendant University. That's how

Plaintiff performed research to write all of the briefs and motions in this matter. But now,

Plaintiff is locked out of her account. What a coincidence. Plaintiff respectfully requests an

opportunity to respond to Defendants' defamatory statements regarding Plaintiff's Title VII

claims.


Respectfully submitted,

Allison Brown                    7/14/2025

Screenshot from Plaintiff's Account as of 7/1/2025 citing Revocation of Scholarship

Washington University in St. Louis    WebSTAC .    Allison Brown   Logout

Academics Billing & Bear Bucks Housing Courses & Registration Student Information

Allison Brown (ID: 503456)

Current Balance: $ 40294.00

This information is correct as of 7/1/2025 1:07:09 PM

| | Activity for Spring 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Sem | FY | Div | TCode | Description | Amount | Post Date | Tran Date | Bill Date |
| | | | | | Anticipated Federal Direct Loan, Unsubsidized (Stafford) | 0.00 | | | |
| | | | | | Federal Direct Loan, Unsubsidized (Stafford) | (10142.00) | | | |
| | | | | | Student Bar Association Fee | 0.00 | | | |
| | | | | | Student Health and Wellness Fee | 0.00 | | | |
| | | | | | Tuition | 37975.00 | | | |
| | SP2024 | 2024 | LW | LFEE | Late Fee | 716.46 | 1/30/2024 | 1/30/2024 | 1/31/2024 |
| | SP2024 | 2024 | LW | LFEE | Late Fee | (716.46) | 2/05/2024 | 2/05/2024 | 2/29/2024 |
| | SP2024 | 2024 | LW | LFEE | Late Fee | 805.88 | 5/30/2024 | 5/30/2024 | 5/31/2024 |
| | SP2024 | 2025 | LW | LFEE | Late Fee | (805.88) | 10/13/2024 | 10/13/2024 | 10/31/2024 |
| | | | | | Spring 2024 Semester Total | 27833.00 | | | |

| | Activity for Fall 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Sem | FY | Div | TCode | Description | Amount | Post Date | Tran Date | Bill Date |
| | | | | | Anticipated Federal Direct Loan, Unsubsidized (Stafford) | 0.00 | | | |
| | | | | | Anticipated WU Scholarships and Grants | 0.00 | | | |
| | | | | | Federal Direct Loan, Unsubsidized (Stafford) | (10142.00) | | | |
| | | | | | Student Bar Association Fee | 0.00 | | | |
| | | | | | Student Health and Wellness Fee | 0.00 | | | |
| | | | | | Student Health Insurance | 2500.00 | | | |
| | | | | | Tuition | 37975.00 | | | |
| | | | | | WU Scholarships and Grants | 0.00 | | | |
| | FL2023 | 2024 | LW | CASH | Cash Payment | (17455.02) | 7/31/2023 | 7/31/2023 | 7/31/2023 |
| | FL2023 | 2024 | LW | LFEE | Late Fee | 249.22 | 12/27/2023 | 12/27/2023 | 12/28/2023 |

Screenshot 1 from Workday dated November 3, 2024 listing Plaintiff as a coworker under Davis

Case 8:24-cv-03198-TDC     Document 48     Filed 04/11/25     Page 50 of 64

Exhibit C - Screenshots Regarding Allison Brown's hiring by Professor Davis in September 2022

Screenshots grabbed from Workday on 11/3/2024 at 5:30pm



48

Screenshot 2 from Workday dated November 3, 2024 listing Plaintiff as a coworker under Davis



Screenshot on October 27, 2024 of Allison Brown's biography on WashU website



Billing Document sent to Plaintiff in Maryland via physical mail on 9/30/2024

