UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ALLISON BROWN,

    Plaintiff,

v.

WASHINGTON UNIVERSITY IN ST. LOUIS SCHOOL OF LAW, *et al.*,

    Defendants.

Civil Action No. 24-3198-TDC

**ORDER**

Self-represented Plaintiff Allison Brown has sought leave to file a two-page response, with exhibits, to Defendants' supplemental brief regarding Plaintiff Allison Brown's Title VII claim and Notice of Right to Sue, ECF No. 63. Where Brown has not yet had the opportunity to address this issue, it is hereby ORDERED that Brown is granted leave to file the brief proposed in ECF No. 64 by **Friday, July 25, 2025.**

Date: July 21, 2025

THEODORE D. CHUANG
United States District Judge