# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:24-cv-03198-TDC |
| WASHINGTON UNIVERSITY | ) | |
| Et al., | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER REPLY AND OPPOSITION TO DEFENDANT'S SUPPLEMENTAL BRIEFING ON TITLE VII CLAIMS

When Defendants filed ECF 63, Defendants reaffirmed their iniquitous commitment to sophistry by failing to take these proceedings seriously and disregarding the rigorous standards to which barred attorneys are to be held. Defendants have accused Plaintiff of lying (with no documentation or proof of the same.) Plaintiff rebuts these arguments below.

When evaluating a Plaintiff's Complaint after Defendant's Motion to Dismiss under FRCP 12(b)(6), the court should assume all factual allegations in the complaint to be true. Plaintiff is pro se, and the pleading standard for self-represented/pro-se litigants is lower than that of a barred attorney – especially when they raise civil rights claims. Accordingly, Plaintiff respectfully requests that her Title VII claims and Amended Complaint are not dismissed.

Plaintiff, a Maryland taxpayer and citizen with intent to remain in Maryland indefinitely was employed by Defendant Davis and Defendant University in the state of Maryland up until or about July 11th, 2025. The Right to Sue notice issued by the EEOC is dated June 17th, 2025.

As such, she has filed suit and fulfilled the required administrative prerequisite to preserve her claims that WashU has engaged in a pattern of discriminatory and retaliatory actions constituting a continuing violation of race and/or sex discrimination and retaliation by 1) suspending her employment; 2) revoking her scholarship; and 3) billing and maintaining that Plaintiff owes Defendant approximately $40,000 (Exhibit A) because Plaintiff complained of race and sex discrimination multiple times throughout her employment with Defendant.

Plaintiff is not required under Title VII to dual file with either the Missouri Commission on Human Rights (MCHR), or the Maryland Commission on Human Rights (MCHR) to assert her rights under federal law as an employee of Defendant University due to the work-sharing agreement between the EEOC and these state agencies. Further, the Statute of Limitations for employment discrimination claims begins to run from the date of actual termination, not the date of notice of termination – **of which, Defendant has provided neither and no evidence.**

Plaintiff's employment with Defendant Davis and Defendant University began in or about September or October 2022 and ended on or about July 11th, 2025, when Plaintiff's access to LexisNexis was revoked (provided by Defendant University as a privilege of her employment was revoked and how she performed the legal research pertaining to this matter). Plaintiff did not resign and was not terminated via termination notice. Defendants' omissions confirm the same.

Please see the attached Exhibits A through E. Plaintiff respectfully requests that this court not extinguish Plaintiff's Title VII claims, hold Defendants accountable, and sanction Defendants for their myriad discrimination, retaliation, lies and fraud.

Respectfully submitted,

Allison Brown                7/14/2025

Exhibit A

Screenshot from Plaintiff's Account as of 7/1/2025 citing Revocation of Scholarship

Washington University in St. Louis    WebSTAC .    Allison Brown  Logout
Academics Billing & Bear Bucks Housing Courses & Registration Student Information

Allison Brown (ID: 503456)

Current Balance: $ 40294.00

This information is correct as of 7/1/2025 1:07:09 PM

### Activity for Spring 2024

|   | Sem | FY | Div | TCode | Description | Amount | Post Date | Tran Date | Bill Date |
|---|-----|----|----|------|-------------|--------|-----------|-----------|-----------|
| ▤ |  |  |  |  | Anticipated Federal Direct Loan, Unsubsidized (Stafford) | 0.00 |  |  |  |
| ▤ |  |  |  |  | Federal Direct Loan, Unsubsidized (Stafford) | (10142.00) |  |  |  |
| ▤ |  |  |  |  | Student Bar Association Fee | 0.00 |  |  |  |
| ▤ |  |  |  |  | Student Health and Wellness Fee | 0.00 |  |  |  |
| ▤ |  |  |  |  | Tuition | 37975.00 |  |  |  |
|  | SP2024 | 2024 | LW | LFEE | Late Fee | 716.46 | 1/30/2024 | 1/30/2024 | 1/31/2024 |
|  | SP2024 | 2024 | LW | LFEE | Late Fee | (716.46) | 2/05/2024 | 2/05/2024 | 2/29/2024 |
|  | SP2024 | 2024 | LW | LFEE | Late Fee | 805.88 | 5/30/2024 | 5/30/2024 | 5/31/2024 |
|  | SP2024 | 2025 | LW | LFEE | Late Fee | (805.88) | 10/13/2024 | 10/13/2024 | 10/31/2024 |
| Spring 2024 Semester Total | | | | | | 27833.00 | | | |

### Activity for Fall 2023

|   | Sem | FY | Div | TCode | Description | Amount | Post Date | Tran Date | Bill Date |
|---|-----|----|----|------|-------------|--------|-----------|-----------|-----------|
| ▤ |  |  |  |  | Anticipated Federal Direct Loan, Unsubsidized (Stafford) | 0.00 |  |  |  |
| ▤ |  |  |  |  | Anticipated WU Scholarships and Grants | 0.00 |  |  |  |
| ▤ |  |  |  |  | Federal Direct Loan, Unsubsidized (Stafford) | (10142.00) |  |  |  |
| ▤ |  |  |  |  | Student Bar Association Fee | 0.00 |  |  |  |
| ▤ |  |  |  |  | Student Health and Wellness Fee | 0.00 |  |  |  |
| ▤ |  |  |  |  | Student Health Insurance | 2500.00 |  |  |  |
| ▤ |  |  |  |  | Tuition | 37975.00 |  |  |  |
| ▤ |  |  |  |  | WU Scholarships and Grants | 0.00 |  |  |  |
|  | FL2023 | 2024 | LW | CASH | Cash Payment | (17455.02) | 7/31/2023 | 7/31/2023 | 7/31/2023 |
|  | FL2023 | 2024 | LW | LFEE | Late Fee | 249.22 | 12/27/2023 | 12/27/2023 | 12/28/2023 |

Exhibit B

Screenshot 1 from Workday dated November 3, 2024 listing Plaintiff as a coworker under Davis



Exhibit C

Screenshot 2 from Workday dated November 3, 2024 listing Plaintiff as a coworker under Davis



Exhibit D

Screenshot on October 27, 2024 of Allison Brown's biography on WashU website



Exhibit E

Billing Document sent to Plaintiff in Maryland via physical mail on 9/30/2024

