UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ALLISON BROWN,

    Plaintiff,

v.

WASHINGTON UNIVERSITY,
WASHINGTON UNIVERSITY IN
ST. LOUIS SCHOOL OF LAW,
ELIZABETH WALSH,
ADRIENNE DAVIS,
CARRIE BURNS,
RUSSELL OSGOOD,
ROBERT WILD,
DARRELL HUDSON,
DEANNA WENDLER-MODDE,
NICOLE GORE,
PEGGIE SMITH,
MARK KAMIMURA-JIMENEZ,
ELIZABETH KATZ and
ANGELA SMITH,

    Defendants.

Civil Action No. 24-3198-TDC

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss, ECF No. 33, is GRANTED based on a lack of personal jurisdiction.

2. Plaintiff Allison Brown may file a notice within **seven days** of the date of this Order requesting a transfer of this case to the United States District Court for the Eastern District of Missouri.

3.   If no such notice is timely filed, this case will be dismissed without prejudice for lack of personal jurisdiction.

Date: August 1, 2025



THEODORE D. CHUANG
United States District Judge