IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 8:24-cv-03198-TDC |
| WASHINGTON UNIVERSITY | ) | |
| Et al., | ) | |
|     Defendants. | ) | |
| | ) | |

**PLAINTIFF APPEAL**

Plaintiff hereby files a Notice to Appeal the Court's decision to dismiss this action for lack of personal jurisdiction to the 4th Circuit. Defendants, through their myriad discriminatory actions taken against Plaintiff have willfully and purposefully availed themselves, including but not limited to their interference with Plaintiff's employment contracts to be performed in the forum state of Maryland in over 100 separate instances over the past 3 years. Thus, Plaintiff respectfully requests the District Court clerk forward this action and the relevant docketing information to the 4th Circuit of Appeals for their review.

Respectfully submitted,

*/s/ Allison Brown*

Allison Brown, Plaintiff      8/4/2025
6465 Chew Road
Upper Marlboro, MD 20772