# U.S. District Court

## Maryland - Greenbelt

Receipt Date: Aug 4, 2025 11:01AM

Patty Brown

Rcpt. No: 3101          Trans. Date: Aug 4, 2025 11:01AM          Cashier ID: #IM (6736)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CC | Credit Card | | $605.00 |

Total Due Prior to Payment:  $605.00
Total Tendered:  $605.00
Total Cash Received:  $0.00

**Comments**: 24-cv-3198

A $53 fee will be charged for NSF checks. Criminal Debt Payments can be made on-line at https://www.pay.gov/public/form/start/741690530. Payment must be made by money order, check, or debit card only. For questions call 410-962-2613.