UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ALLISON BROWN,

    Plaintiff,

v.

WASHINGTON UNIVERSITY,
WASHINGTON UNIVERSITY IN
ST. LOUIS SCHOOL OF LAW,
ELIZABETH WALSH,
ADRIENNE DAVIS,
CARRIE BURNS,
RUSSELL OSGOOD,
ROBERT WILD,
DARRELL HUDSON,
DEANNA WENDLER-MODDE,
NICOLE GORE,
PEGGIE SMITH,
MARK KAMIMURA-JIMENEZ,
ELIZABETH KATZ and
ANGELA SMITH,

    Defendants.

Civil Action No. 24-3198-TDC

## ORDER

On August 1, 2025, the Court granted Defendant's Motion to Dismiss based on a lack of personal jurisdiction, granted Plaintiff Allison Brown leave to file a notice by August 8, 2025 requesting a transfer of this case to the United States District Court for the Eastern District of Missouri, and warned Brown that if no such notice was timely filed, this case would be dismissed without prejudice for lack of personal jurisdiction. To date, Brown has not filed such a notice and instead has filed a Notice of Appeal. ECF No. 69. In light of the Court's prior announcement of its ruling, and in order to aid in the pending appeal, the Court will enter a formal Order of

Dismissal. *See Grand Jury Procs. Under Seal v. United States*, 947 F.2d 1188, 1190 (4th Cir. 1991).

Accordingly, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction. The Clerk is directed to close this case.

Date: August 12, 2025



THEODORE D. CHUANG
United States District Judge